<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify your case:</b></td></tr>
</table>

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (*if known*) _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **M. Walter Roofing Acquisition Corp.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  M. Walter Roofing** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4457387** |

4.  Debtor's address

**Principal place of business**

**219 William, Bensenville IL 60106**
**Bensenville, IL 60106**
Number, Street, City, State & ZIP Code

**DuPage**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  Debtor's website (URL)    **www.mwalterroofing.com**

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **M. Walter Roofing Acquisition Corp.**                                        Case number (*if known*) _____
         Name

**7.  Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____2381____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**        *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**        ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**        ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor   **M. Walter Roofing Acquisition Corp.**
Name

Case number (*if known*) _____

---

**11. Why is the case filed in**
***this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**
**have possession of any**
**real property or personal**
**property that needs**
**immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

Contact name  _____

Phone  _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of**
**available funds**
.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**
**creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

■ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  6, 2017**
MM / DD / YYYY

**X** /s/ Harry Friedman                    Harry Friedman
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** /s/ Richard H. Fimoff                    Date  **January  6, 2017**
Signature of attorney for debtor                MM / DD / YYYY

**Richard H. Fimoff**
Printed name

**Robbins, Salomon & Patt, Ltd**
Firm name

**180 N. LaSalle St
STE: 3300
Chicago, IL 60601-2808**
Number, Street, City, State & ZIP Code

Contact phone    **312-782-9000**        Email address    **rfimoff@rsplaw.com**

**804886**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **M. Walter Roofing Acquisition Corp.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  6, 2017**              X **/s/ Harry Friedman**
                                                      Signature of individual signing on behalf of debtor

                                                      **Harry Friedman**
                                                      Printed name

                                                      **President**
                                                      Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **M. Walter Roofing Acquisition Corp.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................  $ **9,616.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................  $ **9,616.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $ **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ **437,057.00**

4.  Total liabilities .........................................................................................................
   Lines 2 + 3a + 3b

   $ **437,057.00**

**Fill in this information to identify the case:**

Debtor name    **M. Walter Roofing Acquisition Corp.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$2,366.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
       Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $2,366.00

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **1,250.00**    -    **0.00**    =....    **$1,250.00**
                          face amount          doubtful or uncollectible accounts

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| 12. | **Total of Part 3.** | | $1,250.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

**Part 4:**    Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Unknown | $0.00 | Comparable sale | $500.00 |
| | | | |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Unknown | $0.00 | Comparable sale | $500.00 |
| | | | |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | $1,000.00 |
|---|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **2002 Ford Black Ranger 1FTYR10DX2PA98451 622ZB-** **2002 Ford Black Ranger 1FTYR10D52PB20016 623ZB-** **2003 Chevy White Express Cutaway G350 1GBJG31U331154742 288007-** **2005 Chevy Black C1500 Silverado 1GCEC14X25Z217966 92091-** | **$0.00** | **Comparable sale** | **$5,000.00** |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Organization costs** | **$5,214.00** | | **$0.00** |
| 65. **Goodwill** **Goodwill** | **$31,891.00** | | **$0.00** |

| 66. | **Total of Part 10.** | | | **$5,000.00** |
|---|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | | |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

### Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**$489,428.00 Illinois NOL**          Tax year **2009-2015**                    **Unknown**

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**                                                      **$0.00**

Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number *(If known)* |
|--------|------------------------------------------|---------------------------|
|        | Name |  |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,366.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,250.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,616.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $9,616.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **M. Walter Roofing Acquisition Corp.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **M. Walter Roofing Acquisition Corp.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **Unknown** |
| | **11303-7-11 S Moraine Dr Condo** | |
| | **11303-07-11 S Moraine Dr.** | |
| | **Palos Hills, IL 60465** | |

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

|  |  |  |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | **$0.00** |
| | **11329-33-37 Moraine Dr Condo** | |
| | **11329-33-37 Moraine Dr.** | |
| | **Palos Hills, IL 60465** | |

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

|  |  |  |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | **$0.00** |
| | **4428-30 N Dover Condo Assoc** | |
| | **4428-30 N Dover.** | |
| | **Chicago, IL 60640** | |

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

|  |  |  |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | **$0.00** |
| | **6901 S. Oglesby Condo Assoc.** | |
| | **Kane Property Mgmt** | |
| | **6901 S. Oglesby** | |
| | **Chicago, IL 60649** | |

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.5** | Nonpriority creditor's name and mailing address

**851 Margate Terrace Condos**
**851 W Margate Terr.**
**Chicago, IL 60640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6** | Nonpriority creditor's name and mailing address

**A/C Transmission**
**1100 W Fullerton.**
**Addison, IL 60101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7** | Nonpriority creditor's name and mailing address

**Abbott, Earlie**
**15209 S. Lincoln Ave**
**Harvey, IL 60426**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8** | Nonpriority creditor's name and mailing address

**Abraham & Barbara Soria**
**2024 W Erie.**
**Chicago, IL 60612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9** | Nonpriority creditor's name and mailing address

**Absolute Construction**
**Absolute Construction**
**954 Kennedy Ave**
**Schererville, IN 46375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.10** | Nonpriority creditor's name and mailing address

**Absolute Construction**
**954 Kennedy Ave**
**Schererville, IN 46375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.11** | Nonpriority creditor's name and mailing address

**Adetunji, Julie**
**12450 S Justine**
**Calumet Park, IL 60827**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adewice G Scruggs**
18 S Austin.
Oak Park, IL 60304

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AGOH LLC**
120 E Golf Rd.
Arlington Heights, IL 60005

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aguirre, Jesse**
1169 S Home Ave
Oak Park, IL 60304

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aguirre, Maria**
1168 Home Ave
Oak Park, IL 60304

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ainsworth, Marie**
212 S. Fair Ave.
Elmhurst, IL 60126

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aisha Austin**
3521 S Cuyler.
Berwyn, IL 60402

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alan Holdawer**
241 May.
Elmhurst, IL 60126

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number (if known) |
| | Name | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Alan Penske** | ■ Contingent | |
| | **295 Addison.** | ■ Unliquidated | |
| | **Elmhurst, IL 60126** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Albert Bass** | ■ Contingent | |
| | **1510 N Mayfield.** | ■ Unliquidated | |
| | **Chicago, IL 60661** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Albert Lavelli** | ■ Contingent | |
| | **2034 W Sunnyside.** | ■ Unliquidated | |
| | **Chicago, IL 60625** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Alejandrina Marin** | ■ Contingent | |
| | **1053 Bob O Link.** | ■ Unliquidated | |
| | **Darien, IL 60559** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Alexander, James & Beverly** | ■ Contingent | |
| | **8741 S. California** | ■ Unliquidated | |
| | **Evergreen Park, IL 60805** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Alfred Minter** | ■ Contingent | |
| | **421 E 89th St.** | ■ Unliquidated | |
| | **Chicago, IL 60619** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Alfred Rowels** | ■ Contingent | |
| | **7612 S East End.** | ■ Unliquidated | |
| | **Chicago, IL 60649** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **M. Walter Roofing Acquisition Corp.**
_____
Name

Case number (if known) _____

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ali, Debra**
**7949 S. Paxton**
**Chicago, IL 60617**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Allen Rapacki**
**2348 S 7th Av.**
**North Riverside, IL 60546**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Allen, Lillie**
**56 E 102nd Pl**
**Chicago, IL 60628**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Allen, Mickey**
**10052 S. Parnell**
**Chicago, IL 60628**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Anastacia & Sophia Sandoval**
**2646 S Cuyler.**
**Berwyn, IL 60402**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Anastasia Koroyanis**
**7345 W Addison.**
**Chicago, IL 60634**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Anatasia Iliopoulos**
**5112 W Sunnyside.**
**Chicago, IL 60630**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.33** | Nonpriority creditor's name and mailing address

**Anderson, Chris**
1545 S Austin Blvd
Cicero, IL 60804

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.34** | Nonpriority creditor's name and mailing address

**Anderson, Isabel**
3031 S. Locke
Chicago, IL 60608

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.35** | Nonpriority creditor's name and mailing address

**Anderson, Robert**
723 Surrey Drive
Streamwood, IL 60107

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.36** | Nonpriority creditor's name and mailing address

**Andrea & Carmelo Duarte**
227 N Walnut.
Bensenville, IL 60106

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.37** | Nonpriority creditor's name and mailing address

**Andrew Strimaitis**
34 S Thurlow.
Hinsdale, IL 60521

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.38** | Nonpriority creditor's name and mailing address

**Andrews, David:11-059 T/O SH, G/S/F**
3607 S Lowe Ave.
Chicago, IL 60609

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.39** | Nonpriority creditor's name and mailing address

**Anello, Joyce**
6N170 Rosedale Rd.
Roselle, IL 60172

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anita Amin**
6650 N Kostner.
Lincolnwood, IL 60712

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ann Cosentino**
9012 N Chester.
Niles, IL 60714

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anna Fischer**
2654 W Eastwood.
Chicago, IL 60625

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anna Ricobene**
257 W 25th Pl.
Chicago, IL 60616

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anna Ricobene**
952 W 31rst Pl.
Chicago, IL 60616

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annetta Owens**
2230 Larkspur Ct.
Aurora, IL 60506

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annie Mae Lewis**
4117 W Cullerton.
Chicago, IL 60623

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Delke**
**4953 N Austin.**
**Chicago, IL 60630**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Eng**
**6252 W Cuyler.**
**Chicago, IL 60634**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Partipilo**
**2138 Bowler.**
**Chicago, IL 60612**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony, James'**
**9107 S Bishop**
**Chicago, IL 60620**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arcon Ring**
**123 Easy St.**
**Carol Stream, IL 60188**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Armstrong, Leo**
**6613 S. Hamilton**
**Chicago, IL 60636**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arnold, Charles**
**1120 N. Fair Oaks**
**Oak Park, IL 60302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.54** | Nonpriority creditor's name and mailing address
Art Velazquez
1510 S 3rd St.
Lombard, IL 60148

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.55** | Nonpriority creditor's name and mailing address
Arway, Ronald
9430 S 77th Ave
Hickory Hills, IL 60457

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.56** | Nonpriority creditor's name and mailing address
Asher, James
2408 S. Ridgeland Ave
Berwyn, IL 60402

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.57** | Nonpriority creditor's name and mailing address
Ashford Court Condos
6509-15 W 63rd St.
Chicago, IL 60638

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.58** | Nonpriority creditor's name and mailing address
Assurance Restoration & Construction
1500 N. Maplewood
Chicago, IL 60622

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.59** | Nonpriority creditor's name and mailing address
Assurant Properties
Attn:  Johnny Williams
9115 S. Normal
Chicago, IL 60620

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.60** | Nonpriority creditor's name and mailing address
Attivissimo, Lorraine
5356 W. Kimball Pl.
Oak Lawn, IL 60453

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **M. Walter Roofing Acquisition Corp.**

Name

Case number (if known)

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audrey Kronon**
**3937 N Troy.**
**Chicago, IL 60618**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Augusta White**
**3924 W Monroe St.**
**Chicago, IL 60624**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ausperdella McBride**
**624 S 24th.**
**Bellwood, IL 60104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Baggett, Pearl**
**5122 W. Van Buren St.**
**Chicago, IL 60644**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bailey, Richard**
**321 Ravine Road**
**Hinsdale, IL 60521**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Balluff, Mrs.**
**2513 White Oak**
**Lisle, IL 60532**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Banga, Brigita**
**1849 W. Cuyler**
**Chicago, IL 60613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barbara Benedix**
**5723 N Melvina.**
**Chicago, IL 60646**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barbara Mojica**
**2427 S 58th Ct.**
**Cicero, IL 60804**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barclay, Michelle**
**656 Willow Rd**
**Elmhurst, IL 60126**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barfi, Frank & Shirley**
**1441 S. 11th Ave.**
**Maywood, IL 60153**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barna, Russell**
**11639 S. Sacramento Dr**
**Merrionette Park, IL 60803**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barone, Ellen**
**2042 W. 23rd Street**
**Chicago, IL**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barr, Rebecca**
**951 Dolores Drive**
**Bensenville, IL 60106**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**
Name

Case number *(if known)*

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|

**Barron, David**
**6224 N Oak Park**
**Chicago, IL 60631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|

**Basile, Michelle**
**17W757 Kirkland**
**Villa Park, IL 60181**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|

**Batchelor, Trent**
**4928 N. Kedvale**
**Chicago, IL 60630**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|

**Bauer, Karen**
**529 S. Ardmore**
**Villa Park, IL 60181**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|

**Beatrice Phillips**
**222 Grant.**
**Downers Grove, IL 60515**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|

**Beauty Experience**
**Beauty Experience**
**1006 Bellwood Ave**
**Bellwood, IL 60104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------|------|------|

**Becker, Greg**
**1536 Hull**
**Westchester, IL 60154**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **M. Walter Roofing Acquisition Corp.**                                Case number (if known) _____

Name

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Becton, Minnie**
**7216 S Woodlawn**
**Chicago, IL 60619**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Belsan, Michael**
**3827 N. Nottingham**
**Chicago, IL 60634**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bencak, Peter**
**8146 W Forest Preserve**
**Chicago, IL 60634**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bencak, Peter**
**6428 N Nashville Ave**
**Chicago, IL 60631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bernice Babka**
**2346 Harvey.**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bernice Nowak**
**2025 W 21st Pl.**
**Chicago, IL 60608**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Berte, Paul**
**647 S. Ridgeland**
**Oak Park, IL 60304**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**
Name

Case number *(if known)*

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bertram Abrham**
**3819 W 55th Pl.**
**Chicago, IL 60629**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Betty Crane**
**1611 Stableford.**
**Glen Ellyn, IL 60137**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Betty Prosek**
**1846 S Wesley.**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Betty Reedus-Reich**
**338 N Maple.**
**Wood Dale, IL 60191**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bhattarai, Hasta**
**7022 W Summerdale Ave**
**Chicago, IL 60656**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bianchi, Bill**
**4141 N. Paulina**
**Chicago, IL 60613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bias, Ann**
**9157 S. Bennett Ave**
**Chicago, IL 60617**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bidak, Lorne**
**213 Glenwood Ave**
**Willow Springs, IL 60480**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Biewer, William**
**15W279 Concord**
**Elmhurst, IL 60126**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bill Chakonas**
**1431 N Harlem.**
**Oak Park, IL 60302**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bill Gommell**
**427 E Elm.**
**Wheaton, IL 60189**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bill Gronko**
**1431 Highridge.**
**Westchester, IL 60154**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bill Thomas**
**935 Swan.**
**Elmhurst, IL 60126**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Billy Willis**
**315 N Mason.**
**Chicago, IL 60644**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **M. Walter Roofing Acquisition Corp.**

Case number (if known)

Name

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Binotti, John**
**3433 S. Leavitt**
**Chicago, IL 60608**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bjelik, David**
**4414 MapleAve**
**Stickney, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Black, Robert**
**315 S Windsor Drive**
**Arlington Heights, IL 60004**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Black, Sheila**
**6147 S. Campbell Ave.**
**Chicago, IL 60629**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blakemore, Henry**
**7636 S. Emerald**
**Chicago, IL 60620**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blanche Messina**
**1039 N Yale.**
**Villa Park, IL 60181**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bo Sofilj**
**4816 N Kostner.**
**Chicago, IL 60630**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Bhavsar**
8921-C Washington.
Niles, IL 60714

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Casey**
27W231 Heather.
Winfield, IL 60190

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Johnson**
9207 S Kedzie.
Evergreen Park, IL 60642

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Speck**
175 Grandview.
Glen Ellyn, IL 60137

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Weston**
3943 Madison.
Brookfield, IL 60513

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bob Wintz**
123 E Ogden.
Westmont, IL 60559

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bobbie Avant**
1034 N Monitor Av.
Chicago, IL 60651

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bock, Paul**
**7222 W 59th Street**
**Summit, IL 60501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bolek, John**
**516 N Addison**
**Villa Park, IL 60801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bonaparte, Peggy**
**9806 S. Normal**
**Chicago, IL 60628**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bonnie Beck & Pat Rufa**
**672 Swain.**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bonnie Soreng**
**1817 60th Ct.**
**Cicero, IL 60804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bovenzo, William**
**1847 Wisconsin**
**Berwyn, IL 60102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bowlin, Mr.**
**5216 Ernst Ct**
**Western Springs, IL**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | |
|---|---|---|
| | Name | Case number (if known) |

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bradeh, Brian**
**102 E. Adams**
**Villa Park, IL 60181**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bradford, Harold**
**7330 S. Richmond**
**Chicago, IL 60629**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bradford, Harold**
**7330 S. Richmond**
**Chicago, IL 60629**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bradley, Wayne & Bonnie**
**3630 S. Hamilton**
**Chicago, IL 60609**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brambila, Rosie**
**3514 S. Lombard**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brasfield, Curtis**
**7540 S. Seeley**
**Chicago, IL 60620**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Burrows**
**927 Longmeadow.**
**Barrington, IL 60010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Melman**
**5224 Hoffman.**
**Skokie, IL 60076**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Treglown & Carl Smith**
**6236 N Wayne.**
**Chicago, IL 60660**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brichetto, Nancy**
**5033 W. Catalpa**
**Chicago, IL 60630**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bridgitte Bernolo**
**4240 N Whipple.**
**Chicago, IL 60618**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brigita Banga**
**1849 W Cuyler.**
**Chicago, IL 60613**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bromann, Pam**
**726 Howard St.**
**Wheaton, IL 60187**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brook Lodge Condo**
**10633 Brooklodge Ln.**
**Palos Hills, IL 60465**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Brooks Condo Association**
4142-48 S King Dr
Chicago, IL 60653

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Brown, Charles (2)**
3908 Central
Western Springs, IL 60558

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Brown, Daniel**
8954 S. Winchester
Chicago, IL

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Brown, Darlene**
1243 S. Ridgeland
Berwyn, IL 60402

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Brown, Martha**
1026 E. 46th Street
Chicago, IL 60653

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Brown, Mary**
1758 N. Natchez
Chicago, IL 60607

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Brown, Shirley**
7724 S. Nashville
Burbank, IL 60459

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor　**M. Walter Roofing Acquisition Corp.**
　　　Name

Case number *(if known)*

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brownn, George**
**6431 S. Kimbark**
**Chicago, IL 60637**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruno Molas**
**20W476 Elizabeth.**
**Downers Grove, IL 60516**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brunsting, Warren & Evelyn**
**1313 Greenbriar Ln.**
**Darien, IL 60561**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brusslan, James**
**2450 N. Racine**
**Chicago, IL 60614**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Buchannan, Carl**
**5826 W. Huron**
**Chicago, IL 60644**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Budisin, Ivan**
**4301 N. Narragansett**
**Chicago, IL 60634**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Buege, Larry**
**1430 63rd St.**
**Downers Grove, IL 60516**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.152** | **Nonpriority creditor's name and mailing address**

**Burda, Charles**
**476 Loudon Rd.**
**Riverside, IL 60546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address**

**Burling Condo Assoc**
**2521-23 Burling.**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address**

**Burns, Nancy**
**2405 S. Seventh Ave**
**North Riverside, IL 60546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address**

**Burrell, George**
**11413 S Calumet**
**Chicago, IL 60628**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address**

**C&W Building Services**
**1444 W Lake St.**
**Chicago, IL 60607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address**

**Cahill, Mark**
**435 Atwater**
**Elmhurst, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**

**Cairncross, Debbie**
**1503 Beecher**
**Wheaton, IL 60187**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**

Name                                                   Case number (if known)

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Calahan Funeral Home**
**Calahan Funeral Home**
**7030 S. Halsted**
**Chicago, IL 60621**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Calhoun, Maurice & Rita**
**7955 S. Troy**
**Chicago, IL 60652**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Camper, Timothy**
**714 Mayfair Dr.**
**Carol Stream, IL 60188**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cannon, Bernetta**
**5163 W. Wabansia**
**Chicago, IL 60639**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cantlin, John**
**843 61st St**
**Downers Grove, IL 60516**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cardona, Josephine**
**4946 Estes**
**Skokie, IL 60077**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carl Rimpila**
**2338 Hainsworth.**
**North Riverside, IL 60546**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Carlee Flucker** | ■ Contingent | |
| | **215 N Kilbourne.** | ■ Unliquidated | |
| | **Chicago, IL 60624** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Carlos & Mary Lou Zuniga** | ■ Contingent | |
| | **1934 S 49th Av.** | ■ Unliquidated | |
| | **Cicero, IL 60804** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Carmelo Bianchi** | ■ Contingent | |
| | **372 Beech Ct.** | ■ Unliquidated | |
| | **Carol Stream, IL 60188** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Carol Krassoi** | ■ Contingent | |
| | **142 S Wisconsin.** | ■ Unliquidated | |
| | **Villa Park, IL 60181** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Carolyn Galvin** | ■ Contingent | |
| | **855 Hatte Gray Ct.** | ■ Unliquidated | |
| | **Glen Ellyn, IL 60137** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Carolyn Tate** | ■ Contingent | |
| | **11247 S Green.** | ■ Unliquidated | |
| | **Chicago, IL 60643** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Carter, Jerome** | ■ Contingent | |
| | **1762 Thome** | ■ Unliquidated | |
| | **Unit B** | ■ Disputed | |
| | **Chicago, IL 60660** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **M. Walter Roofing Acquisition Corp.**

Name

Case number *(if known)*

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Casey Cintron**
**1408 S Risdgeland.**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cason, Roosevelt & Thressa**
**10537 S. Rhodes**
**Chicago, IL 60628**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Castillo, Adriana**
**1239 Evers Ave**
**Westchester, IL 60154**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cathalene Ossler**
**2220 N Kostner.**
**Chicago, IL 60639**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cavada, Eva**
**1724 N 36th Ave**
**Stone Park, IL 60165**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ceci, Robert**
**3538 S. Wesley**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Celelia Block**
**2252 N Lockwood.**
**Chicago, IL 60639**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.180**

Nonpriority creditor's name and mailing address

Celeste & Charlotte Trevino
22W269 Irving Park Rd.
Medinah, IL 60172

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181**

Nonpriority creditor's name and mailing address

Centennial Baptist Church
Centennial Baptist Church
824 E. 43rd Street
Chicago, IL 60653

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182**

Nonpriority creditor's name and mailing address

Centennial Baptist Church
824 E. 43rd Street
Chicago, IL 60653

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183**

Nonpriority creditor's name and mailing address

Chambers, Kerri
124 Eastview Terrace
Lombard, IL 60148

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184**

Nonpriority creditor's name and mailing address

Champion Roofing Inc.
219 William Street
Bensenville, IL 60106

Date(s) debt was incurred  2009-2016

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$382,510.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185**

Nonpriority creditor's name and mailing address

Charles Donhue
5348 N Nashville.
Chicago, IL 60656

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186**

Nonpriority creditor's name and mailing address

Charles Gott
445 E Walnut.
Roselle, IL 60172

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.187** | Nonpriority creditor's name and mailing address

**Charles Laabs**
615 N 2nd Av.
Maywood, IL 60153

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.188** | Nonpriority creditor's name and mailing address

**Charlier, Nancy**
3081 Saratoga
Glenview, IL 60026

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.189** | Nonpriority creditor's name and mailing address

**Chatam Avalon Church of Christ**
8601 S. State
Chicago, IL 60619

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.190** | Nonpriority creditor's name and mailing address

**Chatham Park Village Coop**
737 E. 83rd Place
Chicago, IL 60619

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.191** | Nonpriority creditor's name and mailing address

**Chochola, James**
10145 S Euclid Ave
Oak Park, IL 60304

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.192** | Nonpriority creditor's name and mailing address

**Chris Soulles**
416 N Ridgeland.
Oak Park, IL 60302

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.193** | Nonpriority creditor's name and mailing address

**Christensen, Claudia**
2743 Scott St
Franklin Park, IL 60131

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor   **M. Walter Roofing Acquisition Corp.**

Name                                                           Case number *(if known)*

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Christian Bravo**
**3527 S Lombard.**
**Cicero, IL 60804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Christin Mirabelli**
**1612 W 103rd St.**
**Chicago, IL 60643**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Christine Longo**
**5533 N Central.**
**Chicago, IL 60630**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Christopher, Donald**
**4817 W 102nd St**
**Oak Lawn, IL 60453**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Christy Costa**
**3235 N Paris.**
**Chicago, IL 60634**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Chudik, Kenneth**
**1503 Wisconsin Ave.**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ciesla, Marlene**
**7728 W. Gregory**
**Chicago, IL 60656**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cirolia, Vince**
1837 Kenilworth
Berwyn, IL 60402

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Claflin, James**
740 W. Hinsdale Ave.
Hinsdale, IL 60521

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clarendon Park Condo Association**
828 W. Agatite
Chicago, IL 60640

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clark, Richard**
5159 S. Lockwood
Chicago, IL 60638

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Claudia Roberson**
7340 S Yates.
Chicago, IL 60649

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cody, Mamie**
8946 S. Justine
Chicago, IL 60620

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colby, Lois**
211 W. Maple St
Lombard, IL 60148

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number (if known) |
| --- | --- | --- |
| | Name | |

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Coleman, Caroline**
**1017 31st Ave.**
**Bellwood, IL 60104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Coleman, Ira**
**6927 S Wabash**
**Chicago, IL 60637**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Collett, Doyle**
**3521 Ridgeland**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Collins, Jean**
**9048 S. Emerald**
**Chicago, IL 60620**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Collins, Kristin**
**9433 S Forest Ave**
**Chicago, IL 60619**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Collins, Mike**
**1801 S. Cuyler**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Congdon, Jay**
**407 Colfax Ave**
**Clarendon Hills, IL 60514**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | | | | |
|---|---|---|---|---|---|
| | Name | | Case number (if known) | | |

**3.215** Nonpriority creditor's name and mailing address

Congdon, Jay
407 Colfax Ave
Clarendon Hills, IL 60514

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.216** Nonpriority creditor's name and mailing address

Connie Perno
1544 Westchester Blvd.
Westchester, IL 60154

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.217** Nonpriority creditor's name and mailing address

Conroy, Patricia
5515 W. Pensacola
Chicago, IL 60641

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.218** Nonpriority creditor's name and mailing address

Constance, Florence
5655 S. Monitor
Chicago, IL 60638

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.219** Nonpriority creditor's name and mailing address

Corinne Jembrzycki
6211 W Bernice.
Chicago, IL 60634

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.220** Nonpriority creditor's name and mailing address

Cortese, Vito
2945 N. Mobile
Chicago, IL 60634

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.221** Nonpriority creditor's name and mailing address

Cotton, Cleve
1723 E. 92nd St
Chicago, IL 60617

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Coty, Eugene**
**9605 S Lowe Ave**
**Chicago, IL 60628**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Crandall, Robert**
**2515 Sarah**
**Franklin Park, IL 60131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cunningham, Albert**
**9534 S. Knox**
**Oak Lawn, IL 60453**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Curtis Guyton**
**2102 S 23rd Av.**
**Broadview, IL 60155**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Custodio, Corazon**
**5805 N. Ottawa**
**Chicago, IL 60631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Czarnecki, Robert**
**9624 S Kostner Ave**
**Oak Lawn, IL 60453**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dan Grundler**
**623 Portsmouth.**
**Westchester, IL 60154**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Wimbley**
**1643 N McVicker.**
**Chicago, IL 60639**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniels, Ceandra**
**8600 S East End Ave**
**Chicago, IL 60617**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darlene Dire**
**7100 Powell.**
**Downers Grove, IL 60516**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dave Ben Dov**
**1721 Ivy Ln.**
**Northbrook, IL 60062**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Dombrowski**
**1942 N 73rd Ct.**
**Elmwood Park, IL 60707**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Kiddy**
**4728 N Talman.**
**Chicago, IL 60625**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Martinez**
**3718 S Highland.**
**Berwyn, IL 60402**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.236** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

David Popham
213 Heather.
Winfield, IL 60190

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

David Snyder
4511 N Melvina.
Chicago, IL 60630

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

David Worrell
2031 W Pensacola
Chicago, IL 60618

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Davis, Caroline
9113 S. Union Ave.
Chicago, IL 60620

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Davis, Dean
2201 73rd Ct.
Elmwood Park, IL 60707

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Davis, Robert
450 Hevern Dr
Wheaton, IL 60187

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Davis, Robert Mr.
6142 S. Elizabeth
Chicago, IL 60636

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **M. Walter Roofing Acquisition Corp.**
_____
Name

Case number (if known) _____

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**De Tolve, Andrew**
**2914 N Ernst St**
**Franklin Park, IL 60131**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Debbie Molina**
**1845 W Erie.**
**Chicago, IL 60622**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Debbie Pott**
**2340 Hainsworth.**
**North Riverside, IL 60546**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Debbie Reynolds**
**2707 S Kenilworth.**
**Berwyn, IL 60402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Defenders Church**
**1701 N Tripp.**
**Chicago, IL 60639**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DeFrancisco, Sandra**
**4947 N McVicker Ave**
**Chicago, IL 60630**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DeFrancisco, Sandra**
**4946 N McVicker Ave**
**Chicago, IL 60630**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dempsey, Robert**
**3249 N. Octavia**
**Chicago, IL 60634**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Denise Polick**
**1396 Leslie.**
**Glendale Heights, IL 60139**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Denton, Helene**
**1529 S. Sawyer**
**Chicago, IL 60623**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Denton, Helene**
**1529 S. Sawyer**
**Chicago, IL 60623**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Der, David**
**520 E. Beech Dr.**
**Schaumburg, IL 60193**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DeVito, Mark**
**2680 Lisa Court**
**Northbrook, IL 60062**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Devous, Diane**
**10432 S. Troy**
**Chicago, IL 60655**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,047.00 |
|---|---|---|---|

**DEX**
P. O. Box 9001401
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diane Recine**
631 W Pleasant.
Villa Park, IL 60181

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dillard, Jeffrey**
8536 S. Dante Ave.
Chicago, IL 60619

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dillon, Carol**
8011 26th Street
North Riverside, IL 60546

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Doan, Loc**
361 E Dickens
Northlake, IL 60164

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Doebele, Thomas**
1243 Wisconsin Ave
Berwyn, IL 60402

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dokhanchi, Bob**
133 E 59th Street
Westmont, IL 60559

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **M. Walter Roofing Acquisition Corp.**

Name

Case number *(if known)*

---

**3.264**

**Nonpriority creditor's name and mailing address**

**Don Kalbfleisch**
**846 S Iowa.**
**Addison, IL 60101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265**

**Nonpriority creditor's name and mailing address**

**Don Leo**
**130 W Prairie.**
**Wheaton, IL 60187**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266**

**Nonpriority creditor's name and mailing address**

**Don Phelan**
**7205 Lyman.**
**Downers Grove, IL 60516**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267**

**Nonpriority creditor's name and mailing address**

**Don Stahlberg**
**7842 N Kenneth.**
**Skokie, IL 60076**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268**

**Nonpriority creditor's name and mailing address**

**Donato Cruz**
**5625 W Pensicola.**
**Chicago, IL 60634**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269**

**Nonpriority creditor's name and mailing address**

**Donna Garvey**
**2559 N Marmola.**
**Chicago, IL 60639**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270**

**Nonpriority creditor's name and mailing address**

**Donta Hayes**
**10604 S King Dr.**
**Chicago, IL 60628**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **M. Walter Roofing Acquisition Corp.**

Case number *(if known)* _____

Name

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Doris Harper**
**1903 S Ridgeway.**
**Chicago, IL 60623**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dorothy Fello**
**608 S 6th Av.**
**Maywood, IL 60153**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dorothy Gibler**
**1306 W 55th St.**
**LaGrange Park, IL 60525**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dorothy Sallee**
**614 Marengo.**
**Forest Park, IL 60130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dorothy Truss**
**3645 S Prairie.**
**Chicago, IL 60653**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Doshi, Navnit**
**8246 Ridgeway Ave**
**Skokie, IL 60076**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Doug Dagenais**
**27W701 Swan Lake.**
**Wheaton, IL 60187**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Doyle, Matt**
**3S. 171 Park Blvd.**
**Glen Ellyn, IL 60137**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Duffy, Thomas**
**454 Berkley**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dunne, Timothy**
**131 Fairlane**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Durbin, Daniel**
**1311 S. Walnut Ave.**
**Arlington Heights, IL 60005**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Earl Norris**
**1849 N Nordica.**
**Chicago, IL 60707**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Earnst, Todd**
**2s040 Taylor Rd**
**Glen Ellyn, IL 60137**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ebbing, Ralph**
**2617 S 60th Court**
**Cicero, IL 60804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Ed Brown
7330 S St Lawrence.
Chicago, IL 60619

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Ed Kaske
3617 S 57th Av,
Cicero, IL 60804

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Ed Mockus
3713 W 65th Pl.
Chicago, IL 60629

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Edgar Schroedter
5602 N Major.
Chicago, IL 60630

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Edgebrook Community Church
Edgebrook Community Church
6736 N. Loleta
Chicago, IL 60646

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Edgewood Manor IV Condo Assoc.
Attn: Patricia Basili
8759 W. Summerdale
Chicago, IL 60656

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Edilia Niccolai
2254 W Coulter.
Chicago, IL 60608

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.292** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Edna Klyce
9129 S Cottage Grove
Unit D.
Chicago, IL 60619

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Edward Heintz
3072 Drover.
Darien, IL 60559

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Edward Roback
2148 N Meade.
Chicago, IL 60639

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Edwards, Barbara
557 N Howard
Elmhurst, IL 60126

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Eggleston Patricia
206 S. Summit St
Wheaton, IL 60187

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Eileen Andelbrant
10264 Chaucer.
Westchester, IL 60154

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Eisenberg, Raphaela
5053 N. Lawndale
Chicago, IL 60625

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **M. Walter Roofing Acquisition Corp.**
_____
Name                                                                        Case number (if known)

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eleanor Selep**
**1620 Winchester Ct.**
**Schaumburg, IL 60193**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elim Evangelical Free Church**
**Randel Anderson**
**10000 S Kostner**
**Oak Lawn, IL 60453**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elite Repeat Inc.**
**Attn:  Robert Wintz**
**123 Ogden Ave.**
**Westmont, IL 60559**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Vallejo**
**614 Trent.**
**Schaumburg, IL 60193**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emanuel Congregation**
**5959 N. Sheridan**
**Chicago, IL 60660**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emma Price**
**8633 S Hermitage.**
**Chicago, IL 60620**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Encarnacion Bueno**
**2152 N Meade.**
**Chicago, IL 60639**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|--------|-------------------------------------|------------------------|
|        | Name                                |                        |

| | | |
|---|---|---|
| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **English, Beverly** | **$0.00** |
| | 8430 S. Wabash | ■ Contingent |
| | Chicago, IL 60619 | ■ Unliquidated |
| | | ■ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Epfrim Dekasha** | **$0.00** |
| | 1146 W Summerdale. | ■ Contingent |
| | Chicago, IL 60640 | ■ Unliquidated |
| | | ■ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Eric Cromey** | **$0.00** |
| | 614 Elgin. | ■ Contingent |
| | Forest Park, IL 60130 | ■ Unliquidated |
| | | ■ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **ERK-101st Street Apartments** | **$0.00** |
| | 4738 W 101st St. | ■ Contingent |
| | Oak Lawn, IL 60453 | ■ Unliquidated |
| | | ■ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Esposito, Christine** | **$0.00** |
| | 745 S. LaLonde | ■ Contingent |
| | Lombard, IL 60148 | ■ Unliquidated |
| | | ■ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Esposito, Christine** | **$0.00** |
| | 745 S. La Londe Ave | ■ Contingent |
| | Lombard, IL 60148 | ■ Unliquidated |
| | | ■ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Ester Jones** | **$0.00** |
| | 2700 W 84th St. | ■ Contingent |
| | Chicago, IL 60620 | ■ Unliquidated |
| | | ■ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eugene Matza**
**2369 S Scott.**
**Des Plaines, IL 60018**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eugene McMahon**
**1935 S Oak Park Av.**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Evangelos Hakkas**
**6431 N Rockwell.**
**Chicago, IL 60645**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Exum, Ronald**
**10627 S. Rhodes**
**Chicago, IL 60628**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,500.00** |
|---|---|---|---|

**Fair Oaks Office Condominium No. 1**
**7045 Veterans Boulevard**
**Burr Ridge, IL 60527**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2006**

Basis for the claim:  **Predecessor's warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Faith Community LLC**
**192 S. Center St**
**Bensenville, IL 60106**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Faith Evangelical Church**
**111 W. North Ave**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Faith United Methodist Church**
**111 W North Av.**
**Elmhurst, IL 60126**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Family in Faith Christian**
**1480 Bloomingdale Rd**
**Glendale Heights, IL 61039**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Fawcett, Michelle**
**310 MacAlpin Ct.**
**Inverness, IL 60010**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.323** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Feeney, James**
**4232 N. New Castle**
**Harwood Heights, IL 60706**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.324** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Feltman, Gary**
**1916 N. 73rd Ct**
**Elmwood Park, IL 60707**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ferraris, Florencia**
**1174 S. Grove Ave**
**Oak Park, IL 60304**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Filomena Difranco**
**1804 S Oak Park Av.**
**Berwyn, IL 60402**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Finley, Mary**
**105 S. Summit**
**Wheaton, IL 60187**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Fisher, Robert & Joan**
**1041 39th Street**
**Downers Grove, IL 60515**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Flack, Raymond**
**8146 N. Oketo**
**Niles, IL 60714**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Flaherty, Michael**
**5365 N. Magnet**
**Chicago, IL 60630**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Fleming, David**
**320 E. 89th Place**
**Chicago, IL 60619**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Fletcher Place Condo Assoc**
**2216 W Fletcher.**
**Chicago, IL 60618**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Folinazzo, Joyce**
**572 Selborbe Rd.**
**Riverside, IL 60546**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.334** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Forbes, Donna**
**861 Hollywood**
**Des Plaines, IL 60016**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Fountain, Primous**
**8126 S Houston**
**Chicago, IL 60617**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Fowler, Lester**
**851 N. Monticello**
**Chicago, IL 60651**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frank Hastreiter**
**5304 N Paulina.**
**Chicago, IL 60640**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frank Janeek**
**2429 Ridgeland.**
**Berwyn, IL 60402**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frank Marlette**
**4029 N Oketo.**
**Norridge, IL 60706**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frank Ott**
**2623 S Clinton.**
**Berwyn, IL 60402**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Franklin, Leatha**
10417 S. State St.
Chicago, IL 60628

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fred Cooper**
1450 N Mason.
Chicago, IL 60651

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fred Cousins**
30 N Westmore.
Lombard, IL 60148

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frederick Lohrentz**
35 W Monroe.
Villa Park, IL 60181

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Freehafer, Nancy**
2534 N. St. Louis
Chicago, IL 60647

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Friese, Judy**
213 S Clay
Hinsdale, IL 60521

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fryer, Bernice**
376 E. 87th Pl.
Chicago, IL 60619

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gagala, Jo Marie**
542 Bentley Ct.
Downers Grove, IL 60516

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gail Myslinski**
9020 W 30th St.
Brookfield, IL 60513

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gail Myslinski**
9020 W 30th St.
Brookfield, IL 60513

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Galen Edmondson**
2S535 Gray.
Lombard, IL 60148

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Galvez, Juan**
5245 N Laporte
Chicago, IL 60630

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gandhi, Atul**
827 Lockwood Circle
Naperville, IL 60563

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Garcia, Jessica**
2043 Davis
Whiting, IN 46394

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|--------|-------------------------------------|------------------------|
| | Name | |

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Garcia, Leticia
5143 W. Byron
Chicago, IL 60641

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Garden Center Services
8345 S. Austin
Burbank, IL 60459

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Gary Feltman
1916 N 73rd Ct.
Elmwood Park, IL 60707

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Gary Swierenga
322 N Cass
Westmont, IL 60559

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Gehrke, Vernon
510 Iroquois
Hillside, IL 60162

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Genevieve Macior
3041 N Christiana.
Chicago, IL 60618

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

George Cerny
3527 S Blanchan.
Brookfield, IL 60513

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **M. Walter Roofing Acquisition Corp.**                                    Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**George Demitropoulos**
**5412 W Berteau.**
**Chicago, IL 60641**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**George Miller**
**1427 57th Ct.**
**Cicero, IL 60804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**George Vargus**
**2227 N 73rd Av.**
**Elmwood Park, IL 60707**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Georgene Cole**
**1765 Lee.**
**Des Plaines, IL 60018**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Geraci, Phil**
**565 Hamilton**
**Westmont, IL 60559**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Geraghty, Vincent**

**Chicago, IL 60647**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gerald Levy**
**4045 N Leclaire.**
**Chicago, IL 60641**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gerrie Greene-Dozier**
3531 W 78th St.
Chicago, IL 60652

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Getto, Ronald**
2910 W 55th st.
Chicago, IL 60632

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Giacobbe, Ralph**
1625 N. 22nd Ave.
Melrose Park, IL 60160

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Giangreco, Marita**
1830 Buckingham Ave
Westchester, IL 60153

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Giannopolous, George**
4231 S. Grove Ave
Stickney, IL 60402

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Giardina, Irene**
24 Devonshire Dr
Oak Brook, IL 60521

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gibbons, Geraldine**
5129 Moreland
Norridge, IL 60706

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gibbons, Kevin**
**117 Pepperwoods Dr**
**Bolingbrook, IL 60440**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gilbert Rainey**
**412 McDaniels**
**Clarendon Hills, IL 60514**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Giles, Galvin**
**4901 W Congress Pkwy**
**Chicago, IL 60644**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Giustino, Michael**
**4519 N Campbell**
**Chicago, IL 60625**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gladney, Janice**
**8237 S. Talman**
**Chicago, IL 60652**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gladys Zurawski**
**2534 39th Pl.**
**Chicago, IL 60632**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Go E-Z Car Care**
**3024 W. 26th St**
**Chicago, IL 60623**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.383**

**Nonpriority creditor's name and mailing address**

**Go E-Z Car Care-Joe Vikidel**
**3024 W. 26th St.**
**Chicago, IL 60623**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.384**

**Nonpriority creditor's name and mailing address**

**Golden, Martin**
**224 Rugeley**
**Western Springs, IL**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385**

**Nonpriority creditor's name and mailing address**

**Gooch, Ted**
**544 S. Ridgeland**
**Oak Park, IL 60304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.386**

**Nonpriority creditor's name and mailing address**

**Goodman, Jeanette**
**8319 S. Hamilton Ave.**
**Chicago, IL 60620**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.387**

**Nonpriority creditor's name and mailing address**

**Gora, Nancy**
**3945 N. Natchez**
**Chicago, IL 60634**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.388**

**Nonpriority creditor's name and mailing address**

**Gordon Behrendt**
**1029 Carinal Dr.**
**Palatine, IL 60074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.389**

**Nonpriority creditor's name and mailing address**

**Grace Christoph**
**7825 W Catalpa.**
**Chicago, IL 60656**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **M. Walter Roofing Acquisition Corp.**

Name

Case number *(if known)*

---

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Graham, Chyrel**
**2208W. 121st. Pl.**
**Blue Island, IL 60406**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gramm, Dwight**
**7531 Kenton**
**Skokie, IL 60076**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Grayson, Andy**
**2837 Maple Ave**
**Berwyn, IL 60402**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Greater Metro Church**
**6846 S Creiger.**
**Chicago, IL 60649**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Green, Raymond**
**3543 Laburnum Ct**
**Northbrook, IL 60062**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Green, Sammiesteen**
**108101 S. King Dr.**
**Chicago, IL 60628**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Greene, Douglas**
**3711 Cleveland**
**Brookfield, IL 60513**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregory Johnson**
1219 S Kostner.
Chicago, IL 60623

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregory King**
4548 Jackson.
Hillside, IL 60162

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Griffin, Carl**
1033 Bohland
Bellwood, IL 60104

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Grimes, Willie & Geraldine**
5123 W. Augusta Blvd.
Chicago, IL 60651

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Grosskopf Construction**
14950 W. Yorkhouse Rd
Wadsworth, IL 60083

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Grossman, Norman**
4356 Foster St.
Skokie, IL 60076

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Guiseppe Ergastolo**
1219 56th Ct.
Cicero, IL 60804

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **M. Walter Roofing Acquisition Corp.**                     Case number (if known)
Name

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gutierrez, Estella**
**427 Garland**
**Romeoville, IL 60446**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hahl, Daniel**
**6448 28th St.**
**Berwyn, IL 60402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hahn, Cynthia**
**1301 Eastman**
**Arlington Heights, IL 60004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hahn, Thomas**
**932 N. Highland**
**Arlington Heights, IL 60004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hal Landt**
**1244 S Maple.**
**Berwyn, IL 60402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Han, Mr.**
**1225 W Gunnison**
**Chicago, IL 60640**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hank Schneider**
**5621 W Grace.**
**Chicago, IL 60634**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harden, Shellie**
**8649 S. Kenwood**
**Chicago, IL 60619**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harns, Tom**
**15W319 Lexington**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harris, Sharon**
**1353 W. 107th Pl.**
**Chicago, IL 60643**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harris, Vanessa**
**9209 S. Marshfield**
**Chicago, IL 60620**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hartman, Vera**
**9040 S. Emerald**
**Chicago, IL 60620**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harvey Harrison**
**15W311 Harvard.**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harvey, Bilbo**
**1912 S 8th Ave**
**Maywood, IL 60153**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**

Name

Case number (if known)

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harvey, Naddie**
**8201 S. Ada**
**Chicago, IL 60620**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harvey, Naddie**
**8201 S. Ada**
**Chicago, IL 60620**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Haughton, Matt**
**7206 Walden Lane**
**Darien, IL 60561**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hayes, Pamela**
**12605 S Michigan Ave**
**Chicago, IL 60628**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Helwink, Clyde**
**657 Sunnyside**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Henderson, Bernice**
**1015 N. Lawndale**
**Chicago, IL 60651**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Henderson, Stephan**
**9630 S. Greenwood**
**Chicago, IL 60628**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hermanek, George**
**6955 W Fletcher**
**Chicago, IL 60634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hernandez, Ramona**
**4166 W. Wellington**
**Chicago, IL 60641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Herold Wind**
**2344 S 24th Av.**
**Broadview, IL 60155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Herrerias, Adelaida**
**125 N. Ardmore**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Herrick, Thomas**
**232 N Lombard**
**Oak Park, IL 60302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Higareda, Marisol**
**1241 S. Lombard**
**Cicero, IL 60804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hinton, Henry**
**1425 E 76th Street**
**Chicago, IL 60619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Hobin, Timothy**
**6528 S. Knox Ave.**
**Chicago, IL 60629**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Hock, Daniel**
**258 Ironwood Dr.**
**Bloomingdale, IL 60108**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Homer Smith**
**534 S Vail.**
**Arlington Heights, IL 60005**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Honore, Renee**
**8728 S. Prairie Ave**
**Chicago, IL 60619**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Horn, Rosemary**
**5261 W. Windsor Ave.**
**Chicago, IL 60630**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Horsley, Brenda**
**7441 S Prairie Ave**
**Chicago, IL 60619**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Hossain, Amjad**
**1290 Haverhill Circle**
**Naperville, IL 60563**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | |
|---|---|---|
| | Name | |

Case number *(if known)* _____

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**House, Thelma**
3822 Highland
Berwyn, IL 60402

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hu, Ping**
1568 Knoll Crest Drive
Bartlett, IL 60103

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hubeny Enterprises**
633 S Route 83.
Elmhurst, IL 60126

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hubeny, Jim**
91 S Columbine
Lombard, IL 60148, IL 60148

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hubeny, Jim**
91 S Columbine
Lombard, IL 60148

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hutchinson, Raymond**
3833 S Wenonah Ave
Berwyn, IL 60402

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Iannelli, Grant**
543 S. Finley
Lombard, IL 60148

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ideal Dental Labs**
**6212 W Grand**
**Chicago, IL 60639**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ilias Loulousis**
**1821 S Gunderson.**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Indelli, Joseph**
**4700 N Maria Court**
**Chicago, IL 60656**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Isaacs, Greg**
**709 Prince Edward Lane**
**Schaumburg, IL 60193**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jackie Butler**
**11406 S Normal.**
**Chicago, IL 60628**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jackie Caputo**
**25W776 Ptairie Av.**
**Wheaton, IL 60187**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jackson, Edwin**
**2651 Sunnyside**
**Westchester, IL 60154**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**
_____
Name

Case number (if known) _____

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jackson, Farrol**
**10547 S. Rhodes Ave.**
**Chicago, IL 60628**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jackson, Pat**
**1043 Garner**
**Wheaton, IL 60187**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jados, Steven**
**3331 N. Bell**
**Chicago, IL 60618**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**James Hillman**
**6839 W Thorndale.**
**Chicago, IL 60631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**James Mysicka**
**2525 Euclid.**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**James Nauta**
**2220 Pontiac Cir.**
**Naperville, IL 60565**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**James Ridgeway**
**5113 Michigan.**
**Schiller Park, IL 60176**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**

Name

Case number (if known)

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Templin**
**3424 Arden.**
**Brookfield, IL 60513**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Valancius**
**162 Hampshire.**
**Elmhurst, IL 60126**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janice Lewis**
**7935 S Hermitage**
**Chicago, IL 60620**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jaros, Wes**
**2147-55 Hull**
**Westchester, IL 60154**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jasien Sr., James**
**644 S. Edson**
**Lombard, IL 60148**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jason Nairm**
**234 S Stewart.**
**Lombard, IL 60148**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jean Blasco**
**110 S William.**
**Mount Prospect, IL 60056**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | M. Walter Roofing Acquisition Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.467** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jean Williams
5525 W North Av.
Chicago, IL 60639

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.468** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jeanette Ammons
3346 Park.
Brookfield, IL 60513

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.469** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jedlicka, Charles
1611 Clemens Road
Darien, IL 60561

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.470** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jeff Campbell
4344 N Moody.
Chicago, IL 60634

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.471** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jeff Coombs
501 S Cornell.
Villa Park, IL 60181

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.472** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jeff Coombs
501 S Cornell.
Villa Park, IL 60181

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.473** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jeff Mitchell
1033 S Myrtle.
Villa Park, IL 60181

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **M. Walter Roofing Acquisition Corp.** | |
|---|---|---|
| | Name | Case number (if known) |

---

| 3.474 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jenks, Robert**
317 N. Main
Lombard, IL 60148

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jennifer Casey**
112 W Grove.
Lombard, IL 60148

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jensen, Eric**
3827 N. Hoyne
Chicago, IL 60618

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jersic, Marion**
3438 Ridgeland
Berwyn, IL 60402

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jim Beeler**
637 S Vail.
Arlington Heights, IL 60005

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jim Byrne**
1223 W Farwell Av.
Chicago, IL 60626

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jim Byrne**
5638 N Wayne Av.
Chicago, IL 60660

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Jim Delmastro**
**1132 Buckingham.**
**Carol Stream, IL 60188**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Jim Draho**
**836 Chicago.**
**Downers Grove, IL 60515**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Jim Flaishaker**
**9966 Pacific.**
**Franklin Park, IL 60131**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Jim Garrigan**
**7920 Lake St.**
**River Forest, IL 60305**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Joanne Germaine**
**7329 Trent Rd.**
**Downers Grove, IL 60516**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Joanne Skogman**
**5255 N Mason.**
**Chicago, IL 60630**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Joe Arient**
**5056 32nd Pl.**
**Cicero, IL 60804**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Data**
**20W428 Elizabeth.**
**Downers Grove, IL 60516**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Discipio**
**29W151 North Av.**
**West Chicago, IL 60185**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Erisen**
**728 Bukingham Ct.**
**Wheaton, IL 60187**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Hernandez**
**21 N Adams.**
**Addison, IL 60101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Jarad**
**7742 W Thorndale.**
**Chicago, IL 60631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Sica**
**525 W Fullerton.**
**Addison, IL 60101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Soto**
**100 Montclare.**
**Wood Dale, IL 60191**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**

Name

Case number *(if known)*

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Wright**
**2335 N Rutherford**
**Chicago, IL 60707**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joel Palka**
**939 S Clinton.**
**Oak Park, IL 60304**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John & Antoinette Schiro**
**6007 W Eddy.**
**Chicago, IL 60634**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Anderson**
**2521 Highland.**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Augustus**
**3910 W 99th St.**
**Evergreen Park, IL 60805**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Cannon**
**2423 S 17th Av.**
**Broadview, IL 60155**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Giatras**
**101 S Evergreen.**
**Addison, IL 60101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Gonsior**
2413 S 60th Ct.
Cicero, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Greenhill**
4125 W Eddy.
Chicago, IL 60641

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Hovis**
2220 Clinton.
Berwyn, IL 60402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Mandujano**
1935 N Rutherford.
Chicago, IL 60707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Milne**
107 W Monroe.
Villa Park, IL 60181

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Patuszynski**
5905 N Nagle.
Chicago, IL 60646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Sliwicki**
4567 N Moody.
Chicago, IL 60630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.509**

**Nonpriority creditor's name and mailing address**

**John Sliwicki**
**4567 N Moody.**
**Chicago, IL 60630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.510**

**Nonpriority creditor's name and mailing address**

**John Strapple**
**1533 S 60th Ct.**
**Cicero, IL 60804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.511**

**Nonpriority creditor's name and mailing address**

**Johnnie York**
**1635 N Linder.**
**Chicago, IL 60639**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.512**

**Nonpriority creditor's name and mailing address**

**Johnson, Rose**
**11624 S. Aberdeen**
**Chicago, IL 60643**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.513**

**Nonpriority creditor's name and mailing address**

**Johnson, Vernon**
**17531 Baker Ave.**
**Country Club Hills, IL 60478**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.514**

**Nonpriority creditor's name and mailing address**

**Johnson,Gloria**
**1457 N. Austin**
**Chicago, IL 60651**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.515**

**Nonpriority creditor's name and mailing address**

**Johnson,Gloria**
**1457 N. Austin**
**Chicago, IL 60651**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Ma**
**4935 N Kenmore.**
**Chicago, IL 60640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jones, A.D.**
**1933 S 17th Ave**
**Broadview, IL 60155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jones, A.D.**
**1933 S 17th Ave**
**Broadview, IL 60155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jones, Charles  Sr.**
**15302 S. Birch Rd.**
**Markham, IL 60428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jones, Clarence**
**9225 S. Emerald**
**Chicago, IL 60620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jones, Kimberly**
**8927 S. Francisco**
**Evergreen Park, IL 60805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jones, Richmond**
**2530 W. Eastwood**
**Chicago, IL 60625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**

Name

Case number *(if known)*

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jose Gutierrez**
**119 St Francis.**
**Oak Brook, IL 60523**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jose Hernandez**
**825 S 17th Av.**
**Maywood, IL 60153**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jose Naranjo**
**6373 N Legett.**
**Chicago, IL 60646**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jose Quintero**
**2117 Scoville.**
**Berwyn, IL 60402**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph & Karla Nowacki**
**329 Hillside.**
**Roselle, IL 60172**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph Liotine**
**4615 S Grove.**
**Forest View, IL 60402**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph Marriel**
**691 N Kennilworth.**
**Elmhurst, IL 60126**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Slaga**
1241 S Gunderson Av.
Berwyn, IL 60402

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Zailskas**
411 E Harding.
LaGrange Park, IL 60526

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jospeph Widlarz**
6048 W 28th St.
Cicero, IL 60804

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joverty Urrutia**
3236 N Rutherford.
Chicago, IL 60634

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joyce Brammer**
3015 N Hamilton.
Chicago, IL 60618

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Julia Giczewski**
1610 Sunflower Ct.
Romeoville, IL 60446

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Julia Kolodziej**
18 Concord.
Oak Brook, IL 60521

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.537** | Nonpriority creditor's name and mailing address

**Julian Brandt**
**3401 N Overhill.**
**Chicago, IL 60634**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.538** | Nonpriority creditor's name and mailing address

**Julian Nowak**
**6335 N Nokonis.**
**Chicago, IL 60646**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.539** | Nonpriority creditor's name and mailing address

**Julius Noble**
**11029 S Esmond.**
**Chicago, IL 60643**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.540** | Nonpriority creditor's name and mailing address

**June Crowley**
**111 W Kathleen.**
**Des Plaines, IL 60016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.541** | Nonpriority creditor's name and mailing address

**June Zelenka**
**2513 S 2nd Av.**
**North Riverside, IL 60546**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.542** | Nonpriority creditor's name and mailing address

**Jung, Edward**
**45 Dorset Court**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.543** | Nonpriority creditor's name and mailing address

**Kaczmarek, Jane**
**416 N. Linden**
**Itasca, IL 60143**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | |
|---|---|---|
| | Name | |

Case number *(if known)*

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kahn, Karen**
**218 N. Prospect**
**Park Ridge, IL 60668**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kakacek, Trina**
**3931 N Oakley**
**Chicago, IL 60618**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kalteux, Dan**
**29 N Ardmore**
**Villa Park, IL 60181**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kanzia, Matthew**
**2324 S 11th Ave**
**Broadview, IL 60155**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karen Kozlik**
**2123 S Scoville.**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karen Ralph**
**136 W Traube.**
**Downers Grove, IL 60515**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karen Tokarski**
**7020 Riverside.**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karos, Steve**
**1680 Channing Court**
**Melrose Park, IL 60160**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kartalia, Jim**
**5181 Indiana Ave**
**Lisle, IL 60532**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kasperski, Steve**
**1571 9th Ave**
**Melrose Park, IL 60160**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kay Kibort**
**8050 N Kenton.**
**Skokie, IL 60076**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kazan, Janet**
**3501 Adams Rd.**
**Oak Brook, IL 60523**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kennedy, Patrick & Carmel**
**2307 Kennelworth**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kenneth Ekechukwu**
**115 St Francis.**
**Oak Brook, IL 60523**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | M. Walter Roofing Acquisition Corp. | | Case number (if known) |
|--------|-------------------------------------|---|------------------------|
| | Name | | |

---

**3.558** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Kesman, Dolores**
**3734 Cleveland**
**Brookfield, IL 60513**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Kessner, Bill**
**138 E. Jackson**
**Villa Park, IL 60181**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Ketov, Margarita**
**1630 N. 22nd Avenue**
**Melrose Park, IL 60160**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.561** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Kieltyka, Ken**
**612 S Princeton**
**Villa Park, IL 60181**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.562** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Kim Chulis**
**1006 Ferdinand.**
**Forest Park, IL 60130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.563** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Klamp, Mary**
**3313 Edgington**
**Franklin Park, IL 60131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.564** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Koroyanis, Anastasia**
**6811 Higgins**
**Chicago, IL 60656**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Koroyanis, Anastasia**
**7345 W. Addison**
**Chicago, IL 60634**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kozil, Jean**
**5805 W. Barry Ave.**
**Chicago, IL 60634**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kozlik, Jerry**
**4103 S. Wenonah Ave.**
**Stickney, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Krueger, Tom**
**805 S Brainard Ave**
**LaGrange, IL 60525**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kruger, Andrew**
**17W381 Butterfield**
**Oakbrook Terrace, IL 60181**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kruse, Jason**
**5858 W. Newport**
**Chicago, IL 60634**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kueling, Viola**
**6502 27th Place**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**

Name

Case number *(if known)*

| | | |
|---|---|---|
| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Kupris, Richard**
**2653 Longview Dr.**
**Lisle, IL 60532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.573   **Nonpriority creditor's name and mailing address**

**Kurcz, Shirley**
**111 Spring St.**
**Willow Springs, IL 60480**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.574   **Nonpriority creditor's name and mailing address**

**Kutz, Charlotte**
**4066 S. Richmond**
**Chicago, IL 60632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.575   **Nonpriority creditor's name and mailing address**

**Kwiatek, Andre**
**515 Iroquois**
**Hillside, IL 60162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.576   **Nonpriority creditor's name and mailing address**

**Labudda, Sunny**
**2947 S. Farrell Street**
**Chicago, IL 60608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.577   **Nonpriority creditor's name and mailing address**

**Larasa, James**
**1335 S. Hamilton**
**Elmhurst, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.578   **Nonpriority creditor's name and mailing address**

**Larry Ablemann**
**5213 N Wayne.**
**Chicago, IL 60640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Griffin**
**265 W North Av.**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Millas**
**6923 Riverside.**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Norkiewicz**
**110 N Kasper.**
**Arlington Heights, IL 60005**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laskasky, John**
**120 N Grant Drive**
**Addison, IL 60101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurel Shine**
**3105 W 102nd St.**
**Evergreen Park, IL 60642**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lavelli, Julene**
**2034 W Sunnyside Ave**
**Chicago, IL 60625**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lavergne Kaberline**
**2132 W Cuyler.**
**Chicago, IL 60618**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|--------|-------------------------------------|------------------------|
| | Name | |

---

**3.586** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Lawrence Masek**
**1230 S 59th Av.**
**Cicero, IL 60804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Lawrence Rogers**
**5109 24th Pl.**
**Cicero, IL 60650**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**LeBeaux, Warren**
**35 W 103rd Place**
**Chicago, IL 60628**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Lee Desalvo**
**32 Hayes.**
**Northlake, IL 60164**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Lee Johnson**
**5412 W Race**
**Chicago, IL 60644**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.591** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Lee, Kathleen**
**1401 63rd**
**LaGrange Highlands, IL 60525**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.592** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Lela Green-Jackson**
**804 S 7th Av.**
**Maywood, IL 60153**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **M. Walter Roofing Acquisition Corp.**

Name

Case number *(if known)*

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lena Dammstrom**
**61 Kendal.**
**Elk Grove, IL 60007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lenarts, Gerald**
**5229 Bernard**
**Chicago, IL 60625**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leo, Don**
**130 W Prairie Ave**
**Wheaton, IL 60187**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leonard Fieroh**
**12513 S 70th.**
**Palos Heights, IL 60463**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lerch, William**
**5923 S Natchez**
**Chicago, IL 60638**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lesniak, John**
**1830 N. 18th Avenue**
**Melrose Park, IL 60160**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lethea Johnson**
**1329 S Keeler Av.**
**Chicago, IL 60623**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Li, Xialong**
**532 N. Van Auken**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Liampotios, Athanasia**
**3615 N. Oconto**
**Chicago, IL 60634**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Libel, Patricia**
**2228 Harvey**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lieb, Janet**
**3837 Blanchan Ave.**
**Brookfield, IL 60513**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lighthouse Gospel**
**Lighthouse Gospel**
**3004 W. Lexington**
**Chicago, IL 60612**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lighty, John**
**241 W. Butterfield**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lillian Mathey**
**835 N Cambridge.**
**Addison, IL 60101**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.607 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Lin, Vivian** | ■ Contingent | |
| | **4609 S Homan** | ■ Unliquidated | |
| | **Chicago, IL 60632** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.608 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Linda Covello** | ■ Contingent | |
| | **2750 Landen.** | ■ Unliquidated | |
| | **Melrose Park, IL 60164** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Linda Papesh** | ■ Contingent | |
| | **2545 N Marwood.** | ■ Unliquidated | |
| | **River Grove, IL 60171** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.610 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Linda Voelker** | ■ Contingent | |
| | **220 Longridge.** | ■ Unliquidated | |
| | **Bloomingdale, IL 60108** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Lindahl, Len** | ■ Contingent | |
| | **639 W Peregrine Dr.** | ■ Unliquidated | |
| | **Palatine, IL 60067** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Lisa Wissert** | ■ Contingent | |
| | **3555 N Natoma.** | ■ Unliquidated | |
| | **Chicago, IL 60634** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Liskovec, Patricia** | ■ Contingent | |
| | **5305 S. Fairfield** | ■ Unliquidated | |
| | **Chicago, IL 60632** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | M. Walter Roofing Acquisition Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.614** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Liskovec, Patricia**
**5305 S. Fairfield**
**Chicago, IL 60632**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.615** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Liz Terrones**
**2305 W Diversey.**
**Chicago, IL 60647**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.616** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Lloyd McElfresh**
**8045 N Long.**
**Skokie, IL 60077**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.617** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Locke, Judy**
**1048 N. Oak Park Ave.**
**Oak Park, IL 60302**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.618** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Lockett, Cherie**
**2668 Hillside Lane**
**Evanston, IL 60201**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.619** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Lofton, Willie & Mary**
**8035 S. Burnham**
**Chicago, IL 60617**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.620** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Long, Mack**
**5114 Van Buren**
**Chicago, IL 60644**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.621 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**3.621**

**Nonpriority creditor's name and mailing address**

**Lopez, Hilda**
**7434 W. 59th Street**
**Summit, IL 60501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.622**

**Nonpriority creditor's name and mailing address**

**Lopez, Mary Jo**
**5314 Franklin**
**Western Springs, IL 60558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.623**

**Nonpriority creditor's name and mailing address**

**Lopiccolo, Vincenzina**
**6149 N Meade Ave**
**Chicago, IL 60646**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.624**

**Nonpriority creditor's name and mailing address**

**Lorraine Edwalds**
**5045 N Kildare.**
**Chicago, IL 60630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.625**

**Nonpriority creditor's name and mailing address**

**Lou Pinto**
**7539 W 103rd St.**
**Palos Hills, IL 60465**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.626**

**Nonpriority creditor's name and mailing address**

**Louis Foster**
**2005 Warren.**
**Evanston, IL 60202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.627**

**Nonpriority creditor's name and mailing address**

**Louis Lockowitz**
**262 Seabury Rd.**
**Bolingbrook, IL 60440**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Louise Johnson
1810 N 24th Av.
Melrose Park, IL 60160

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Lowden, Deborah
547 N. Michigan
Villa Park, IL 60181

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Lucas, Barbara
8900 S. Phillips
Chicago, IL 60617

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Luce Coupand
7916 W Lawrence Av.
Unit C
Norridge, IL 60706

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Lucinda Foulke
203 W Vallette.
Elmhurst, IL 60126

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Lumley, Rosemary
12522 SW Highway
Palos Park, IL 60464

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Lundell, Janice
5043 N. Octavia
Harwood Heights, IL 60706

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**

Name                          Case number *(if known)*

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Lundstrom, Ken**
**3000 N Oleander**
**Chicago, IL 60707**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Lyles, Cecil**
**173 N. LaPorte**
**Chicago, IL 60644**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Lyles, Cecil**
**5007 Maypole**
**Chicago, IL 60644**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Lynch, Thomas & Deborah**
**119 - 6th St.**
**Wilmette, IL 60091**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Lynn Hedwig**
**5036 Crain.**
**Skokie, IL 60077**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Lyssenko, Alexander**
**7109 W. 34th Street**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**M. Gottlieb Associates, Inc.**
**Russ Krause 6009 N Milwaukee**
**Chicago, IL 60646**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **M. Walter Roofing Acquisition Corp.**

Name

Case number *(if known)*

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Macedonia Tabernocle**
**109-111 E 75th St.**
**Chicago, IL 60619**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MacIntyre, Louise**
**22W511 Burr Oak Dr.**
**Glen Ellyn, IL 60137**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Macko, John**
**1414 E Sunset Terrace**
**Arlington Heights, IL 60004**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mae Landfair**
**528 Grandville.**
**Bellwood, IL 60104**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mae Slater**
**7112 S Prairie.**
**Chicago, IL 60619**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Majesty Janitorial-Alliance Management**
**390 E Irving Park Rd.**
**Wood Dale, IL 60191**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mann, David**
**103 Landmeir**
**Elk Grove, IL 60007**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**

Name

Case number *(if known)*

---

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mansaurian, Rafeideh**
**9427 Kedvale**
**Skokie, IL 60076**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Manuel Ruiz**
**4425 S Grove.**
**Stickney, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Manuell, Karen**
**6530 Maxwell Drive**
**Woodridge, IL 60517**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maple Crossing Apartments**
**512 N. Ardmore**
**Villa Park, IL 60181**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maramatha Assembly of God**
**3542 W 59th St.**
**Chicago, IL 60629**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marcus Goldman**
**9610 Maplewood.**
**Evergreen Park, IL 60805**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Margaret Russell**
**5036 W Madison.**
**Hillside, IL 60162**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**

Name

Case number (if known)

---

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maria Arista**
**652 N Indiana.**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maria Piraino**
**2902 73rd Ct.**
**Elmwood Park, IL 60707**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marilyn Brda**
**2531 W Chicago.**
**Chicago, IL 60622**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marilyn Goode**
**1408 N Norwood.**
**Chicago, IL 60660**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marilyn Rice**
**543 S Mitchell.**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mario Lascala**
**8029 N Kilbourn**
**Skokie, IL 60076**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marion Handler**
**322 Nottingham.**
**Glenview, IL 60025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | |
|---|---|---|
| | Name | |

Case number (if known) _____

---

**3.663**

**Nonpriority creditor's name and mailing address**

**Marjorie Devine**
**633 S Gunderson.**
**Oak Park, IL 60304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.664**

**Nonpriority creditor's name and mailing address**

**Mark Rothas**
**5156 N Nashville**
**Chicago, IL 60656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.665**

**Nonpriority creditor's name and mailing address**

**Marlene Nash**
**4322 N Damen.**
**Chicago, IL 60618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.666**

**Nonpriority creditor's name and mailing address**

**Marshall, Odell**
**2009 S 21st Ave**
**Broadview, IL 60155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.667**

**Nonpriority creditor's name and mailing address**

**Martensen, Jeff**
**4425 N. Tripp**
**Chicago, IL 60630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.668**

**Nonpriority creditor's name and mailing address**

**Martin, Joel**
**208 N. Ridgeland**
**Oak Park, IL 60302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.669**

**Nonpriority creditor's name and mailing address**

**Martinez**
**2625 W. 23rd St.**
**Chicago, IL 60608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marty Dubois**
**8431 S 84th Av.**
**Hickory Hills, IL 60457**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Garza**
**3706 S 56th Ct.**
**Cicero, IL 60804**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Georges**
**15-17 Ogden Av.**
**Westmont, IL 60559**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Leonardo**
**1636 S Ridgeland.**
**Berwyn, IL 60402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Lewis**
**956 E Lilac.**
**Palatine, IL 60076**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Oskroba**
**328 S Craig Pl.**
**Lombard, IL 60148**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Wells**
**1710 W Garfield.**
**Chicago, IL 60609**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mary Williams**
**4908 W Monroe.**
**Chicago, IL 60644**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mathew Rose**
**8431 S Kostner.**
**Chicago, IL 60652**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matthews, Edward**
**119 47th Ave**
**Bellwood, IL 60104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maureen Barrett**
**23W233 Cambridge Ct.**
**Glen Ellyn, IL 60137**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mauro, Anne**
**3800 N. Newland**
**Chicago, IL 60634**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mazur, Ronald**
**416 E. Altgeld Ave.**
**Glendale Heights, IL 60139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McAleer, Marianne**
**2648 Kenilworth**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __M. Walter Roofing Acquisition Corp.__

Name

Case number (if known) _____

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**McAuley, Patricia**
5030 W. Farwell
Skokie, IL 60077

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**McCarthy, Kelly Marie**
4609 Fishermans Terrace
Lyons, IL 60534

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**McCullagh, Dan**
4625 Raymond
Brookfield, IL 60513

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**McGinn, Gregg**
724 Kemman Ave
LaGrange Park, IL 60526

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**McLaughlin, Dorothy**
618 N. Monticello
Chicago, IL 60624

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**McLaughlin, Dorothy**
618 N. Monticello
Chicago, IL 60624

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**McNamee, Tom**
9356 Forestview Lane
Evanston, IL 60203

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McNeil, Carolyn**
**8851 S. Harper**
**Chicago, IL 60619**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Medley, Scott**
**8858 S. Main St.**
**Hometown, IL 60456**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Medunycia, Christine**
**5324 N Nagle**
**Chicago, IL 60630**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Medunycia, Michalene**
**876 Parkview Lane**
**Des Plaines, IL 60016**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Megan Hauserman**
**825 Beloit.**
**Forest Park, IL 60130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melrose-Damen Condo Assoc.**
**1954 Melrose**
**Chicago, IL 60657**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melvin Fallis**
**4368 S Oakenwald.**
**Chicago, IL 60653**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**

Name

Case number (if known)

---

| 3.698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melvin Harrison**
**2242 S 12th Av.**
**Broadview, IL 60153**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Menninger, Pat**
**5828 N. Washtenaw**
**Chicago, IL 60659**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Merrick, James**
**1446 New Castle Ave**
**Westchester, IL 60154**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mertdogan, John**
**1008 S. Gunderson**
**Oak Park, IL**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Metal Box Int.**
**11600 King Ave**
**Franklin Park, IL 60131**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Meyer, John**
**753 Kersage**
**Elmhurst, IL 60126**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Johnson**
**15613 S Madison.**
**Dolton, IL 60419**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Ventiga**
**1S134 Apley.**
**Villa Park, IL 60181**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle Lykins**
**310 E Alden.**
**Addison, IL 60101**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Miguel Tapia**
**7630 S Lavergne.**
**Burbank, IL 60459**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike Berndtson**
**1833 S Maple.**
**Berwyn, IL 60402**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike Flisk**
**10314 Hamilton**
**Chicago, IL 60643**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike Lenehan**
**2224 W Giddings.**
**Chicago, IL 60625**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike Nykolyshyn**
**7734 Sunset Dr.**
**Elmwood Park, IL 60707**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Tully**
631 37th.
Downers Grove, IL 60515

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mikus, Anthony**
121 Stonegate
La Grange Park, IL 60526

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mildred Milneski**
3014 S 48th Ct.
Cicero, IL 60804

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mildred Thomas**
3906 Fillmore.
Chicago, IL 60624

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Militello, Jack & Indoranto, Marian**
1410 N. 16th Ave.
Melrose Park, IL 60160

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Misasi, John'**
3135 George Street
Franklin Park, IL 60131

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitchell, Vicki**
949 S. Kirk
Elmhurst, IL 60126

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.719** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Mochel, Richard
37449 S. Samaniego Dr.
Tucson, AZ 85739

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.720** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Mok, Jane
6939 N Kilpatrick
Lincolnwood, IL 60712

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.721** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Montalbano, Sam
7935 W. Westwood
Elmwood Park, IL 60707

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.722** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Moore, Grace
6631 S. Ingleside
Chicago, IL 60637

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.723** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Moore, Vicki
3045 N. 77th Ct.
Elmwood Park, IL 60707

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.724** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Morel, Nicholas
154 Rex
Elmhurst, IL 60126

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.725** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Mozden, Donald
8105 W 131st Street
Palos Park, IL 60464

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | | |
| --- | --- | --- | --- |
| | Name | Case number (if known) | |

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Mr. Custodio**
**1641 Highridge Pkway.**
**Westchester, IL 60154**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Mrs Bonilla**
**5329 N Kimball.**
**Chicago, IL 60625**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Mueller, Ms.**
**289 E. Cayuga Ave.**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Mukhopadhyay, Sam**
**2426 S. 3rd Avenue**
**North Riverside, IL 60546**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Mungerson, Victor**
**2605 Kensington**
**Westchester, IL 60154**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Murakami, Nancy**
**6566 Hiawatha**
**Chicago, IL 60646**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Murillo, Maria**
**1333 Cuyler**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.733** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Murtaugh, Ann
371 Sherman
Elmhurst, IL 60126

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.734** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Musial, Joe
6159 Blodgett Ave.
Downers Grove, IL 60516

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.735** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Musso, Tracey
22 E North St
Hinsdale, IL 60521

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.736** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Myrtle Palm
13 Scottsdale.
LaGrange Park, IL 60526

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.737** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Myrtyle Jones
535 N Leamington.
Chicago, IL 60644

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.738** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Nada Dragojevic
197 W Butterfield.
Elmhurst, IL 60126

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.739** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Najma Khan
6730 N Karlov.
Lincolnwood, IL 60712

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Narain, Ram**
**1965 Brookside Ln**
**Hoffman Estates, IL 60169**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Narvaez, Ted**
**3627 W. McLean Ave**
**Chicago, IL 60647**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Narvaez, Ted**
**3627 W. McLean Ave**
**Chicago, IL 60647**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Nee, Thomas**
**459 E Park Ave**
**Elmhurst, IL 60126**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Neil Kempe**
**96 N Delaplaine.**
**Riverside, IL 60546**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Nelson, Doris**
**1N433 Park Blvd.**
**Glen Ellyn, IL 60137**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Nelson, Ed**
**3628 Harlem**
**Riverside, IL 60546**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.747** | Nonpriority creditor's name and mailing address

Nelson, Phyllis
3416 McCormick Ave
Brookfield, IL 60513

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.748** | Nonpriority creditor's name and mailing address

Neradt, Gini
1303 S. Wolf Rd.
Des Plaines, IL 60018

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.749** | Nonpriority creditor's name and mailing address

Nesetril, Ladislav
2221 Gunderson
Berwyn, IL 60402

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.750** | Nonpriority creditor's name and mailing address

Neuman, Carol
2842 Cuyler
Berwyn, IL 60402

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.751** | Nonpriority creditor's name and mailing address

Newman, Deeda
954 N Keystone Ave
Chicago, IL 60651

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.752** | Nonpriority creditor's name and mailing address

Nicewarner, Diane
300 E Myrick Ave
Addison, IL 60101

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.753** | Nonpriority creditor's name and mailing address

Nick Fieltz
5241 W 88th St.
Oak Lawn, IL 60453

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

---

| 3.754 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Nick Moyenda**
**8453 S. Wood.**
**Chicago, IL 60620**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Nikolay Koev**
**820 Heathland.**
**Westmont, IL 60559**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Nolan Wade**
**7914 S Talman.**
**Chicago, IL 60652**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Norgle, Sr., Charles**
**233 W. St. Charles Rd.**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Norma Manuel**
**6429 N Hoyne.**
**Chicago, IL 60645**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**North Nagle Condo**
**5820 N Nagle.**
**Chicago, IL 60631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Northe, Lester**
**1700 N Newcastle**
**Chicago, IL 60707**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.761 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Nugent, Bob**<br>**409 50th Ave**<br>**Bellwood, IL 60104** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.762 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Nyman, Eileen**<br>**1516 S Prospect**<br>**Park Ridge, IL 60068** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.763 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Oakwood II Condo**<br>**4754 W 101rst.**<br>**Oak Lawn, IL 60453** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Odinon Franco**<br>**3204 S 54th Av.**<br>**Cicero, IL 60804** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.765 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Oleksyn, Helen**<br>**1818 Holly Ave**<br>**Darien, IL 60561** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.766 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Olga Kaplan**<br>**503 Longcommon.**<br>**Riverside, IL 60546** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.767 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Olga Pierce**<br>**7715 W Rascher.**<br>**Chicago, IL 60656** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.768**

**Nonpriority creditor's name and mailing address**

**Omelka, Kathryn**
**2220 S. 11th Ave.**
**North Riverside, IL 60546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.769**

**Nonpriority creditor's name and mailing address**

**Ortiz, Scott**
**201 E. View St.**
**Lombard, IL 60148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.770**

**Nonpriority creditor's name and mailing address**

**Osborn, George**
**5144 Madison St.**
**Hillside, IL 60162**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.771**

**Nonpriority creditor's name and mailing address**

**Otto Stefan**
**937 Thomas.**
**Forest Park, IL 60130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.772**

**Nonpriority creditor's name and mailing address**

**Pack, Christine**
**7040 34th Street**
**Berwyn, IL 60402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.773**

**Nonpriority creditor's name and mailing address**

**Pandola, Lorraine**
**4640 W 20th St.**
**Cicero, IL 60804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.774**

**Nonpriority creditor's name and mailing address**

**Papineau, Alyce**
**2240 S Scoville**
**Berwyn, IL 60402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paris, Matt**
**3116 Park Ave.**
**Brookfield, IL 60513**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Parker, Edward**
**6115 S. Park Ave.**
**Burr Ridge, IL 60527**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pascarella, Diana**
**4365 Hampton**
**Western Springs, IL 60558**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pasquele Santucci**
**3601-05 N Osceola.**
**Chicago, IL 60634**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pat Clough**
**4832 W Race.**
**Chicago, IL 60644**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pat Ignash**
**8147 W 45th St.**
**Lyons, IL 60534**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pat Miller**
**7800 W Farragut.**
**Chicago, IL 60656**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pat Pieho**
**515 Talcott.**
**Park Ridge, IL 60068**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patel, Rashmi**
**1331 Marengo**
**Forest Park, IL 60130**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patis, Bruce**
**441 Yale**
**Addison, IL 60101**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patricia Muzyka**
**3825 N New Castle.**
**Chicago, IL 60634**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patricia Pimentel**
**7819 S Major.**
**Burbank, IL 60459**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patricia Terrell**
**1410 N Central Av.**
**Chicago, IL 60651**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patrick Cabreros**
**1654 W Carmen.**
**Chicago, IL 60640**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Tscherwenka**
4839 n Prospect.
Norridge, IL 60706

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Warda**
218 S Highland.
Lombard, IL 60148

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul, Julia**
5916 N. Forest Glen Ave
Chicago, IL 60646

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pawlowski, Roger**
11 Mohawk Dr
Clarendon Hills, IL 60514

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pawlowski, Roger**
11 Mohawk Dr
Clarendon Hills, IL 60514

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Payne, Annie**
181 N. Lavergne Ave
Chicago, IL 60644

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pearl, Shelley**
2323 W. Cortez
Chicago, IL 60622

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.796 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Pearlenea McKessack**
**7427 S Eberhart.**
**Chicago, IL 60619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.797   **Nonpriority creditor's name and mailing address**

**Pelech, Eva**
**2437 S 4th Ave**
**North Riverside, IL 60546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.798   **Nonpriority creditor's name and mailing address**

**Penchar, Mike**
**5169 N McVicker**
**Chicago, IL 60630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.799   **Nonpriority creditor's name and mailing address**

**Pennino, Martin**
**4700 N. Melvina**
**Chicago, IL 60630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.800   **Nonpriority creditor's name and mailing address**

**Penny Fisher**
**8549 Heather.**
**Burr Ridge, IL 60527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.801   **Nonpriority creditor's name and mailing address**

**Perlstein, Warren**
**5620 W. Giddings**
**Chicago, IL 60630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.802   **Nonpriority creditor's name and mailing address**

**Perone, Mickey**
**326 Vanna Ct.**
**Hillside, IL 60160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | |
|---|---|---|
| | Name | |

Case number *(if known)*

---

**3.803** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Perrone, Russell**
**5933 W. Henderson**
**Chicago, IL 60634**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.804** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Pete Bedrio**
**5644 N Bernard.**
**Chicago, IL 60659**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.805** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Peter Zuiko**
**3909 N Sawyer.**
**Chicago, IL 60618**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.806** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Pfohl, Ben**
**115 Maple**
**Lombard, IL 60148**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.807** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Philip Puckorius**
**1801 N Newland.**
**Chicago, IL 60707**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.808** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Phillips, Norman**
**13300 S. Monticello**
**Robbins, IL 60472**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.809** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Phyllis Allen**
**5331 N Newland.**
**Chicago, IL 60656**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.810**

**Nonpriority creditor's name and mailing address**

**Pieczynski, Alan**
**129 Maumell St.**
**Hinsdale, IL**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.811**

**Nonpriority creditor's name and mailing address**

**Pinkston, Kathy**
**1 N. 671 Main St.**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.812**

**Nonpriority creditor's name and mailing address**

**Pitts, David**
**5020 S. Damen**
**Chicago, IL 60609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.813**

**Nonpriority creditor's name and mailing address**

**Pleasant Grove MB Church**
**741 S. Sacramento**
**Chicago, IL 60612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.814**

**Nonpriority creditor's name and mailing address**

**Plocek, Adeline**
**3514 Scoville**
**Berwyn, IL**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.815**

**Nonpriority creditor's name and mailing address**

**Pobuta, Stanley**
**3701 Emerson**
**Schiller Park, IL 60176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.816**

**Nonpriority creditor's name and mailing address**

**Policastro, Joseph**
**2440 Wesley**
**Berwyn, IL 60402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.817** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Pollock, Karen
337 E Elm Street
Villa Park, IL 60181

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.818** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Poulin, Eugene
907 Applegate Dr
Downers Grove, IL 60525

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.819** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Puente, Arturo
6705 41st St
Stickney, IL 60402

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.820** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Pulice, Rosemary
744 S Spring Road
Elmhurst, IL 60126

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.821** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Putts, Nancy
4032 N Adams
Westmont, IL 60559

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.822** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Quade, Marilyn
6815 N Loleta
Chicago, IL 60646

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.823** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Quidayan, Eriberto
7329 Davis
Morton Grove, IL 60053

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Radowich, Melanie**
**5437 N. Forest Glen**
**Chicago, IL 60630**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raff, Scott**
**776 Pleasant**
**Glen Ellyn, IL 60137**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ralph Gross**
**444 N Wisconsin.**
**Villa Park, IL 60181**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ralph Schuster**
**2605 Longview.**
**Lisle, IL 60532**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ramey, Billy**
**552 W. 42nd Pl.**
**Chicago, IL 60609**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rangel, Gregory & Yvonne**
**5709 W. 88th Pl.**
**Oak Lawn, IL 60453**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rapacz, Frances**
**7052 26th Parkway**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.831**

Nonpriority creditor's name and mailing address
**Ravida, Julia**
**2500 Mark Thomas**
**Hanover Park, IL 60133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.832**

Nonpriority creditor's name and mailing address
**Ray Fron**
**1636 Elmwood.**
**Berwyn, IL 60402**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.833**

Nonpriority creditor's name and mailing address
**Ray Konieczny**
**7310 Fairfield.**
**Chicago, IL 60629**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.834**

Nonpriority creditor's name and mailing address
**Ray Smith**
**4035 S Vernon.**
**Brookfield, IL 60513**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.835**

Nonpriority creditor's name and mailing address
**Raymond Bell**
**947 Monroe.**
**River Forest, IL 60305**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.836**

Nonpriority creditor's name and mailing address
**Raymond Wilk**
**4856 N Greenwood.**
**Norridge, IL 60708**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.837**

Nonpriority creditor's name and mailing address
**Reginald Dixon**
**3639 W 86th St.**
**Chicago, IL 60652**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | M. Walter Roofing Acquisition Corp. | |
|---|---|---|
| | Name | |

| | Case number (if known) | |

---

**3.838**

**Nonpriority creditor's name and mailing address**

**Rembert, Myrna**
**357 E. 90th St.**
**Chicago, IL 60619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.839**

**Nonpriority creditor's name and mailing address**

**Reynolds, Raymond**
**5350 N. Luna**
**Chicago, IL 60630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.840**

**Nonpriority creditor's name and mailing address**

**Ricchio, Arlene**
**3701 N. Sayre**
**Chicago, IL 60634**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.841**

**Nonpriority creditor's name and mailing address**

**Rich Austin**
**6240 Square Land.**
**Willowbrook, IL 60527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.842**

**Nonpriority creditor's name and mailing address**

**Richard A Chankin**
**9441 Meadow Ln.**
**Des Plaines, IL 60016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.843**

**Nonpriority creditor's name and mailing address**

**Richard Eccles**
**1971 W Leland.**
**Chicago, IL 60640**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.844**

**Nonpriority creditor's name and mailing address**

**Richard Sparling**
**3N571 Elizabeth.**
**Addison, IL 60101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.845** Nonpriority creditor's name and mailing address
**Richardson, Kenneth**
**6451 S. Justine**
**Chicago, IL 60636**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.846** Nonpriority creditor's name and mailing address
**Rick Carlson**
**27W228 Winfield Scott.**
**Winfield, IL 60190**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.847** Nonpriority creditor's name and mailing address
**Rick Rovella**
**1234 Meadowwood.**
**Woodridge, IL 60517**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.848** Nonpriority creditor's name and mailing address
**Rick Schultz**
**9201 S Harding.**
**Evergreen Park, IL 60642**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.849** Nonpriority creditor's name and mailing address
**Riley, Doris**
**9224 S. Elizabeth**
**Chicago, IL 60620**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.850** Nonpriority creditor's name and mailing address
**Rios, Killian**
**3733 N. Sacramento**
**Chicago, IL 60618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.851** Nonpriority creditor's name and mailing address
**Rivera, Edgar**
**6040 W Sherwin Ave**
**Chicago, IL 60646**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.852** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Rivera, Luz
3725 W. 86th St.
Chicago, IL 60652

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.853** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Robert Bacon
915 N Yale.
Villa Park, IL 60181

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.854** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Robert Bell
11654 S Laflin.
Chicago, IL 60643

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.855** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Robert Bemi
1N165 Tanarac.
Winfield, IL 60190

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.856** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Robert Berry
18 Brighton.
Oak Brook, IL 60521

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.857** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Robert Hartman
3643 W 86th St.
Chicago, IL 60652

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.858** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Robert Karnowski
6505 N Nordica.
Chicago, IL 60631

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Lewis**
**8451 S Honore.**
**Chicago, IL 60620**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Petis**
**8600 S 83rd.**
**Hickory Hills, IL 60457**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Slad**
**10671 Fairfield.**
**Westchester, IL 60154**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Sodt**
**1510 S Highland.**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robin Rothman**
**696 W Irving Park Rd.**
**Schaumburg, IL 60193**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robinson, Leon**
**9343 S. Creiger**
**Chicago, IL 60617**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robles, Roberto**
**7056 Riverside Dr**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**

Name                                                    Case number *(if known)*

| | |
|---|---|
| 3.866 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Rockwell Condo Assoc**
**5220 N Rockwell.**
**Chicago, IL 60625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.867   **Nonpriority creditor's name and mailing address**

**Rodis, Al**
**3815 Elmwood Ave**
**Berwyn, IL 60402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.868   **Nonpriority creditor's name and mailing address**

**Rodriguez, Heriberto**
**2545 Haddon**
**Chicago, IL 60622**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.869   **Nonpriority creditor's name and mailing address**

**Roger Hyberg**
**557 S Grace.**
**Lombard, IL 60148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.870   **Nonpriority creditor's name and mailing address**

**Rogers, Chris**
**9031 S Phillips**
**Chicago, IL 60617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.871   **Nonpriority creditor's name and mailing address**

**Rokuhira, Mitsuko**
**10023 S Claremont**
**Chicago, IL 60643**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.872   **Nonpriority creditor's name and mailing address**

**Rollins, Sharon**
**941 W. 116th St.**
**Chicago, IL 60643**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|--------|-------------------------------------|------------------------|
|        | Name |  |

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Roman Czapla**
**3647 W 86th St.**
**Chicago, IL 60652**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Ron Schindler**
**2520 Burr Oak.**
**North Riverside, IL 60546**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Ronald Peterson**
**5268 W Windsor.**
**Chicago, IL 60630**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Ronald Peterson**
**5268 W Windsor.**
**Chicago, IL 60630**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Rosa, Enrique**
**3215 W. Thomas**
**Chicago, IL 60651**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Rosalind Morgan**
**8018-22 S Essex.**
**Chicago, IL 60617**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Rose Booker**
**1029 N Central Park.**
**Chicago, IL 60651**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | | |
|---|---|---|---|
| | Name | Case number (if known) | |

**3.880**

Nonpriority creditor's name and mailing address

**Rose Radde**
**1336 S 56th Ct.**
**Cicero, IL 60804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.881**

Nonpriority creditor's name and mailing address

**Roseanne Feely**
**271 Monterey.**
**Elmhurst, IL 60126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.882**

Nonpriority creditor's name and mailing address

**Rosemary Condon**
**9831 S Trumball.**
**Evergreen Park, IL 60642**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.883**

Nonpriority creditor's name and mailing address

**Ross, Judith**
**8725 Springfield**
**Skokie, IL 60076**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.884**

Nonpriority creditor's name and mailing address

**Ross, Michelle**
**4034 N Sawyer**
**Chicago, IL 60618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.885**

Nonpriority creditor's name and mailing address

**Roth, Phil**
**5125 148th St.**
**Midlothian, IL 60445**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.886**

Nonpriority creditor's name and mailing address

**Rowe, Richard**
**818 Lenox**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
| --- | --- | --- |
| | Name | |

---

**3.887** | Nonpriority creditor's name and mailing address

**Rozdilsky, Mary**
**5520 N Normandy Ave**
**Chicago, IL 60656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.888** | Nonpriority creditor's name and mailing address

**Rucker, Arvey**
**858 N Pine Ave**
**Chicago, IL 60651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.889** | Nonpriority creditor's name and mailing address

**Rudy & Gayle Bozec**
**244 N Princeton.**
**Villa Park, IL 60181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.890** | Nonpriority creditor's name and mailing address

**Rudy Martinka**
**589 Van Anker.**
**Elmhurst, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.891** | Nonpriority creditor's name and mailing address

**Ruiz Vebis Cultrual Center**
**4040-48 W Armitage.**
**Chicago, IL 60639**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.892** | Nonpriority creditor's name and mailing address

**Ruiz Vebis Cultrual Center**
**4040-48 W Armitage.**
**Chicago, IL 60639**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.893** | Nonpriority creditor's name and mailing address

**Ruth Teplitz & Denise Reed**
**1638 N Normandy.**
**Chicago, IL 60707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.894** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Ryband, Charlie
1820 W. 34th Place
Chicago, IL 60608

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.895** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Sacco, Dan
199 Berteau Ave
Elmhurst, IL 60126

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.896** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Salata, Michael
2129 N. Long
Chicago, IL 60639

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.897** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Salvador Vitale
15395 60th Ct.
Cicero, IL 60804

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.898** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Sam Harrison
4738 W Van Buren.
Chicago, IL 60644

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.899** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Sam Oh & Sophia Hoy
1S750 Sheffield Ln.
Warrenville, IL 60555

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.900** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Sam Papamihail
4022 Wagner.
Schiller Park, IL 60176

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

1/06/17 2:11PM

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.901** | Nonpriority creditor's name and mailing address

**Samojla, Karen**
**3044 N Neva Ave**
**Chicago, IL 60634**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.902** | Nonpriority creditor's name and mailing address

**Sandra & Carmen Defrancisco**
**4947 N McVicker.**
**Chicago, IL 60630**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.903** | Nonpriority creditor's name and mailing address

**Sandra Bobnock**
**1702 S Hoyne.**
**Chicago, IL 60608**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.904** | Nonpriority creditor's name and mailing address

**SanMiguel, Gloria**
**7709 S. New England Ave.**
**Burbank, IL 60459**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.905** | Nonpriority creditor's name and mailing address

**Santiago, Delia**
**4167 W Touhy Ave**
**Lincolnwood, IL 60712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.906** | Nonpriority creditor's name and mailing address

**Sarantopoulos, Annette**
**105 W. Constance**
**Countryside, IL 60525**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.907** | Nonpriority creditor's name and mailing address

**Sarantopoulos, Annette**
**Attn: Warranty Services**
**P.O. Box 1404**
**Joplin, MO 64802**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | M. Walter Roofing Acquisition Corp. | |
|---|---|---|
| | Name | Case number (if known) |

---

**3.908** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Saunders, Earline
3845 N Nora
Chicago, IL 60634

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.909** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

SCA Realty
3130 N Broadway.
Chicago, IL 60657

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.910** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Scala, Dan
1405 E. Walnut
Des Plaines, IL 60016

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.911** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Scala, Dan
1405 E. Walnut
Des Plaines, IL 60016

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.912** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Schaddel, James
2706 N. Mozart
Chicago, IL 60647

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.913** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Schenk, Darryl
514 N. West Rd
Lombard, IL 60148

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.914** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Schmidt, Mara
554 Forest Avenue
River Forest, IL 60305

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **M. Walter Roofing Acquisition Corp.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

3.915

**Nonpriority creditor's name and mailing address**

**Schmuttenmaer, Norbert**
**7345 W. Rascher**
**Chicago, IL 60656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.916

**Nonpriority creditor's name and mailing address**

**Schreier, Dave**
**165 N Elmwood**
**Wood Dale, IL 60191**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.917

**Nonpriority creditor's name and mailing address**

**Schroder, Nicole**
**220 W. Scott St.**
**Chicago, IL 60610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.918

**Nonpriority creditor's name and mailing address**

**Schroeder, Nicole**
**242 W. Scott Street**
**Chicago, IL 60610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.919

**Nonpriority creditor's name and mailing address**

**Schulzendorf, Anne**
**645 S Oakland**
**Villa Park, IL 60181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.920

**Nonpriority creditor's name and mailing address**

**Scudiero, Joseph**
**3825 Van Buren St.**
**Bellwood, IL 60104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.921

**Nonpriority creditor's name and mailing address**

**Seamus King**
**7S584 Danberry.**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | |
|---|---|---|
| | Name | |

Case number *(if known)*

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sellers, Linda**
**3629 W. 122nd Pl.**
**Alsip, IL 60803**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Seman, Dorothy**
**1020 Fair Oaks**
**Oak Park, IL 60302**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sequin Retarded Citizens**
**6223 W Ogden**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sergio Serna**
**5736 N Richmond St.**
**Chicago, IL 60659**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ServiceMaster**
**4236 W. Wrightwood**
**Chicago, IL 60639**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ServiceMaster**
**Mike Specht**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shahin & Hooshang Moshtael**
**2614 Oakton.**
**Park Ridge, IL 60068**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | |
|---|---|---|
| | Name | |
| | | Case number *(if known)* |

---

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shannon, Vincent**
**433 Circle**
**Forest Park, IL 60130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sharon Graunke**
**374 Beech Ct.**
**Carol Stream, IL 60188**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sharon Tyler**
**3521 W Monroe.**
**Chicago, IL 60624**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sharon Wright**
**1614 W 103rd Ct.**
**Chicago, IL 60643**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sheila Ryan**
**640 W 37th St.**
**Chicago, IL 60609**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sheladia, Kanu**
**234 Hillandale Drive**
**Bloomingdale, IL 60108**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shirley Stath**
**9719 S Hickory Crest Ct.**
**Palos Hills, IL 60465**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.936**

**Nonpriority creditor's name and mailing address**

**Shockley, Donald**
**1736 N 35th Ave.**
**Stone Park, IL 60165**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.937**

**Nonpriority creditor's name and mailing address**

**Shuty, Bruno**
**10829 Berkshire**
**Westchester, IL 60154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.938**

**Nonpriority creditor's name and mailing address**

**Siddiqui, Arshea**
**814 S. Charlotte ST.**
**Lombard, IL 60148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.939**

**Nonpriority creditor's name and mailing address**

**Simons, Peter**
**5013 Ravenswood**
**Chicago, IL 60640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.940**

**Nonpriority creditor's name and mailing address**

**Simons, Peter**
**5013 Ravenswood**
**Chicago, IL 60640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.941**

**Nonpriority creditor's name and mailing address**

**Sims, Kimberley**
**6632 Lagoon Way**
**Portage, IN 46368**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.942**

**Nonpriority creditor's name and mailing address**

**Sirovatka, Mark**
**217 Glenwood Ave**
**Willow Springs, IL 60480**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.943** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Skau, Gary
116 Dennis Dr.
Bensenville, IL 60106

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.944** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Skornog, Kurt
8108 S Kildare
Chicago, IL 60652

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.945** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Slater, Joseph
415 Hevern
Wheaton, IL

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.946** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Slater, Mary
400 Hawthorne
Elmhurst, IL 60126

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.947** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Slepicka, Bob
7126 Riverside Dr.
Berwyn, IL 60402

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.948** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Sloan, Patrick
2825 N. Campbell
Chicago, IL 60618

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.949** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Slyvia McGrath
910 Prospect.
Elmhurst, IL 60126

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | | | Case number (if known) | |
|---|---|---|---|---|
| | **M. Walter Roofing Acquisition Corp.** | | | |
| | Name | | | |

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smith, Barbara & Darnell**
**10844 S. Calumet**
**Chicago, IL 60628**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smith, Clara**
**506 S. Edson**
**Lombard, IL 60148**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smith, Dorothy**
**3224 W. Polk**
**Chicago, IL 60624**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smith, Ray:11-205 T/O SH**
**470 Berkley**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sonia Raymond**
**2627 S Clarence.**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Soukop, Martin**
**214 W Roosevelt Rd**
**Wheaton, IL 60187**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sowell, Roxanna**
**837 Conley Drive**
**Elburn, IL 60119**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.957** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Srdjan Vucinic
5436 W 24th St.
Cicero, IL 60804

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.958** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

St Paul Lutheran Church
1025 Lake St.
Melrose Park, IL 60160

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.959** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Stafford, George
3618 S. 55th Ct.
Cicero, IL 60804

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.960** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Stams, Albert
266 Estate Circle
Gurnee, IL 60031

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.961** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Stan Lubinski
23W055 Kings Ct.
Glen Ellyn, IL 60137

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.962** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Stanley Brown
4751 N Lincoln
Chicago, IL 60625

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.963** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Stanley, Norm
6951 W Fletcher
Chicago, IL 60634

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stapley, Willard**
841 N. Wolf
Melrose Park, IL 60164

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Starks, Paula**
7435 S Prairie
Chicago, IL 60619

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steinhardt Builders**
Attn:  Sharona Steinhardt
6252 N. Lincoln Ave., Fl. 2
Chicago, IL 60659

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stensland, Lottie**
2828 N. Richmond
Chicago, IL 60618

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stephen Hanus**
8446 W 50th St.
McCook, IL 60525

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stephenson, William**
4105 Wenonah
Stickney, IL 60402

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sterba, Loretta**
710 S. Cornell
Villa Park, IL 60181

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steurle Funeral Home**
**350 S Ardmore**
**Villa Park, IL 60181**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steve Duda**
**4538 S Lawndale.**
**Chicago, IL 60634**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steve Rothman**
**274 Wilkins.**
**Des Plaines, IL 60016**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steve Sivak**
**4743 N Lowell.**
**Chicago, IL 60630**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steve Tucci**
**4933 N Natoma.**
**Chicago, IL 60656**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stewart, James**
**3241 W 84th Street**
**Chicago, IL 60652**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stewart, Nellie**
**9801 S. Sagamon**
**Chicago, IL 60643**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stiso, John**
9227 S. 49th Ct.
Oak Lawn, IL 60453

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Storino, Marge**
1916 S. Wesley
Berwyn, IL 60402

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stringfellow, Ree**
4016 S. Leamington
Chicago, IL 60638

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Strzechowski, Dawn**
204 Sunshine Dr.
Bolingbrook, IL 60490

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stumpfoll, Angela**
2721 N. Nordica
Chicago, IL 60634

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sue Lam**
4933 N Kenmore.
Chicago, IL 60640

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sumitra Tubrung**
5300 W Carol.
Skokie, IL 60077

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **M. Walter Roofing Acquisition Corp.**

Case number (if known)

Name

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Suranovic, Richard**
**15533 Pawnee Street**
**Plainfield, IL 60544**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Wakulich**
**1501 Winthrop Ct.**
**Glendale Heights, IL 60139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Synergy Construction Group**
**1237 Buena Condos**
**2037 W. Carroll**
**Chicago, IL**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tade, Cathy**
**9643 S. Troy**
**Evergreen Park, IL 60805**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tae Kwon**
**12101 S Western.**
**Blue Island, IL 60406**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Talento, Grace**
**3125 W Addison**
**Chicago, IL 60618**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tancredi, Mildred**
**1431 59th Ave.**
**Cicero, IL 60804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **M. Walter Roofing Acquisition Corp.**
_____
Name

Case number *(if known)* _____

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tasty Breads International, Inc.**
**9445 Fullerton**
**Franklin Park, IL 60131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Taylor, Faye**
**836 Marshall**
**Bellwood, IL 60104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tenorio, Jose**
**6542 W. Fairfield**
**Berwyn, IL 60402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Teresi, Sam**
**11785 Grove**
**Oak Park, IL 60304**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Terrence Williams**
**336 Morris**
**Bellwood, IL 60104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Terry Haywood**
**236 Bohland.**
**Bellwood, IL 60104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Terry Knaub**
**5246 N Mulligan.**
**Chicago, IL 60630**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number (if known) | |
|--------|------------------------------------------|------------------------|--|
| | Name | | |

---

**3.999**

**Nonpriority creditor's name and mailing address**

**Terry Witt**
**313 Morningside.**
**Lombard, IL 60148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1000**

**Nonpriority creditor's name and mailing address**

**Tesar, Frank**
**3740 Clinton**
**Berwyn, IL 60402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1001**

**Nonpriority creditor's name and mailing address**

**The Heartland Construction Group Inc.**
**421 N. Aberdeen**
**Chicago, IL 60642**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1002**

**Nonpriority creditor's name and mailing address**

**The Landings Condo Assoc.**
**9332 Landings Lane**
**Building D #407**
**Des Plaines, IL**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1003**

**Nonpriority creditor's name and mailing address**

**Theresa Giannelli**
**9605 W Waveland.**
**Franklin Park, IL 60131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1004**

**Nonpriority creditor's name and mailing address**

**Theresa Rizzo**
**1927 S 49th Av.**
**Cicero, IL 60804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.100 5**

**Nonpriority creditor's name and mailing address**

**Thiel, Joe**
**4648 N. LeClaire**
**Chicago, IL 60630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100 6**

**Nonpriority creditor's name and mailing address**

**Thoelcke, Adelia**
**205 S Hudson**
**Westmont, IL 60559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100 7**

**Nonpriority creditor's name and mailing address**

**Thomas & Maria Bernard**
**459 E Park.**
**Elmhurst, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

**Thomas Bethany**
**227 Bohland.**
**Bellwood, IL 60104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

**Thomas Warner**
**7828 S Emerald.**
**Chicago, IL 60629**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

**Thomas Young**
**7441 N Oconto.**
**Chicago, IL 60636**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Thompson, Thomas**<br>**11309 S Washtenaw**<br>**Chicago, IL 60655**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No □ Yes | |

---

**3.101**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Thornton, John**<br>**518 N. Washington St**<br>**Westmont, IL 60559**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No □ Yes | |

---

**3.101**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Threet, Theresa**<br>**1239 W 110th Pl**<br>**Chicago, IL 60643**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No □ Yes | |

---

**3.101**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Threet, Theresa**<br>**1239 W 110th Pl**<br>**Chicago, IL 60643**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No □ Yes | |

---

**3.101**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Tieke, Brad**<br>**14 S Bodin Street**<br>**Hinsdale, IL 60521**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No □ Yes | |

---

**3.101**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Tiller, Sharon**<br>**2322 W 91st Street**<br>**Chicago, IL 60643**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No □ Yes | |

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number (if known) |
| --- | --- | --- |
| | Name | |

---

**3.101 7**

**Nonpriority creditor's name and mailing address**

**Tim Carr**
**212 W Plainfield.**
**Countryside, IL 60525**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

**Tim Czarnecki**
**2222 W Belden.**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

**Timothy Kalvelage**
**1105 S Cora.**
**Des Plaines, IL 60016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

**Tinson, Willie**
**526 N. Garfield St.**
**Lombard, IL 60148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

**Tom Kurtz**
**230 East Av.**
**Park Ridge, IL 60068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 2**

**Nonpriority creditor's name and mailing address**

**Tom Marhevko**
**136 Elgin.**
**Forest Park, IL 60130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.102 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tom Patterson**
**265 Kimball.**
**Elmhurst, IL 60126**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tom Skvarla**
**1213 Sleepy Hollow.**
**Darien, IL 60559**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tom Warren**
**327 Hampton Pl.**
**Hinsdale, IL 60521**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tommy Ruiz**
**24456 W Fraser.**
**Plainfield, IL 60586**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Oddo**
**211 Beeline Dr**
**Unit 10**
**Bensenville, IL 60106**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Oddo**
**211 Beeline Dr**
**Unit 11**
**Bensenville, IL 60106**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number *(if known)* | |
| | Name | | |

---

| 3.1029 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Trefny, John**<br>**3608 S. 56th Ct.**<br>**Cicero, IL 60804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.1030 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Treneo Castillo**<br>**5415 N Spaulding.**<br>**Chicago, IL 60625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.1031 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Turner, Mary**<br>**14421 Vail Ave**<br>**Harvey, IL 60426** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.1032 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Updegraff, Ross**<br>**8430 Kedvale Ave**<br>**Skokie, IL 60076** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.1033 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Urgitis, Edward**<br>**551 N. Howard**<br>**Elmhurst, IL 60126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.1034 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Vales, Stephen**<br>**167 S. Craig Pl.**<br>**Lombard, IL 60148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.103 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Van Houtte, Emily**
**330 N. Garfield**
**Hinsdale, IL 60521**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.103 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**van Oort, Bart**
**2202 Hartzell**
**Evanston, IL 60201**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.103 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vanstedum, Bonnie**
**4012 Center**
**Lyons, IL 60534**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vela, Jimmie**
**3529 W 75th St**
**Chicago, IL 60652**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Veselak, Frank**
**2435 S 10th Ave**
**North Riverside, IL 60546**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.104 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Village of Oak Lawn**
**5550 W 98th St.**
**Oak Lawn, IL 60453**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.104<br>1 | **Nonpriority creditor's name and mailing address**<br><br>**Villamiel, Gloria**<br>**826 Dunlop Ave**<br>**Forest Park, IL 60130**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.104<br>2 | **Nonpriority creditor's name and mailing address**<br><br>**Vita, Frank**<br>**18024 S Torrence Ave**<br>**Lansing, IL 60438**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.104<br>3 | **Nonpriority creditor's name and mailing address**<br><br>**Vito Positano**<br>**2650 N 73rd Ct.**<br>**Elmwood Park, IL 60707**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.104<br>4 | **Nonpriority creditor's name and mailing address**<br><br>**Vitrmina Montanez**<br>**1742 N Spaulding.**<br>**Chicago, IL 60647**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.104<br>5 | **Nonpriority creditor's name and mailing address**<br><br>**Viverito, Vita**<br>**4259 N. Albany**<br>**Chicago, IL 60618**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.104<br>6 | **Nonpriority creditor's name and mailing address**<br><br>**Vogt, Steve**<br>**9100 S. Albany Ave**<br>**Evergreen Park, IL 60805**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104 7**

**Nonpriority creditor's name and mailing address**

**Votava, John**
**1401 Scoville**
**Berwyn, IL 60402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104 8**

**Nonpriority creditor's name and mailing address**

**Wachniak, Alice**
**6047 N. Troy**
**Chicago, IL 60659**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104 9**

**Nonpriority creditor's name and mailing address**

**Walker, Cynthia**
**48 Chicago**
**Apt #1**
**Oak Park, IL 60302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

**Wall, Patricia**
**5219 Hoffman**
**Skokie, IL 60077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

**Waller, Graham**
**8816 S. East End**
**Chicago, IL 60617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105 2**

**Nonpriority creditor's name and mailing address**

**Waller, Lorraine**
**7310 S. Oglesby**
**Chicago, IL 60649**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __M. Walter Roofing Acquisition Corp.__

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.105 3 | **Nonpriority creditor's name and mailing address** **Walter Ballek** **27W222 Shires Ct.** **Winfield, IL 60190** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ■ Contingent ■ Unliquidated ■ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.105 4 | **Nonpriority creditor's name and mailing address** **Walter Gillette** **207 E Naperville.** **Westmont, IL 60559** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ■ Contingent ■ Unliquidated ■ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.105 5 | **Nonpriority creditor's name and mailing address** **Walter Gillette** **309 N Wilmette.** **Westmont, IL 60559** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ■ Contingent ■ Unliquidated ■ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.105 6 | **Nonpriority creditor's name and mailing address** **Warren Webster** **1128 S Whipple.** **Chicago, IL 60612** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ■ Contingent ■ Unliquidated ■ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.105 7 | **Nonpriority creditor's name and mailing address** **Washington Condos - Sarah Mactunder** **530 E Highland.** **Villa Park, IL 60181** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ■ Contingent ■ Unliquidated ■ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.105 8 | **Nonpriority creditor's name and mailing address** **Washington, Chester** **9026 S. Clyde** **Chicago, IL 60617** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ■ Contingent ■ Unliquidated ■ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor   **M. Walter Roofing Acquisition Corp.**
_____
Name

Case number (if known) _____

---

| 3.105 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Washington, Monique**
**8114 South Shore Drive**
**Chicago, IL 60617**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wasylean, Ann**
**432 E. Butterfield**
**Elmhurst, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wayne Smith**
**523 S Fairfield.**
**Elmhurst, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wayne Tanney**
**2223 S 4th Av.**
**North Riverside, IL 60546**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wayne Tyler**
**2747 W Maypole.**
**Chicago, IL 60612**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Weber, Charlotte**
**1004 N. Derbyshire Ave**
**Arlington Heights, IL 60004**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) | |
|--------|-------------------------------------|------------------------|--|
| | Name | | |

---

| 3.106 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|-----|-----|-----|

**Wei Hu**
**1539 W Roscoe.**
**Chicago, IL 60657**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|-----|-----|-----|

**Weiland, Dave**
**117 S. Highland**
**Lombard, IL 60148**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|-----|-----|-----|

**Weisher, Janet**
**4605 St. Charles**
**Bellwood, IL**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|-----|-----|-----|

**Wells, Phillip**
**1059 N. Lockwood**
**Chicago, IL 60651**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|-----|-----|-----|

**Wenzel, Wayne**
**4414 N Central Park**
**Chicago, IL 60625**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|-----|-----|-----|

**Whigham, Spring**
**9148 S Oglesby**
**Chicago, IL 60617**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.107 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wierzbicki, Henry**
**5016 W. Cornelia**
**Chicago, IL 60641**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wiggins, Ralph**
**254 School St.**
**Wood Dale, IL 60191**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wilholm Kraas**
**245 Elgin.**
**Forest Park, IL 60130**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wilk, Tony**
**2604 N. 74th Ave**
**Elmwood, IL 60707**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Willa Small**
**9241 S Forrest.**
**Chicago, IL 60619**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William & Bernadine Ciciora**
**10832 S Ave C.**
**Chicago, IL 60617**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **M. Walter Roofing Acquisition Corp.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.107 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**William Dorner**
**2909 Tonty.**
**Chicago, IL 60646**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.107 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**William Drzeiwicki**
**4304 Oak.**
**Lyons, IL 60534**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.107 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**William Juvancic**
**1800 Hull.**
**Westchester, IL 60153**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**William McGovern**
**1004 N Ridge Av.**
**Arlington Heights, IL 60004**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**William Milling**
**460 Shaybark Ct.**
**Roselle, IL 60172**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**William Sorensen**
**8947 Harms.**
**Morton Grove, IL 60053**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **M. Walter Roofing Acquisition Corp.**

Name

Case number (if known) _____

---

| 3.108 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**William Wolf**
**7822 Dalewood Pkwy.**
**Woodridge, IL 60517**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Williams, James (2)**
**8410 S. Seeley**
**Chicago, IL 60620**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Willis, Mary**
**634 Devonshire**
**Wheaton, IL 60189**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Wilmarie Beasley**
**711 E 92nd Pl.**
**Chicago, IL 60619**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Wilson Ishaya**
**9443 Meadow Ln.**
**Des Plaines, IL 60016**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Wilson, Paul**
**2319 Dempster Street**
**Evanston, IL 60201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

1/06/17 2:11PM

| Debtor | M. Walter Roofing Acquisition Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1089**

**Nonpriority creditor's name and mailing address**

**Wimbush, Pastor-First Cong. Church Maywo**
**400 N. 5th**
**Maywood, IL 60153**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1090**

**Nonpriority creditor's name and mailing address**

**Wisniewski, Richard**
**2915 S. Bonfield**
**Chicago, IL 60608**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1091**

**Nonpriority creditor's name and mailing address**

**Wolatz, Michael**
**361 N. Charlotte**
**Lombard, IL 60148**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1092**

**Nonpriority creditor's name and mailing address**

**Wood Dale Historical Society**
**Attn:  Dennis Ryan**
**850 Wood Dale Rd.**
**Wood Dale, IL 60191**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1093**

**Nonpriority creditor's name and mailing address**

**Word of Truth Church**
**1341 Edgewood**
**Chicago Heights, IL 60411**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1094**

**Nonpriority creditor's name and mailing address**

**Wren, Joan**
**225 N. Michigan Ave.**
**Villa Park, IL 60181**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number (if known) | |
|--------|------------------------------------------|------------------------|--|
| | Name | | |

| 3.109 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Wunderlich, Harold**
**2734 W 99th Street**
**Evergreen Park, IL 60805**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Wynn, Will**
**942 N. Lavergne**
**Chicago, IL 60651**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Yaras, Rich**
**1653 Manchester**
**Westchester, IL 60154**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Yepez, Veronica**
**10648 S. Ave B**
**Chicago, IL 60617**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Young, Lorraine**
**416 N. Elm**
**Mount Prospect, IL 60056**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Zaborowski, Debbie**
**1032 Commonwealth**
**Bolingbrook, IL 60440**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **M. Walter Roofing Acquisition Corp.** | Case number *(if known)* |
|--------|------------------------------------------|--------------------------|
| | Name | |

| 3.110 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|------------------------------------------------------|---------------------------------------------------------------------------|----------|

**Nonpriority creditor's name and mailing address**

3.110 1

**Zacarias, Antonio**
**4059 S. Artesian**
**Chicago, IL 60632**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.110 2

**Nonpriority creditor's name and mailing address**

**Zanxizng Ouyang**
**1842 S Maple.**
**Berwyn, IL 60402**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.110 3

**Nonpriority creditor's name and mailing address**

**Zawadzki, Roman**
**2130 N. Marmora**
**Chicago, IL 60639**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.110 4

**Nonpriority creditor's name and mailing address**

**Zim, Larry**
**394 Alles**
**Des Plaines, IL 60016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| 4.1 | **James A Vinkler**<br>**7045 Veterans Boulevard**<br>**Ste. A2**<br>**Willowbrook, IL 60527** | Line  __3.317__<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **437,057.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **437,057.00** |

1/06/17 2:11PM

**Fill in this information to identify the case:**

Debtor name      **M. Walter Roofing Acquisition Corp.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **M. Walter Roofing Acquisition Corp.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Champion Roofing Inc** | **219 William Street Bensenville, IL 60106** | **Fair Oaks Office Condominium No. 1** | ☐ D _____ ☑ E/F ___3.317___ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **M. Walter Roofing Acquisition Corp.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | $148,715.00 |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | $183,216.00 |
| **For the fiscal year:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other  _____ | $498,585.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | **Interest Income** | $8.00 |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | **Interest Income** | $91.00 |
| **For the fiscal year:**<br>From  **1/01/2014** to **12/31/2014** | **Interest Income** | $5.00 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

Debtor    **M. Walter Roofing Acquisition Corp.**                    Case number *(if known)* _____

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | **10/2016-12/2016** | **$19,152.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Robbins, Salomon & Patt, Ltd.**<br>**180 North LaSalle Street**<br>**Suite 3300**<br>**Chicago, IL 60601** | **10/20/2016**<br>**12/15/2016** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  **Bankruptcy retainer** |
| 3.3. | **Bone Roofing Supply**<br>**880 Addison Road**<br>**Villa Park, IL 60181** | **10/2016-12/2016** | **$21,316.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount
   may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
   a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
   of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
   debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

Debtor    **M. Walter Roofing Acquisition Corp.**                                    Case number *(if known)* _____

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Fair Oaks Office<br>Condominium No. 1<br>Association, Inc. vs.<br>Champion Roofing, Inc. and<br>M. Walter Roofing Acquisition<br>d/b/a M. Walter Roofing<br>2014 AR 001434** | **Breach of<br>warranty** | **18th Judicial Circuit<br>505 N. County Farm Road<br>Wheaton, IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and<br>how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for<br>example, from insurance, government compensation, or<br>tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule<br>A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property<br>lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.   Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
relief, or filing a bankruptcy case.

☐ None.

Debtor    **M. Walter Roofing Acquisition Corp.**                                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Robbins, Salomon & Patt, Ltd<br>180 N. LaSalle St<br>STE: 3300<br>Chicago, IL 60601-2808** | | **October & December, 2016** | **$10,000.00** |
| Email or website address<br>**rfimoff@rsplaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Champion Roofing<br>219 William St<br>Bensenville, IL 60106** | **1999 Ford 550<br>2000 Ford 55** | **9/2016** | **$27,000.00** |
| Relationship to debtor<br>**affiliate** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **M. Walter Roofing Acquisition Corp.**                          Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    **M. Walter Roofing Acquisition Corp.**                    Case number *(if known)* _____

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **H. D. Roseth & Associates, Ltd.**<br>**302 Sanders Road**<br>**Riverwoods, IL 60015** | **Prior to**<br>**2014-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **M. Walter Roofing Acquisition Corp.**                                      Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **H. D. Roseth & Associates, Ltd.**<br>**302 Saunders Road**<br>**Suite 200**<br>**Riverwoods, IL 60015** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **H. D. Roseth & Associates, Ltd**<br>**302 Saunders Road**<br>**Riverwoods, IL 60015** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Harry Friedman** | **6515 North Monticello**<br>**Lincolnwood, IL** | | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joseph Smith** | **6401 Maxwell Drive**<br>**Woodridge, IL** | | **50%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

Debtor   **M. Walter Roofing Acquisition Corp.**                              Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## Part 14:   Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January  6, 2017**

**/s/ Harry Friedman**                              **Harry Friedman**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **M. Walter Roofing Acquisition Corp.**                               Case No. _____
                                                    Debtor(s)                  Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................   $         **10,000.00**

    Prior to the filing of this statement I have received ......................   $         **10,000.00**

    Balance Due ...............................................................................   $              **0.00**

2. $ __**355.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January  6, 2017**                          **/s/ Richard H. Fimoff**
_Date_                                         **Richard H. Fimoff 804886**
                                               _Signature of Attorney_
                                               **Robbins, Salomon & Patt, Ltd**
                                               **180 N. LaSalle St**
                                               **STE: 3300**
                                               **Chicago, IL 60601-2808**
                                               **312-782-9000  Fax: 312-782-6690**
                                               **rfimoff@rsplaw.com**
                                               _Name of law firm_

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **M. Walter Roofing Acquisition Corp.**                    Case No.

_____      Chapter   **7**   _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  _____  **1088**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **January  6, 2017**                          **/s/ Harry Friedman**
_____          _____
                                         **Harry Friedman/President**
                                         Signer/Title

.

11303-7-11 S Moraine Dr Condo
11303-07-11 S Moraine Dr.
Palos Hills, IL 60465


11329-33-37 Moraine Dr Condo
11329-33-37 Moraine Dr.
Palos Hills, IL 60465


4428-30 N Dover Condo Assoc
4428-30 N Dover.
Chicago, IL 60640


6901 S. Oglesby Condo Assoc.
Kane Property Mgmt
6901 S. Oglesby
Chicago, IL 60649


851 Margate Terrace Condos
851 W Margate Terr.
Chicago, IL 60640


A/C Transmission
1100 W Fullerton.
Addison, IL 60101


Abbott, Earlie
15209 S. Lincoln Ave
Harvey, IL 60426


Abraham & Barbara Soria
2024 W Erie.
Chicago, IL 60612


Absolute Construction
Absolute Construction
954 Kennedy Ave
Schererville, IN 46375


Absolute Construction
954 Kennedy Ave
Schererville, IN 46375


Adetunji, Julie
12450 S Justine
Calumet Park, IL 60827

Adewice G Scruggs
18 S Austin.
Oak Park, IL 60304


AGOH LLC
120 E Golf Rd.
Arlington Heights, IL 60005


Aguirre, Jesse
1169 S Home Ave
Oak Park, IL 60304


Aguirre, Maria
1168 Home Ave
Oak Park, IL 60304


Ainsworth, Marie
212 S. Fair Ave.
Elmhurst, IL 60126


Aisha Austin
3521 S Cuyler.
Berwyn, IL 60402


Alan Holdawer
241 May.
Elmhurst, IL 60126


Alan Penske
295 Addison.
Elmhurst, IL 60126


Albert Bass
1510 N Mayfield.
Chicago, IL 60661


Albert Lavelli
2034 W Sunnyside.
Chicago, IL 60625


Alejandrina Marin
1053 Bob O Link.
Darien, IL 60559

Alexander, James & Beverly
8741 S. California
Evergreen Park, IL 60805


Alfred Minter
421 E 89th St.
Chicago, IL 60619


Alfred Rowels
7612 S East End.
Chicago, IL 60649


Ali, Debra
7949 S. Paxton
Chicago, IL 60617


Allen Rapacki
2348 S 7th Av.
North Riverside, IL 60546


Allen, Lillie
56 E 102nd Pl
Chicago, IL 60628


Allen, Mickey
10052 S. Parnell
Chicago, IL 60628


Anastacia & Sophia Sandoval
2646 S Cuyler.
Berwyn, IL 60402


Anastasia Koroyanis
7345 W Addison.
Chicago, IL 60634


Anatasia Iliopoulos
5112 W Sunnyside.
Chicago, IL 60630


Anderson, Chris
1545 S Austin Blvd
Cicero, IL 60804

Anderson, Isabel
3031 S. Locke
Chicago, IL 60608


Anderson, Robert
723 Surrey Drive
Streamwood, IL 60107


Andrea & Carmelo Duarte
227 N Walnut.
Bensenville, IL 60106


Andrew Strimaitis
34 S Thurlow.
Hinsdale, IL 60521


Andrews, David:11-059 T/O SH, G/S/F
3607 S Lowe Ave.
Chicago, IL 60609


Anello, Joyce
6N170 Rosedale Rd.
Roselle, IL 60172


Anita Amin
6650 N Kostner.
Lincolnwood, IL 60712


Ann Cosentino
9012 N Chester.
Niles, IL 60714


Anna Fischer
2654 W Eastwood.
Chicago, IL 60625


Anna Ricobene
257 W 25th Pl.
Chicago, IL 60616


Anna Ricobene
952 W 31rst Pl.
Chicago, IL 60616

Annetta Owens
2230 Larkspur Ct.
Aurora, IL 60506

Annie Mae Lewis
4117 W Cullerton.
Chicago, IL 60623

Anthony Delke
4953 N Austin.
Chicago, IL 60630

Anthony Eng
6252 W Cuyler.
Chicago, IL 60634

Anthony Partipilo
2138 Bowler.
Chicago, IL 60612

Anthony, James'
9107 S Bishop
Chicago, IL 60620

Arcon Ring
123 Easy St.
Carol Stream, IL 60188

Armstrong, Leo
6613 S. Hamilton
Chicago, IL 60636

Arnold, Charles
1120 N. Fair Oaks
Oak Park, IL 60302

Art Velazquez
1510 S 3rd St.
Lombard, IL 60148

Arway, Ronald
9430 S 77th Ave
Hickory Hills, IL 60457

Asher, James
2408 S. Ridgeland Ave
Berwyn, IL 60402


Ashford Court Condos
6509-15 W 63rd St.
Chicago, IL 60638


Assurance Restoration & Construction
1500 N. Maplewood
Chicago, IL 60622


Assurant Properties
Attn: Johnny Williams
9115 S. Normal
Chicago, IL 60620


Attivissimo, Lorraine
5356 W. Kimball Pl.
Oak Lawn, IL 60453


Audrey Kronon
3937 N Troy.
Chicago, IL 60618


Augusta White
3924 W Monroe St.
Chicago, IL 60624


Ausperdella McBride
624 S 24th.
Bellwood, IL 60104


Baggett, Pearl
5122 W. Van Buren St.
Chicago, IL 60644


Bailey, Richard
321 Ravine Road
Hinsdale, IL 60521


Balluff, Mrs.
2513 White Oak
Lisle, IL 60532

Banga, Brigita
1849 W. Cuyler
Chicago, IL 60613


Barbara Benedix
5723 N Melvina.
Chicago, IL 60646


Barbara Mojica
2427 S 58th Ct.
Cicero, IL 60804


Barclay, Michelle
656 Willow Rd
Elmhurst, IL 60126


Barfi, Frank & Shirley
1441 S. 11th Ave.
Maywood, IL 60153


Barna, Russell
11639 S. Sacramento Dr
Merrionette Park, IL 60803


Barone, Ellen
2042 W. 23rd Street
Chicago, IL


Barr, Rebecca
951 Dolores Drive
Bensenville, IL 60106


Barron, David
6224 N Oak Park
Chicago, IL 60631


Basile, Michelle
17W757 Kirkland
Villa Park, IL 60181


Batchelor, Trent
4928 N. Kedvale
Chicago, IL 60630

Bauer, Karen
529 S. Ardmore
Villa Park, IL 60181


Beatrice Phillips
222 Grant.
Downers Grove, IL 60515


Beauty Experience
Beauty Experience
1006 Bellwood Ave
Bellwood, IL 60104


Becker, Greg
1536 Hull
Westchester, IL 60154


Becton, Minnie
7216 S Woodlawn
Chicago, IL 60619


Belsan, Michael
3827 N. Nottingham
Chicago, IL 60634


Bencak, Peter
8146 W Forest Preserve
Chicago, IL 60634


Bencak, Peter
6428 N Nashville Ave
Chicago, IL 60631


Bernice Babka
2346 Harvey.
Berwyn, IL 60402


Bernice Nowak
2025 W 21st Pl.
Chicago, IL 60608


Berte, Paul
647 S. Ridgeland
Oak Park, IL 60304

Bertram Abrham
3819 W 55th Pl.
Chicago, IL 60629


Betty Crane
1611 Stableford.
Glen Ellyn, IL 60137


Betty Prosek
1846 S Wesley.
Berwyn, IL 60402


Betty Reedus-Reich
338 N Maple.
Wood Dale, IL 60191


Bhattarai, Hasta
7022 W Summerdale Ave
Chicago, IL 60656


Bianchi, Bill
4141 N. Paulina
Chicago, IL 60613


Bias, Ann
9157 S. Bennett Ave
Chicago, IL 60617


Bidak, Lorne
213 Glenwood Ave
Willow Springs, IL 60480


Biewer, William
15W279 Concord
Elmhurst, IL 60126


Bill Chakonas
1431 N Harlem.
Oak Park, IL 60302


Bill Gommell
427 E Elm.
Wheaton, IL 60189

Bill Gronko
1431 Highridge.
Westchester, IL 60154

Bill Thomas
935 Swan.
Elmhurst, IL 60126

Billy Willis
315 N Mason.
Chicago, IL 60644

Binotti, John
3433 S. Leavitt
Chicago, IL 60608

Bjelik, David
4414 MapleAve
Stickney, IL 60402

Black, Robert
315 S Windsor Drive
Arlington Heights, IL 60004

Black, Sheila
6147 S. Campbell Ave.
Chicago, IL 60629

Blakemore, Henry
7636 S. Emerald
Chicago, IL 60620

Blanche Messina
1039 N Yale.
Villa Park, IL 60181

Bo Sofilj
4816 N Kostner.
Chicago, IL 60630

Bob Bhavsar
8921-C Washington.
Niles, IL 60714

Bob Casey
27W231 Heather.
Winfield, IL 60190

Bob Johnson
9207 S Kedzie.
Evergreen Park, IL 60642

Bob Speck
175 Grandview.
Glen Ellyn, IL 60137

Bob Weston
3943 Madison.
Brookfield, IL 60513

Bob Wintz
123 E Ogden.
Westmont, IL 60559

Bobbie Avant
1034 N Monitor Av.
Chicago, IL 60651

Bock, Paul
7222 W 59th Street
Summit, IL 60501

Bolek, John
516 N Addison
Villa Park, IL 60801

Bonaparte, Peggy
9806 S. Normal
Chicago, IL 60628

Bonnie Beck & Pat Rufa
672 Swain.
Elmhurst, IL 60126

Bonnie Soreng
1817 60th Ct.
Cicero, IL 60804

Bovenzo, William
1847 Wisconsin
Berwyn, IL 60102


Bowlin, Mr.
5216 Ernst Ct
Western Springs, IL


Bradeh, Brian
102 E. Adams
Villa Park, IL 60181


Bradford, Harold
7330 S. Richmond
Chicago, IL 60629


Bradley, Wayne & Bonnie
3630 S. Hamilton
Chicago, IL 60609


Brambila, Rosie
3514 S. Lombard
Berwyn, IL 60402


Brasfield, Curtis
7540 S. Seeley
Chicago, IL 60620


Brian Burrows
927 Longmeadow.
Barrington, IL 60010


Brian Melman
5224 Hoffman.
Skokie, IL 60076


Brian Treglown & Carl Smith
6236 N Wayne.
Chicago, IL 60660


Brichetto, Nancy
5033 W. Catalpa
Chicago, IL 60630

Bridgitte Bernolo
4240 N Whipple.
Chicago, IL 60618

Brigita Banga
1849 W Cuyler.
Chicago, IL 60613

Bromann, Pam
726 Howard St.
Wheaton, IL 60187

Brook Lodge Condo
10633 Brooklodge Ln.
Palos Hills, IL 60465

Brooks Condo Association
4142-48 S King Dr
Chicago, IL 60653

Brown, Charles (2)
3908 Central
Western Springs, IL 60558

Brown, Daniel
8954 S. Winchester
Chicago, IL

Brown, Darlene
1243 S. Ridgeland
Berwyn, IL 60402

Brown, Martha
1026 E. 46th Street
Chicago, IL 60653

Brown, Mary
1758 N. Natchez
Chicago, IL 60607

Brown, Shirley
7724 S. Nashville
Burbank, IL 60459

Brownn, George
6431 S. Kimbark
Chicago, IL 60637


Bruno Molas
20W476 Elizabeth.
Downers Grove, IL 60516


Brunsting, Warren & Evelyn
1313 Greenbriar Ln.
Darien, IL 60561


Brusslan, James
2450 N. Racine
Chicago, IL 60614


Buchannan, Carl
5826 W. Huron
Chicago, IL 60644


Budisin, Ivan
4301 N. Narragansett
Chicago, IL 60634


Buege, Larry
1430 63rd St.
Downers Grove, IL 60516


Burda, Charles
476 Loudon Rd.
Riverside, IL 60546


Burling Condo Assoc
2521-23 Burling.
Chicago, IL 60614


Burns, Nancy
2405 S. Seventh Ave
North Riverside, IL 60546


Burrell, George
11413 S Calumet
Chicago, IL 60628

C&W Building Services
1444 W Lake St.
Chicago, IL 60607


Cahill, Mark
435 Atwater
Elmhurst, IL 60126


Cairncross, Debbie
1503 Beecher
Wheaton, IL 60187


Calahan Funeral Home
Calahan Funeral Home
7030 S. Halsted
Chicago, IL 60621


Calhoun, Maurice & Rita
7955 S. Troy
Chicago, IL 60652


Camper, Timothy
714 Mayfair Dr.
Carol Stream, IL 60188


Cannon, Bernetta
5163 W. Wabansia
Chicago, IL 60639


Cantlin, John
843 61st St
Downers Grove, IL 60516


Cardona, Josephine
4946 Estes
Skokie, IL 60077


Carl Rimpila
2338 Hainsworth.
North Riverside, IL 60546


Carlee Flucker
215 N Kilbourne.
Chicago, IL 60624

Carlos & Mary Lou Zuniga
1934 S 49th Av.
Cicero, IL 60804

Carmelo Bianchi
372 Beech Ct.
Carol Stream, IL 60188

Carol Krassoi
142 S Wisconsin.
Villa Park, IL 60181

Carolyn Galvin
855 Hatte Gray Ct.
Glen Ellyn, IL 60137

Carolyn Tate
11247 S Green.
Chicago, IL 60643

Carter, Jerome
1762 Thome
Unit B
Chicago, IL 60660

Casey Cintron
1408 S Risdgeland.
Berwyn, IL 60402

Cason, Roosevelt & Thressa
10537 S. Rhodes
Chicago, IL 60628

Castillo, Adriana
1239 Evers Ave
Westchester, IL 60154

Cathalene Ossler
2220 N Kostner.
Chicago, IL 60639

Cavada, Eva
1724 N 36th Ave
Stone Park, IL 60165

Ceci, Robert
3538 S. Wesley
Berwyn, IL 60402


Celelia Block
2252 N Lockwood.
Chicago, IL 60639


Celeste & Charlotte Trevino
22W269 Irving Park Rd.
Medinah, IL 60172


Centennial Baptist Church
Centennial Baptist Church
824 E. 43rd Street
Chicago, IL 60653


Centennial Baptist Church
824 E. 43rd Street
Chicago, IL 60653


Chambers, Kerri
124 Eastview Terrace
Lombard, IL 60148


Champion Roofing Inc
219 William Street
Bensenville, IL 60106


Champion Roofing Inc.
219 William Street
Bensenville, IL 60106


Charles Donhue
5348 N Nashville.
Chicago, IL 60656


Charles Gott
445 E Walnut.
Roselle, IL 60172


Charles Laabs
615 N 2nd Av.
Maywood, IL 60153

Charlier, Nancy
3081 Saratoga
Glenview, IL 60026


Chatam Avalon Church of Christ
8601 S. State
Chicago, IL 60619


Chatham Park Village Coop
737 E. 83rd Place
Chicago, IL 60619


Chochola, James
10145 S Euclid Ave
Oak Park, IL 60304


Chris Soulles
416 N Ridgeland.
Oak Park, IL 60302


Christensen, Claudia
2743 Scott St
Franklin Park, IL 60131


Christian Bravo
3527 S Lombard.
Cicero, IL 60804


Christin Mirabelli
1612 W 103rd St.
Chicago, IL 60643


Christine Longo
5533 N Central.
Chicago, IL 60630


Christopher, Donald
4817 W 102nd St
Oak Lawn, IL 60453


Christy Costa
3235 N Paris.
Chicago, IL 60634

Chudik, Kenneth
1503 Wisconsin Ave.
Berwyn, IL 60402


Ciesla, Marlene
7728 W. Gregory
Chicago, IL 60656


Cirolia, Vince
1837 Kenilworth
Berwyn, IL 60402


Claflin, James
740 W. Hinsdale Ave.
Hinsdale, IL 60521


Clarendon Park Condo Association
828 W. Agatite
Chicago, IL 60640


Clark, Richard
5159 S. Lockwood
Chicago, IL 60638


Claudia Roberson
7340 S Yates.
Chicago, IL 60649


Cody, Mamie
8946 S. Justine
Chicago, IL 60620


Colby, Lois
211 W. Maple St
Lombard, IL 60148


Coleman, Caroline
1017 31st Ave.
Bellwood, IL 60104


Coleman, Ira
6927 S Wabash
Chicago, IL 60637

Collett, Doyle
3521 Ridgeland
Berwyn, IL 60402

Collins, Jean
9048 S. Emerald
Chicago, IL 60620

Collins, Kristin
9433 S Forest Ave
Chicago, IL 60619

Collins, Mike
1801 S. Cuyler
Berwyn, IL 60402

Congdon, Jay
407 Colfax Ave
Clarendon Hills, IL 60514

Connie Perno
1544 Westchester Blvd.
Westchester, IL 60154

Conroy, Patricia
5515 W. Pensacola
Chicago, IL 60641

Constance, Florence
5655 S. Monitor
Chicago, IL 60638

Corinne Jembrzycki
6211 W Bernice.
Chicago, IL 60634

Cortese, Vito
2945 N. Mobile
Chicago, IL 60634

Cotton, Cleve
1723 E. 92nd St
Chicago, IL 60617

Coty, Eugene
9605 S Lowe Ave
Chicago, IL 60628


Crandall, Robert
2515 Sarah
Franklin Park, IL 60131


Cunningham, Albert
9534 S. Knox
Oak Lawn, IL 60453


Curtis Guyton
2102 S 23rd Av.
Broadview, IL 60155


Custodio, Corazon
5805 N. Ottawa
Chicago, IL 60631


Czarnecki, Robert
9624 S Kostner Ave
Oak Lawn, IL 60453


Dan Grundler
623 Portsmouth.
Westchester, IL 60154


Dan Wimbley
1643 N McVicker.
Chicago, IL 60639


Daniels, Ceandra
8600 S East End Ave
Chicago, IL 60617


Darlene Dire
7100 Powell.
Downers Grove, IL 60516


Dave Ben Dov
1721 Ivy Ln.
Northbrook, IL 60062

David Dombrowski
1942 N 73rd Ct.
Elmwood Park, IL 60707

David Kiddy
4728 N Talman.
Chicago, IL 60625

David Martinez
3718 S Highland.
Berwyn, IL 60402

David Popham
213 Heather.
Winfield, IL 60190

David Snyder
4511 N Melvina.
Chicago, IL 60630

David Worrell
2031 W Pensacola
Chicago, IL 60618

Davis, Caroline
9113 S. Union Ave.
Chicago, IL 60620

Davis, Dean
2201 73rd Ct.
Elmwood Park, IL 60707

Davis, Robert
450 Hevern Dr
Wheaton, IL 60187

Davis, Robert Mr.
6142 S. Elizabeth
Chicago, IL 60636

De Tolve, Andrew
2914 N Ernst St
Franklin Park, IL 60131

Debbie Molina
1845 W Erie.
Chicago, IL 60622


Debbie Pott
2340 Hainsworth.
North Riverside, IL 60546


Debbie Reynolds
2707 S Kenilworth.
Berwyn, IL 60402


Defenders Church
1701 N Tripp.
Chicago, IL 60639


DeFrancisco, Sandra
4947 N McVicker Ave
Chicago, IL 60630


DeFrancisco, Sandra
4946 N McVicker Ave
Chicago, IL 60630


Dempsey, Robert
3249 N. Octavia
Chicago, IL 60634


Denise Polick
1396 Leslie.
Glendale Heights, IL 60139


Denton, Helene
1529 S. Sawyer
Chicago, IL 60623


Der, David
520 E. Beech Dr.
Schaumburg, IL 60193


DeVito, Mark
2680 Lisa Court
Northbrook, IL 60062

Devous, Diane
10432 S. Troy
Chicago, IL 60655


DEX
P. O. Box 9001401
Louisville, KY 40290


Diane Recine
631 W Pleasant.
Villa Park, IL 60181


Dillard, Jeffrey
8536 S. Dante Ave.
Chicago, IL 60619


Dillon, Carol
8011 26th Street
North Riverside, IL 60546


Doan, Loc
361 E Dickens
Northlake, IL 60164


Doebele, Thomas
1243 Wisconsin Ave
Berwyn, IL 60402


Dokhanchi, Bob
133 E 59th Street
Westmont, IL 60559


Don Kalbfleisch
846 S Iowa.
Addison, IL 60101


Don Leo
130 W Prairie.
Wheaton, IL 60187


Don Phelan
7205 Lyman.
Downers Grove, IL 60516

Don Stahlberg
7842 N Kenneth.
Skokie, IL 60076


Donato Cruz
5625 W Pensicola.
Chicago, IL 60634


Donna Garvey
2559 N Marmola.
Chicago, IL 60639


Donta Hayes
10604 S King Dr.
Chicago, IL 60628


Doris Harper
1903 S Ridgeway.
Chicago, IL 60623


Dorothy Fello
608 S 6th Av.
Maywood, IL 60153


Dorothy Gibler
1306 W 55th St.
LaGrange Park, IL 60525


Dorothy Sallee
614 Marengo.
Forest Park, IL 60130


Dorothy Truss
3645 S Prairie.
Chicago, IL 60653


Doshi, Navnit
8246 Ridgeway Ave
Skokie, IL 60076


Doug Dagenais
27W701 Swan Lake.
Wheaton, IL 60187

Doyle, Matt
3S. 171 Park Blvd.
Glen Ellyn, IL 60137


Duffy, Thomas
454 Berkley
Elmhurst, IL 60126


Dunne, Timothy
131 Fairlane
Elmhurst, IL 60126


Durbin, Daniel
1311 S. Walnut Ave.
Arlington Heights, IL 60005


Earl Norris
1849 N Nordica.
Chicago, IL 60707


Earnst, Todd
2s040 Taylor Rd
Glen Ellyn, IL 60137


Ebbing, Ralph
2617 S 60th Court
Cicero, IL 60804


Ed Brown
7330 S St Lawrence.
Chicago, IL 60619


Ed Kaske
3617 S 57th Av,
Cicero, IL 60804


Ed Mockus
3713 W 65th Pl.
Chicago, IL 60629


Edgar Schroedter
5602 N Major.
Chicago, IL 60630

Edgebrook Community Church
Edgebrook Community Church
6736 N. Loleta
Chicago, IL 60646


Edgewood Manor IV Condo Assoc.
Attn: Patricia Basili
8759 W. Summerdale
Chicago, IL 60656


Edilia Niccolai
2254 W Coulter.
Chicago, IL 60608


Edna Klyce
9129 S Cottage Grove
Unit D.
Chicago, IL 60619


Edward Heintz
3072 Drover.
Darien, IL 60559


Edward Roback
2148 N Meade.
Chicago, IL 60639


Edwards, Barbara
557 N Howard
Elmhurst, IL 60126


Eggleston Patricia
206 S. Summit St
Wheaton, IL 60187


Eileen Andelbrant
10264 Chaucer.
Westchester, IL 60154


Eisenberg, Raphaela
5053 N. Lawndale
Chicago, IL 60625

Eleanor Selep
1620 Winchester Ct.
Schaumburg, IL 60193


Elim Evangelical Free Church
Randel Anderson
10000 S Kostner
Oak Lawn, IL 60453


Elite Repeat Inc.
Attn: Robert Wintz
123 Ogden Ave.
Westmont, IL 60559


Elizabeth Vallejo
614 Trent.
Schaumburg, IL 60193


Emanuel Congregation
5959 N. Sheridan
Chicago, IL 60660


Emma Price
8633 S Hermitage.
Chicago, IL 60620


Encarnacion Bueno
2152 N Meade.
Chicago, IL 60639


English, Beverly
8430 S. Wabash
Chicago, IL 60619


Epfrim Dekasha
1146 W Summerdale.
Chicago, IL 60640


Eric Cromey
614 Elgin.
Forest Park, IL 60130


ERK-101st Street Apartments
4738 W 101st St.
Oak Lawn, IL 60453

Esposito, Christine
745 S. LaLonde
Lombard, IL 60148


Esposito, Christine
745 S. La Londe Ave
Lombard, IL 60148


Ester Jones
2700 W 84th St.
Chicago, IL 60620


Eugene Matza
2369 S Scott.
Des Plaines, IL 60018


Eugene McMahon
1935 S Oak Park Av.
Berwyn, IL 60402


Evangelos Hakkas
6431 N Rockwell.
Chicago, IL 60645


Exum, Ronald
10627 S. Rhodes
Chicago, IL 60628


Fair Oaks Office Condominium No. 1
7045 Veterans Boulevard
Burr Ridge, IL 60527


Faith Community LLC
192 S. Center St
Bensenville, IL 60106


Faith Evangelical Church
111 W. North Ave
Elmhurst, IL 60126


Faith United Methodist Church
111 W North Av.
Elmhurst, IL 60126

Family in Faith Christian
1480 Bloomingdale Rd
Glendale Heights, IL 61039

Fawcett, Michelle
310 MacAlpin Ct.
Inverness, IL 60010

Feeney, James
4232 N. New Castle
Harwood Heights, IL 60706

Feltman, Gary
1916 N. 73rd Ct
Elmwood Park, IL 60707

Ferraris, Florencia
1174 S. Grove Ave
Oak Park, IL 60304

Filomena Difranco
1804 S Oak Park Av.
Berwyn, IL 60402

Finley, Mary
105 S. Summit
Wheaton, IL 60187

Fisher, Robert & Joan
1041 39th Street
Downers Grove, IL 60515

Flack, Raymond
8146 N. Oketo
Niles, IL 60714

Flaherty, Michael
5365 N. Magnet
Chicago, IL 60630

Fleming, David
320 E. 89th Place
Chicago, IL 60619

Fletcher Place Condo Assoc
2216 W Fletcher.
Chicago, IL 60618

Folinazzo, Joyce
572 Selborbe Rd.
Riverside, IL 60546

Forbes, Donna
861 Hollywood
Des Plaines, IL 60016

Fountain, Primous
8126 S Houston
Chicago, IL 60617

Fowler, Lester
851 N. Monticello
Chicago, IL 60651

Frank Hastreiter
5304 N Paulina.
Chicago, IL 60640

Frank Janeek
2429 Ridgeland.
Berwyn, IL 60402

Frank Marlette
4029 N Oketo.
Norridge, IL 60706

Frank Ott
2623 S Clinton.
Berwyn, IL 60402

Franklin, Leatha
10417 S. State St.
Chicago, IL 60628

Fred Cooper
1450 N Mason.
Chicago, IL 60651

Fred Cousins
30 N Westmore.
Lombard, IL 60148


Frederick Lohrentz
35 W Monroe.
Villa Park, IL 60181


Freehafer, Nancy
2534 N. St. Louis
Chicago, IL 60647


Friese, Judy
213 S Clay
Hinsdale, IL 60521


Fryer, Bernice
376 E. 87th Pl.
Chicago, IL 60619


Gagala, Jo Marie
542 Bentley Ct.
Downers Grove, IL 60516


Gail Myslinski
9020 W 30th St.
Brookfield, IL 60513


Galen Edmondson
2S535 Gray.
Lombard, IL 60148


Galvez, Juan
5245 N Laporte
Chicago, IL 60630


Gandhi, Atul
827 Lockwood Circle
Naperville, IL 60563


Garcia, Jessica
2043 Davis
Whiting, IN 46394

Garcia, Leticia
5143 W. Byron
Chicago, IL 60641

Garden Center Services
8345 S. Austin
Burbank, IL 60459

Gary Feltman
1916 N 73rd Ct.
Elmwood Park, IL 60707

Gary Swierenga
322 N Cass
Westmont, IL 60559

Gehrke, Vernon
510 Iroquois
Hillside, IL 60162

Genevieve Macior
3041 N Christiana.
Chicago, IL 60618

George Cerny
3527 S Blanchan.
Brookfield, IL 60513

George Demitropoulos
5412 W Berteau.
Chicago, IL 60641

George Miller
1427 57th Ct.
Cicero, IL 60804

George Vargus
2227 N 73rd Av.
Elmwood Park, IL 60707

Georgene Cole
1765 Lee.
Des Plaines, IL 60018

Geraci, Phil
565 Hamilton
Westmont, IL 60559

Geraghty, Vincent
Chicago, IL 60647

Gerald Levy
4045 N Leclaire.
Chicago, IL 60641

Gerrie Greene-Dozier
3531 W 78th St.
Chicago, IL 60652

Getto, Ronald
2910 W 55th st.
Chicago, IL 60632

Giacobbe, Ralph
1625 N. 22nd Ave.
Melrose Park, IL 60160

Giangreco, Marita
1830 Buckingham Ave
Westchester, IL 60153

Giannopolous, George
4231 S. Grove Ave
Stickney, IL 60402

Giardina, Irene
24 Devonshire Dr
Oak Brook, IL 60521

Gibbons, Geraldine
5129 Moreland
Norridge, IL 60706

Gibbons, Kevin
117 Pepperwoods Dr
Bolingbrook, IL 60440

Gilbert Rainey
412 McDaniels
Clarendon Hills, IL 60514

Giles, Galvin
4901 W Congress Pkwy
Chicago, IL 60644

Giustino, Michael
4519 N Campbell
Chicago, IL 60625

Gladney, Janice
8237 S. Talman
Chicago, IL 60652

Gladys Zurawski
2534 39th Pl.
Chicago, IL 60632

Go E-Z Car Care
3024 W. 26th St
Chicago, IL 60623

Go E-Z Car Care-Joe Vikidel
3024 W. 26th St.
Chicago, IL 60623

Golden, Martin
224 Rugeley
Western Springs, IL

Gooch, Ted
544 S. Ridgeland
Oak Park, IL 60304

Goodman, Jeanette
8319 S. Hamilton Ave.
Chicago, IL 60620

Gora, Nancy
3945 N. Natchez
Chicago, IL 60634

Gordon Behrendt
1029 Carinal Dr.
Palatine, IL 60074


Grace Christoph
7825 W Catalpa.
Chicago, IL 60656


Graham, Chyrel
2208W. 121st. Pl.
Blue Island, IL 60406


Gramm, Dwight
7531 Kenton
Skokie, IL 60076


Grayson, Andy
2837 Maple Ave
Berwyn, IL 60402


Greater Metro Church
6846 S Creiger.
Chicago, IL 60649


Green, Raymond
3543 Laburnum Ct
Northbrook, IL 60062


Green, Sammiesteen
108101 S. King Dr.
Chicago, IL 60628


Greene, Douglas
3711 Cleveland
Brookfield, IL 60513


Gregory Johnson
1219 S Kostner.
Chicago, IL 60623


Gregory King
4548 Jackson.
Hillside, IL 60162

Griffin, Carl
1033 Bohland
Bellwood, IL 60104


Grimes, Willie & Geraldine
5123 W. Augusta Blvd.
Chicago, IL 60651


Grosskopf Construction
14950 W. Yorkhouse Rd
Wadsworth, IL 60083


Grossman, Norman
4356 Foster St.
Skokie, IL 60076


Guiseppe Ergastolo
1219 56th Ct.
Cicero, IL 60804


Gutierrez, Estella
427 Garland
Romeoville, IL 60446


Hahl, Daniel
6448 28th St.
Berwyn, IL 60402


Hahn, Cynthia
1301 Eastman
Arlington Heights, IL 60004


Hahn, Thomas
932 N. Highland
Arlington Heights, IL 60004


Hal Landt
1244 S Maple.
Berwyn, IL 60402


Han, Mr.
1225 W Gunnison
Chicago, IL 60640

Hank Schneider
5621 W Grace.
Chicago, IL 60634

Harden, Shellie
8649 S. Kenwood
Chicago, IL 60619

Harns, Tom
15W319 Lexington
Elmhurst, IL 60126

Harris, Sharon
1353 W. 107th Pl.
Chicago, IL 60643

Harris, Vanessa
9209 S. Marshfield
Chicago, IL 60620

Hartman, Vera
9040 S. Emerald
Chicago, IL 60620

Harvey Harrison
15W311 Harvard.
Elmhurst, IL 60126

Harvey, Bilbo
1912 S 8th Ave
Maywood, IL 60153

Harvey, Naddie
8201 S. Ada
Chicago, IL 60620

Haughton, Matt
7206 Walden Lane
Darien, IL 60561

Hayes, Pamela
12605 S Michigan Ave
Chicago, IL 60628

Helwink, Clyde
657 Sunnyside
Elmhurst, IL 60126


Henderson, Bernice
1015 N. Lawndale
Chicago, IL 60651


Henderson, Stephan
9630 S. Greenwood
Chicago, IL 60628


Hermanek, George
6955 W Fletcher
Chicago, IL 60634


Hernandez, Ramona
4166 W. Wellington
Chicago, IL 60641


Herold Wind
2344 S 24th Av.
Broadview, IL 60155


Herrerias, Adelaida
125 N. Ardmore
Villa Park, IL 60181


Herrick, Thomas
232 N Lombard
Oak Park, IL 60302


Higareda, Marisol
1241 S. Lombard
Cicero, IL 60804


Hinton, Henry
1425 E 76th Street
Chicago, IL 60619


Hobin, Timothy
6528 S. Knox Ave.
Chicago, IL 60629

Hock, Daniel
258 Ironwood Dr.
Bloomingdale, IL 60108


Homer Smith
534 S Vail.
Arlington Heights, IL 60005


Honore, Renee
8728 S. Prairie Ave
Chicago, IL 60619


Horn, Rosemary
5261 W. Windsor Ave.
Chicago, IL 60630


Horsley, Brenda
7441 S Prairie Ave
Chicago, IL 60619


Hossain, Amjad
1290 Haverhill Circle
Naperville, IL 60563


House, Thelma
3822 Highland
Berwyn, IL 60402


Hu, Ping
1568 Knoll Crest Drive
Bartlett, IL 60103


Hubeny Enterprises
633 S Route 83.
Elmhurst, IL 60126


Hubeny, Jim
91 S Columbine
Lombard, IL 60148, IL 60148


Hubeny, Jim
91 S Columbine
Lombard, IL 60148

Hutchinson, Raymond
3833 S Wenonah Ave
Berwyn, IL 60402


Iannelli, Grant
543 S. Finley
Lombard, IL 60148


Ideal Dental Labs
6212 W Grand
Chicago, IL 60639


Ilias Loulousis
1821 S Gunderson.
Berwyn, IL 60402


Indelli, Joseph
4700 N Maria Court
Chicago, IL 60656


Isaacs, Greg
709 Prince Edward Lane
Schaumburg, IL 60193


Jackie Butler
11406 S Normal.
Chicago, IL 60628


Jackie Caputo
25W776 Ptairie Av.
Wheaton, IL 60187


Jackson, Edwin
2651 Sunnyside
Westchester, IL 60154


Jackson, Farrol
10547 S. Rhodes Ave.
Chicago, IL 60628


Jackson, Pat
1043 Garner
Wheaton, IL 60187

Jados, Steven
3331 N. Bell
Chicago, IL 60618


James A Vinkler
7045 Veterans Boulevard
Ste. A2
Willowbrook, IL 60527


James Hillman
6839 W Thorndale.
Chicago, IL 60631


James Mysicka
2525 Euclid.
Berwyn, IL 60402


James Nauta
2220 Pontiac Cir.
Naperville, IL 60565


James Ridgeway
5113 Michigan.
Schiller Park, IL 60176


James Templin
3424 Arden.
Brookfield, IL 60513


James Valancius
162 Hampshire.
Elmhurst, IL 60126


Janice Lewis
7935 S Hermitage
Chicago, IL 60620


Jaros, Wes
2147-55 Hull
Westchester, IL 60154


Jasien Sr., James
644 S. Edson
Lombard, IL 60148

Jason Nairm
234 S Stewart.
Lombard, IL 60148


Jean Blasco
110 S William.
Mount Prospect, IL 60056


Jean Williams
5525 W North Av.
Chicago, IL 60639


Jeanette Ammons
3346 Park.
Brookfield, IL 60513


Jedlicka, Charles
1611 Clemens Road
Darien, IL 60561


Jeff Campbell
4344 N Moody.
Chicago, IL 60634


Jeff Coombs
501 S Cornell.
Villa Park, IL 60181


Jeff Mitchell
1033 S Myrtle.
Villa Park, IL 60181


Jenks, Robert
317 N. Main
Lombard, IL 60148


Jennifer Casey
112 W Grove.
Lombard, IL 60148


Jensen, Eric
3827 N. Hoyne
Chicago, IL 60618

Jersic, Marion
3438 Ridgeland
Berwyn, IL 60402


Jim Beeler
637 S Vail.
Arlington Heights, IL 60005


Jim Byrne
1223 W Farwell Av.
Chicago, IL 60626


Jim Byrne
5638 N Wayne Av.
Chicago, IL 60660


Jim Delmastro
1132 Buckingham.
Carol Stream, IL 60188


Jim Draho
836 Chicago.
Downers Grove, IL 60515


Jim Flaishaker
9966 Pacific.
Franklin Park, IL 60131


Jim Garrigan
7920 Lake St.
River Forest, IL 60305


Joanne Germaine
7329 Trent Rd.
Downers Grove, IL 60516


Joanne Skogman
5255 N Mason.
Chicago, IL 60630


Joe Arient
5056 32nd Pl.
Cicero, IL 60804

Joe Data
20W428 Elizabeth.
Downers Grove, IL 60516


Joe Discipio
29W151 North Av.
West Chicago, IL 60185


Joe Erisen
728 Bukingham Ct.
Wheaton, IL 60187


Joe Hernandez
21 N Adams.
Addison, IL 60101


Joe Jarad
7742 W Thorndale.
Chicago, IL 60631


Joe Sica
525 W Fullerton.
Addison, IL 60101


Joe Soto
100 Montclare.
Wood Dale, IL 60191


Joe Wright
2335 N Rutherford
Chicago, IL 60707


Joel Palka
939 S Clinton.
Oak Park, IL 60304


John & Antoinette Schiro
6007 W Eddy.
Chicago, IL 60634


John Anderson
2521 Highland.
Berwyn, IL 60402

John Augustus
3910 W 99th St.
Evergreen Park, IL 60805


John Cannon
2423 S 17th Av.
Broadview, IL 60155


John Giatras
101 S Evergreen.
Addison, IL 60101


John Gonsior
2413 S 60th Ct.
Cicero, IL 60608


John Greenhill
4125 W Eddy.
Chicago, IL 60641


John Hovis
2220 Clinton.
Berwyn, IL 60402


John Mandujano
1935 N Rutherford.
Chicago, IL 60707


John Milne
107 W Monroe.
Villa Park, IL 60181


John Patuszynski
5905 N Nagle.
Chicago, IL 60646


John Sliwicki
4567 N Moody.
Chicago, IL 60630


John Strapple
1533 S 60th Ct.
Cicero, IL 60804

Johnnie York
1635 N Linder.
Chicago, IL 60639


Johnson, Rose
11624 S. Aberdeen
Chicago, IL 60643


Johnson, Vernon
17531 Baker Ave.
Country Club Hills, IL 60478


Johnson,Gloria
1457 N. Austin
Chicago, IL 60651


Jonathan Ma
4935 N Kenmore.
Chicago, IL 60640


Jones, A.D.
1933 S 17th Ave
Broadview, IL 60155


Jones, Charles  Sr.
15302 S. Birch Rd.
Markham, IL 60428


Jones, Clarence
9225 S. Emerald
Chicago, IL 60620


Jones, Kimberly
8927 S. Francisco
Evergreen Park, IL 60805


Jones, Richmond
2530 W. Eastwood
Chicago, IL 60625


Jose Gutierrez
119 St Francis.
Oak Brook, IL 60523

Jose Hernandez
825 S 17th Av.
Maywood, IL 60153

Jose Naranjo
6373 N Legett.
Chicago, IL 60646

Jose Quintero
2117 Scoville.
Berwyn, IL 60402

Joseph & Karla Nowacki
329 Hillside.
Roselle, IL 60172

Joseph Liotine
4615 S Grove.
Forest View, IL 60402

Joseph Marriel
691 N Kennilworth.
Elmhurst, IL 60126

Joseph Slaga
1241 S Gunderson Av.
Berwyn, IL 60402

Joseph Zailskas
411 E Harding.
LaGrange Park, IL 60526

Jospeph Widlarz
6048 W 28th St.
Cicero, IL 60804

Joverty Urrutia
3236 N Rutherford.
Chicago, IL 60634

Joyce Brammer
3015 N Hamilton.
Chicago, IL 60618

Julia Giczewski
1610 Sunflower Ct.
Romeoville, IL 60446


Julia Kolodziej
18 Concord.
Oak Brook, IL 60521


Julian Brandt
3401 N Overhill.
Chicago, IL 60634


Julian Nowak
6335 N Nokonis.
Chicago, IL 60646


Julius Noble
11029 S Esmond.
Chicago, IL 60643


June Crowley
111 W Kathleen.
Des Plaines, IL 60016


June Zelenka
2513 S 2nd Av.
North Riverside, IL 60546


Jung, Edward
45 Dorset Court
Glen Ellyn, IL 60137


Kaczmarek, Jane
416 N. Linden
Itasca, IL 60143


Kahn, Karen
218 N. Prospect
Park Ridge, IL 60668


Kakacek, Trina
3931 N Oakley
Chicago, IL 60618

Kalteux, Dan
29 N Ardmore
Villa Park, IL 60181

Kanzia, Matthew
2324 S 11th Ave
Broadview, IL 60155

Karen Kozlik
2123 S Scoville.
Berwyn, IL 60402

Karen Ralph
136 W Traube.
Downers Grove, IL 60515

Karen Tokarski
7020 Riverside.
Berwyn, IL 60402

Karos, Steve
1680 Channing Court
Melrose Park, IL 60160

Kartalia, Jim
5181 Indiana Ave
Lisle, IL 60532

Kasperski, Steve
1571 9th Ave
Melrose Park, IL 60160

Kay Kibort
8050 N Kenton.
Skokie, IL 60076

Kazan, Janet
3501 Adams Rd.
Oak Brook, IL 60523

Kennedy, Patrick & Carmel
2307 Kennelworth
Berwyn, IL 60402

Kenneth Ekechukwu
115 St Francis.
Oak Brook, IL 60523


Kesman, Dolores
3734 Cleveland
Brookfield, IL 60513


Kessner, Bill
138 E. Jackson
Villa Park, IL 60181


Ketov, Margarita
1630 N. 22nd Avenue
Melrose Park, IL 60160


Kieltyka, Ken
612 S Princeton
Villa Park, IL 60181


Kim Chulis
1006 Ferdinand.
Forest Park, IL 60130


Klamp, Mary
3313 Edgington
Franklin Park, IL 60131


Koroyanis, Anastasia
6811 Higgins
Chicago, IL 60656


Koroyanis, Anastasia
7345 W. Addison
Chicago, IL 60634


Kozil, Jean
5805 W. Barry Ave.
Chicago, IL 60634


Kozlik, Jerry
4103 S. Wenonah Ave.
Stickney, IL 60402

Krueger, Tom
805 S Brainard Ave
LaGrange, IL 60525


Kruger, Andrew
17W381 Butterfield
Oakbrook Terrace, IL 60181


Kruse, Jason
5858 W. Newport
Chicago, IL 60634


Kueling, Viola
6502 27th Place
Berwyn, IL 60402


Kupris, Richard
2653 Longview Dr.
Lisle, IL 60532


Kurcz, Shirley
111 Spring St.
Willow Springs, IL 60480


Kutz, Charlotte
4066 S. Richmond
Chicago, IL 60632


Kwiatek, Andre
515 Iroquois
Hillside, IL 60162


Labudda, Sunny
2947 S. Farrell Street
Chicago, IL 60608


Larasa, James
1335 S. Hamilton
Elmhurst, IL 60126


Larry Ablemann
5213 N Wayne.
Chicago, IL 60640

Larry Griffin
265 W North Av.
Elmhurst, IL 60126


Larry Millas
6923 Riverside.
Berwyn, IL 60402


Larry Norkiewicz
110 N Kasper.
Arlington Heights, IL 60005


Laskasky, John
120 N Grant Drive
Addison, IL 60101


Laurel Shine
3105 W 102nd St.
Evergreen Park, IL 60642


Lavelli, Julene
2034 W Sunnyside Ave
Chicago, IL 60625


Lavergne Kaberline
2132 W Cuyler.
Chicago, IL 60618


Lawrence Masek
1230 S 59th Av.
Cicero, IL 60804


Lawrence Rogers
5109 24th Pl.
Cicero, IL 60650


LeBeaux, Warren
35 W 103rd Place
Chicago, IL 60628


Lee Desalvo
32 Hayes.
Northlake, IL 60164

Lee Johnson
5412 W Race
Chicago, IL 60644


Lee, Kathleen
1401 63rd
LaGrange Highlands, IL 60525


Lela Green-Jackson
804 S 7th Av.
Maywood, IL 60153


Lena Dammstrom
61 Kendal.
Elk Grove, IL 60007


Lenarts, Gerald
5229 Bernard
Chicago, IL 60625


Leo, Don
130 W Prairie Ave
Wheaton, IL 60187


Leonard Fieroh
12513 S 70th.
Palos Heights, IL 60463


Lerch, William
5923 S Natchez
Chicago, IL 60638


Lesniak, John
1830 N. 18th Avenue
Melrose Park, IL 60160


Lethea Johnson
1329 S Keeler Av.
Chicago, IL 60623


Li, Xialong
532 N. Van Auken
Elmhurst, IL 60126

Liampotios, Athanasia
3615 N. Oconto
Chicago, IL 60634


Libel, Patricia
2228 Harvey
Berwyn, IL 60402


Lieb, Janet
3837 Blanchan Ave.
Brookfield, IL 60513


Lighthouse Gospel
Lighthouse Gospel
3004 W. Lexington
Chicago, IL 60612


Lighty, John
241 W. Butterfield
Elmhurst, IL 60126


Lillian Mathey
835 N Cambridge.
Addison, IL 60101


Lin, Vivian
4609 S Homan
Chicago, IL 60632


Linda Covello
2750 Landen.
Melrose Park, IL 60164


Linda Papesh
2545 N Marwood.
River Grove, IL 60171


Linda Voelker
220 Longridge.
Bloomingdale, IL 60108


Lindahl, Len
639 W Peregrine Dr.
Palatine, IL 60067

Lisa Wissert
3555 N Natoma.
Chicago, IL 60634


Liskovec, Patricia
5305 S. Fairfield
Chicago, IL 60632


Liz Terrones
2305 W Diversey.
Chicago, IL 60647


Lloyd McElfresh
8045 N Long.
Skokie, IL 60077


Locke, Judy
1048 N. Oak Park Ave.
Oak Park, IL 60302


Lockett, Cherie
2668 Hillside Lane
Evanston, IL 60201


Lofton, Willie & Mary
8035 S. Burnham
Chicago, IL 60617


Long, Mack
5114 Van Buren
Chicago, IL 60644


Lopez, Hilda
7434 W. 59th Street
Summit, IL 60501


Lopez, Mary Jo
5314 Franklin
Western Springs, IL 60558


Lopiccolo, Vincenzina
6149 N Meade Ave
Chicago, IL 60646

Lorraine Edwalds
5045 N Kildare.
Chicago, IL 60630


Lou Pinto
7539 W 103rd St.
Palos Hills, IL 60465


Louis Foster
2005 Warren.
Evanston, IL 60202


Louis Lockowitz
262 Seabury Rd.
Bolingbrook, IL 60440


Louise Johnson
1810 N 24th Av.
Melrose Park, IL 60160


Lowden, Deborah
547 N. Michigan
Villa Park, IL 60181


Lucas, Barbara
8900 S. Phillips
Chicago, IL 60617


Luce Coupand
7916 W Lawrence Av.
Unit C
Norridge, IL 60706


Lucinda Foulke
203 W Vallette.
Elmhurst, IL 60126


Lumley, Rosemary
12522 SW Highway
Palos Park, IL 60464


Lundell, Janice
5043 N. Octavia
Harwood Heights, IL 60706

Lundstrom, Ken
3000 N Oleander
Chicago, IL 60707


Lyles, Cecil
173 N. LaPorte
Chicago, IL 60644


Lyles, Cecil
5007 Maypole
Chicago, IL 60644


Lynch, Thomas & Deborah
119 - 6th St.
Wilmette, IL 60091


Lynn Hedwig
5036 Crain.
Skokie, IL 60077


Lyssenko, Alexander
7109 W. 34th Street
Berwyn, IL 60402


M. Gottlieb Associates, Inc.
Russ Krause 6009 N Milwaukee
Chicago, IL 60646


Macedonia Tabernocle
109-111 E 75th St.
Chicago, IL 60619


MacIntyre, Louise
22W511 Burr Oak Dr.
Glen Ellyn, IL 60137


Macko, John
1414 E Sunset Terrace
Arlington Heights, IL 60004


Mae Landfair
528 Grandville.
Bellwood, IL 60104

Mae Slater
7112 S Prairie.
Chicago, IL 60619


Majesty Janitorial-Alliance Management
390 E Irving Park Rd.
Wood Dale, IL 60191


Mann, David
103 Landmeir
Elk Grove, IL 60007


Mansaurian, Rafeideh
9427 Kedvale
Skokie, IL 60076


Manuel Ruiz
4425 S Grove.
Stickney, IL 60402


Manuell, Karen
6530 Maxwell Drive
Woodridge, IL 60517


Maple Crossing Apartments
512 N. Ardmore
Villa Park, IL 60181


Maramatha Assembly of God
3542 W 59th St.
Chicago, IL 60629


Marcus Goldman
9610 Maplewood.
Evergreen Park, IL 60805


Margaret Russell
5036 W Madison.
Hillside, IL 60162


Maria Arista
652 N Indiana.
Elmhurst, IL 60126

Maria Piraino
2902 73rd Ct.
Elmwood Park, IL 60707


Marilyn Brda
2531 W Chicago.
Chicago, IL 60622


Marilyn Goode
1408 N Norwood.
Chicago, IL 60660


Marilyn Rice
543 S Mitchell.
Elmhurst, IL 60126


Mario Lascala
8029 N Kilbourn
Skokie, IL 60076


Marion Handler
322 Nottingham.
Glenview, IL 60025


Marjorie Devine
633 S Gunderson.
Oak Park, IL 60304


Mark Rothas
5156 N Nashville
Chicago, IL 60656


Marlene Nash
4322 N Damen.
Chicago, IL 60618


Marshall, Odell
2009 S 21st Ave
Broadview, IL 60155


Martensen, Jeff
4425 N. Tripp
Chicago, IL 60630

Martin, Joel
208 N. Ridgeland
Oak Park, IL 60302


Martinez
2625 W. 23rd St.
Chicago, IL 60608


Marty Dubois
8431 S 84th Av.
Hickory Hills, IL 60457


Mary Garza
3706 S 56th Ct.
Cicero, IL 60804


Mary Georges
15-17 Ogden Av.
Westmont, IL 60559


Mary Leonardo
1636 S Ridgeland.
Berwyn, IL 60402


Mary Lewis
956 E Lilac.
Palatine, IL 60076


Mary Oskroba
328 S Craig Pl.
Lombard, IL 60148


Mary Wells
1710 W Garfield.
Chicago, IL 60609


Mary Williams
4908 W Monroe.
Chicago, IL 60644


Mathew Rose
8431 S Kostner.
Chicago, IL 60652

Matthews, Edward
119 47th Ave
Bellwood, IL 60104


Maureen Barrett
23W233 Cambridge Ct.
Glen Ellyn, IL 60137


Mauro, Anne
3800 N. Newland
Chicago, IL 60634


Mazur, Ronald
416 E. Altgeld Ave.
Glendale Heights, IL 60139


McAleer, Marianne
2648 Kenilworth
Berwyn, IL 60402


McAuley, Patricia
5030 W. Farwell
Skokie, IL 60077


McCarthy, Kelly Marie
4609 Fishermans Terrace
Lyons, IL 60534


McCullagh, Dan
4625 Raymond
Brookfield, IL 60513


McGinn, Gregg
724 Kemman Ave
LaGrange Park, IL 60526


McLaughlin, Dorothy
618 N. Monticello
Chicago, IL 60624


McNamee, Tom
9356 Forestview Lane
Evanston, IL 60203

McNeil, Carolyn
8851 S. Harper
Chicago, IL 60619


Medley, Scott
8858 S. Main St.
Hometown, IL 60456


Medunycia, Christine
5324 N Nagle
Chicago, IL 60630


Medunycia, Michalene
876 Parkview Lane
Des Plaines, IL 60016


Megan Hauserman
825 Beloit.
Forest Park, IL 60130


Melrose-Damen Condo Assoc.
1954 Melrose
Chicago, IL 60657


Melvin Fallis
4368 S Oakenwald.
Chicago, IL 60653


Melvin Harrison
2242 S 12th Av.
Broadview, IL 60153


Menninger, Pat
5828 N. Washtenaw
Chicago, IL 60659


Merrick, James
1446 New Castle Ave
Westchester, IL 60154


Mertdogan, John
1008 S. Gunderson
Oak Park, IL

Metal Box Int.
11600 King Ave
Franklin Park, IL 60131

Meyer, John
753 Kersage
Elmhurst, IL 60126

Michael Johnson
15613 S Madison.
Dolton, IL 60419

Michael Ventiga
1S134 Apley.
Villa Park, IL 60181

Michelle Lykins
310 E Alden.
Addison, IL 60101

Miguel Tapia
7630 S Lavergne.
Burbank, IL 60459

Mike Berndtson
1833 S Maple.
Berwyn, IL 60402

Mike Flisk
10314 Hamilton
Chicago, IL 60643

Mike Lenehan
2224 W Giddings.
Chicago, IL 60625

Mike Nykolyshyn
7734 Sunset Dr.
Elmwood Park, IL 60707

Mike Tully
631 37th.
Downers Grove, IL 60515

Mikus, Anthony
121 Stonegate
La Grange Park, IL 60526


Mildred Milneski
3014 S 48th Ct.
Cicero, IL 60804


Mildred Thomas
3906 Fillmore.
Chicago, IL 60624


Militello, Jack & Indoranto, Marian
1410 N. 16th Ave.
Melrose Park, IL 60160


Misasi, John'
3135 George Street
Franklin Park, IL 60131


Mitchell, Vicki
949 S. Kirk
Elmhurst, IL 60126


Mochel, Richard
37449 S. Samaniego Dr.
Tucson, AZ 85739


Mok, Jane
6939 N Kilpatrick
Lincolnwood, IL 60712


Montalbano, Sam
7935 W. Westwood
Elmwood Park, IL 60707


Moore, Grace
6631 S. Ingleside
Chicago, IL 60637


Moore, Vicki
3045 N. 77th Ct.
Elmwood Park, IL 60707

Morel, Nicholas
154 Rex
Elmhurst, IL 60126

Mozden, Donald
8105 W 131st Street
Palos Park, IL 60464

Mr. Custodio
1641 Highridge Pkway.
Westchester, IL 60154

Mrs Bonilla
5329 N Kimball.
Chicago, IL 60625

Mueller, Ms.
289 E. Cayuga Ave.
Elmhurst, IL 60126

Mukhopadhyay, Sam
2426 S. 3rd Avenue
North Riverside, IL 60546

Mungerson, Victor
2605 Kensington
Westchester, IL 60154

Murakami, Nancy
6566 Hiawatha
Chicago, IL 60646

Murillo, Maria
1333 Cuyler
Berwyn, IL 60402

Murtaugh, Ann
371 Sherman
Elmhurst, IL 60126

Musial, Joe
6159 Blodgett Ave.
Downers Grove, IL 60516

Musso, Tracey
22 E North St
Hinsdale, IL 60521

Myrtle Palm
13 Scottsdale.
LaGrange Park, IL 60526

Myrtyle Jones
535 N Leamington.
Chicago, IL 60644

Nada Dragojevic
197 W Butterfield.
Elmhurst, IL 60126

Najma Khan
6730 N Karlov.
Lincolnwood, IL 60712

Narain, Ram
1965 Brookside Ln
Hoffman Estates, IL 60169

Narvaez, Ted
3627 W. McLean Ave
Chicago, IL 60647

Nee, Thomas
459 E Park Ave
Elmhurst, IL 60126

Neil Kempe
96 N Delaplaine.
Riverside, IL 60546

Nelson, Doris
1N433 Park Blvd.
Glen Ellyn, IL 60137

Nelson, Ed
3628 Harlem
Riverside, IL 60546

Nelson, Phyllis
3416 McCormick Ave
Brookfield, IL 60513


Neradt, Gini
1303 S. Wolf Rd.
Des Plaines, IL 60018


Nesetril, Ladislav
2221 Gunderson
Berwyn, IL 60402


Neuman, Carol
2842 Cuyler
Berwyn, IL 60402


Newman, Deeda
954 N Keystone Ave
Chicago, IL 60651


Nicewarner, Diane
300 E Myrick Ave
Addison, IL 60101


Nick Fieltz
5241 W 88th St.
Oak Lawn, IL 60453


Nick Moyenda
8453 S. Wood.
Chicago, IL 60620


Nikolay Koev
820 Heathland.
Westmont, IL 60559


Nolan Wade
7914 S Talman.
Chicago, IL 60652


Norgle, Sr., Charles
233 W. St. Charles Rd.
Elmhurst, IL 60126

Norma Manuel
6429 N Hoyne.
Chicago, IL 60645


North Nagle Condo
5820 N Nagle.
Chicago, IL 60631


Northe, Lester
1700 N Newcastle
Chicago, IL 60707


Nugent, Bob
409 50th Ave
Bellwood, IL 60104


Nyman, Eileen
1516 S Prospect
Park Ridge, IL 60068


Oakwood II Condo
4754 W 101rst.
Oak Lawn, IL 60453


Odinon Franco
3204 S 54th Av.
Cicero, IL 60804


Oleksyn, Helen
1818 Holly Ave
Darien, IL 60561


Olga Kaplan
503 Longcommon.
Riverside, IL 60546


Olga Pierce
7715 W Rascher.
Chicago, IL 60656


Omelka, Kathryn
2220 S. 11th Ave.
North Riverside, IL 60546

Ortiz, Scott
201 E. View St.
Lombard, IL 60148

Osborn, George
5144 Madison St.
Hillside, IL 60162

Otto Stefan
937 Thomas.
Forest Park, IL 60130

Pack, Christine
7040 34th Street
Berwyn, IL 60402

Pandola, Lorraine
4640 W 20th St.
Cicero, IL 60804

Papineau, Alyce
2240 S Scoville
Berwyn, IL 60402

Paris, Matt
3116 Park Ave.
Brookfield, IL 60513

Parker, Edward
6115 S. Park Ave.
Burr Ridge, IL 60527

Pascarella, Diana
4365 Hampton
Western Springs, IL 60558

Pasquele Santucci
3601-05 N Osceola.
Chicago, IL 60634

Pat Clough
4832 W Race.
Chicago, IL 60644

Pat Ignash
8147 W 45th St.
Lyons, IL 60534

Pat Miller
7800 W Farragut.
Chicago, IL 60656

Pat Pieho
515 Talcott.
Park Ridge, IL 60068

Patel, Rashmi
1331 Marengo
Forest Park, IL 60130

Patis, Bruce
441 Yale
Addison, IL 60101

Patricia Muzyka
3825 N New Castle.
Chicago, IL 60634

Patricia Pimentel
7819 S Major.
Burbank, IL 60459

Patricia Terrell
1410 N Central Av.
Chicago, IL 60651

Patrick Cabreros
1654 W Carmen.
Chicago, IL 60640

Paul Tscherwenka
4839 n Prospect.
Norridge, IL 60706

Paul Warda
218 S Highland.
Lombard, IL 60148

Paul, Julia
5916 N. Forest Glen Ave
Chicago, IL 60646

Pawlowski, Roger
11 Mohawk Dr
Clarendon Hills, IL 60514

Payne, Annie
181 N. Lavergne Ave
Chicago, IL 60644

Pearl, Shelley
2323 W. Cortez
Chicago, IL 60622

Pearlenea McKessack
7427 S Eberhart.
Chicago, IL 60619

Pelech, Eva
2437 S 4th Ave
North Riverside, IL 60546

Penchar, Mike
5169 N McVicker
Chicago, IL 60630

Pennino, Martin
4700 N. Melvina
Chicago, IL 60630

Penny Fisher
8549 Heather.
Burr Ridge, IL 60527

Perlstein, Warren
5620 W. Giddings
Chicago, IL 60630

Perone, Mickey
326 Vanna Ct.
Hillside, IL 60160

Perrone, Russell
5933 W. Henderson
Chicago, IL 60634

Pete Bedrio
5644 N Bernard.
Chicago, IL 60659

Peter Zuiko
3909 N Sawyer.
Chicago, IL 60618

Pfohl, Ben
115 Maple
Lombard, IL 60148

Philip Puckorius
1801 N Newland.
Chicago, IL 60707

Phillips, Norman
13300 S. Monticello
Robbins, IL 60472

Phyllis Allen
5331 N Newland.
Chicago, IL 60656

Pieczynski, Alan
129 Maumell St.
Hinsdale, IL

Pinkston, Kathy
1 N. 671 Main St.
Glen Ellyn, IL 60137

Pitts, David
5020 S. Damen
Chicago, IL 60609

Pleasant Grove MB Church
741 S. Sacramento
Chicago, IL 60612

Plocek, Adeline
3514 Scoville
Berwyn, IL

Pobuta, Stanley
3701 Emerson
Schiller Park, IL 60176

Policastro, Joseph
2440 Wesley
Berwyn, IL 60402

Pollock, Karen
337 E Elm Street
Villa Park, IL 60181

Poulin, Eugene
907 Applegate Dr
Downers Grove, IL 60525

Puente, Arturo
6705 41st St
Stickney, IL 60402

Pulice, Rosemary
744 S Spring Road
Elmhurst, IL 60126

Putts, Nancy
4032 N Adams
Westmont, IL 60559

Quade, Marilyn
6815 N Loleta
Chicago, IL 60646

Quidayan, Eriberto
7329 Davis
Morton Grove, IL 60053

Radowich, Melanie
5437 N. Forest Glen
Chicago, IL 60630

Raff, Scott
776 Pleasant
Glen Ellyn, IL 60137


Ralph Gross
444 N Wisconsin.
Villa Park, IL 60181


Ralph Schuster
2605 Longview.
Lisle, IL 60532


Ramey, Billy
552 W. 42nd Pl.
Chicago, IL 60609


Rangel, Gregory & Yvonne
5709 W. 88th Pl.
Oak Lawn, IL 60453


Rapacz, Frances
7052 26th Parkway
Berwyn, IL 60402


Ravida, Julia
2500 Mark Thomas
Hanover Park, IL 60133


Ray Fron
1636 Elmwood.
Berwyn, IL 60402


Ray Konieczny
7310 Fairfield.
Chicago, IL 60629


Ray Smith
4035 S Vernon.
Brookfield, IL 60513


Raymond Bell
947 Monroe.
River Forest, IL 60305

Raymond Wilk
4856 N Greenwood.
Norridge, IL 60708


Reginald Dixon
3639 W 86th St.
Chicago, IL 60652


Rembert, Myrna
357 E. 90th St.
Chicago, IL 60619


Reynolds, Raymond
5350 N. Luna
Chicago, IL 60630


Ricchio, Arlene
3701 N. Sayre
Chicago, IL 60634


Rich Austin
6240 Square Land.
Willowbrook, IL 60527


Richard A Chankin
9441 Meadow Ln.
Des Plaines, IL 60016


Richard Eccles
1971 W Leland.
Chicago, IL 60640


Richard Sparling
3N571 Elizabeth.
Addison, IL 60101


Richardson, Kenneth
6451 S. Justine
Chicago, IL 60636


Rick Carlson
27W228 Winfield Scott.
Winfield, IL 60190

Rick Rovella
1234 Meadowwood.
Woodridge, IL 60517

Rick Schultz
9201 S Harding.
Evergreen Park, IL 60642

Riley, Doris
9224 S. Elizabeth
Chicago, IL 60620

Rios, Killian
3733 N. Sacramento
Chicago, IL 60618

Rivera, Edgar
6040 W Sherwin Ave
Chicago, IL 60646

Rivera, Luz
3725 W. 86th St.
Chicago, IL 60652

Robert Bacon
915 N Yale.
Villa Park, IL 60181

Robert Bell
11654 S Laflin.
Chicago, IL 60643

Robert Bemi
1N165 Tanarac.
Winfield, IL 60190

Robert Berry
18 Brighton.
Oak Brook, IL 60521

Robert Hartman
3643 W 86th St.
Chicago, IL 60652

Robert Karnowski
6505 N Nordica.
Chicago, IL 60631


Robert Lewis
8451 S Honore.
Chicago, IL 60620


Robert Petis
8600 S 83rd.
Hickory Hills, IL 60457


Robert Slad
10671 Fairfield.
Westchester, IL 60154


Robert Sodt
1510 S Highland.
Berwyn, IL 60402


Robin Rothman
696 W Irving Park Rd.
Schaumburg, IL 60193


Robinson, Leon
9343 S. Creiger
Chicago, IL 60617


Robles, Roberto
7056 Riverside Dr
Berwyn, IL 60402


Rockwell Condo Assoc
5220 N Rockwell.
Chicago, IL 60625


Rodis, Al
3815 Elmwood Ave
Berwyn, IL 60402


Rodriguez, Heriberto
2545 Haddon
Chicago, IL 60622

Roger Hyberg
557 S Grace.
Lombard, IL 60148


Rogers, Chris
9031 S Phillips
Chicago, IL 60617


Rokuhira, Mitsuko
10023 S Claremont
Chicago, IL 60643


Rollins, Sharon
941 W. 116th St.
Chicago, IL 60643


Roman Czapla
3647 W 86th St.
Chicago, IL 60652


Ron Schindler
2520 Burr Oak.
North Riverside, IL 60546


Ronald Peterson
5268 W Windsor.
Chicago, IL 60630


Rosa, Enrique
3215 W. Thomas
Chicago, IL 60651


Rosalind Morgan
8018-22 S Essex.
Chicago, IL 60617


Rose Booker
1029 N Central Park.
Chicago, IL 60651


Rose Radde
1336 S 56th Ct.
Cicero, IL 60804

Roseanne Feely
271 Monterey.
Elmhurst, IL 60126


Rosemary Condon
9831 S Trumball.
Evergreen Park, IL 60642


Ross, Judith
8725 Springfield
Skokie, IL 60076


Ross, Michelle
4034 N Sawyer
Chicago, IL 60618


Roth, Phil
5125 148th St.
Midlothian, IL 60445


Rowe, Richard
818 Lenox
Glen Ellyn, IL 60137


Rozdilsky, Mary
5520 N Normandy Ave
Chicago, IL 60656


Rucker, Arvey
858 N Pine Ave
Chicago, IL 60651


Rudy & Gayle Bozec
244 N Princeton.
Villa Park, IL 60181


Rudy Martinka
589 Van Anker.
Elmhurst, IL 60126


Ruiz Vebis Cultrual Center
4040-48 W Armitage.
Chicago, IL 60639

Ruth Teplitz & Denise Reed
1638 N Normandy.
Chicago, IL 60707


Ryband, Charlie
1820 W. 34th Place
Chicago, IL 60608


Sacco, Dan
199 Berteau Ave
Elmhurst, IL 60126


Salata, Michael
2129 N. Long
Chicago, IL 60639


Salvador Vitale
15395 60th Ct.
Cicero, IL 60804


Sam Harrison
4738 W Van Buren.
Chicago, IL 60644


Sam Oh & Sophia Hoy
1S750 Sheffield Ln.
Warrenville, IL 60555


Sam Papamihail
4022 Wagner.
Schiller Park, IL 60176


Samojla, Karen
3044 N Neva Ave
Chicago, IL 60634


Sandra & Carmen Defrancisco
4947 N McVicker.
Chicago, IL 60630


Sandra Bobnock
1702 S Hoyne.
Chicago, IL 60608

SanMiguel, Gloria
7709 S. New England Ave.
Burbank, IL 60459


Santiago, Delia
4167 W Touhy Ave
Lincolnwood, IL 60712


Sarantopoulos, Annette
105 W. Constance
Countryside, IL 60525


Sarantopoulos, Annette
Attn: Warranty Services
P.O. Box 1404
Joplin, MO 64802


Saunders, Earline
3845 N Nora
Chicago, IL 60634


SCA Realty
3130 N Broadway.
Chicago, IL 60657


Scala, Dan
1405 E. Walnut
Des Plaines, IL 60016


Schaddel, James
2706 N. Mozart
Chicago, IL 60647


Schenk, Darryl
514 N. West Rd
Lombard, IL 60148


Schmidt, Mara
554 Forest Avenue
River Forest, IL 60305


Schmuttenmaer, Norbert
7345 W. Rascher
Chicago, IL 60656

Schreier, Dave
165 N Elmwood
Wood Dale, IL 60191

Schroder, Nicole
220 W. Scott St.
Chicago, IL 60610

Schroeder, Nicole
242 W. Scott Street
Chicago, IL 60610

Schulzendorf, Anne
645 S Oakland
Villa Park, IL 60181

Scudiero, Joseph
3825 Van Buren St.
Bellwood, IL 60104

Seamus King
7S584 Danberry.
Glen Ellyn, IL 60137

Sellers, Linda
3629 W. 122nd Pl.
Alsip, IL 60803

Seman, Dorothy
1020 Fair Oaks
Oak Park, IL 60302

Sequin Retarded Citizens
6223 W Ogden
Berwyn, IL 60402

Sergio Serna
5736 N Richmond St.
Chicago, IL 60659

ServiceMaster
4236 W. Wrightwood
Chicago, IL 60639

ServiceMaster
Mike Specht

Shahin & Hooshang Moshtael
2614 Oakton.
Park Ridge, IL 60068

Shannon, Vincent
433 Circle
Forest Park, IL 60130

Sharon Graunke
374 Beech Ct.
Carol Stream, IL 60188

Sharon Tyler
3521 W Monroe.
Chicago, IL 60624

Sharon Wright
1614 W 103rd Ct.
Chicago, IL 60643

Sheila Ryan
640 W 37th St.
Chicago, IL 60609

Sheladia, Kanu
234 Hillandale Drive
Bloomingdale, IL 60108

Shirley Stath
9719 S Hickory Crest Ct.
Palos Hills, IL 60465

Shockley, Donald
1736 N 35th Ave.
Stone Park, IL 60165

Shuty, Bruno
10829 Berkshire
Westchester, IL 60154

Siddiqui, Arshea
814 S. Charlotte ST.
Lombard, IL 60148


Simons, Peter
5013 Ravenswood
Chicago, IL 60640


Sims, Kimberley
6632 Lagoon Way
Portage, IN 46368


Sirovatka, Mark
217 Glenwood Ave
Willow Springs, IL 60480


Skau, Gary
116 Dennis Dr.
Bensenville, IL 60106


Skornog, Kurt
8108 S Kildare
Chicago, IL 60652


Slater, Joseph
415 Hevern
Wheaton, IL


Slater, Mary
400 Hawthorne
Elmhurst, IL 60126


Slepicka, Bob
7126 Riverside Dr.
Berwyn, IL 60402


Sloan, Patrick
2825 N. Campbell
Chicago, IL 60618


Slyvia McGrath
910 Prospect.
Elmhurst, IL 60126

Smith, Barbara & Darnell
10844 S. Calumet
Chicago, IL 60628

Smith, Clara
506 S. Edson
Lombard, IL 60148

Smith, Dorothy
3224 W. Polk
Chicago, IL 60624

Smith, Ray:11-205 T/O SH
470 Berkley
Elmhurst, IL 60126

Sonia Raymond
2627 S Clarence.
Berwyn, IL 60402

Soukop, Martin
214 W Roosevelt Rd
Wheaton, IL 60187

Sowell, Roxanna
837 Conley Drive
Elburn, IL 60119

Srdjan Vucinic
5436 W 24th St.
Cicero, IL 60804

St Paul Lutheran Church
1025 Lake St.
Melrose Park, IL 60160

Stafford, George
3618 S. 55th Ct.
Cicero, IL 60804

Stams, Albert
266 Estate Circle
Gurnee, IL 60031

Stan Lubinski
23W055 Kings Ct.
Glen Ellyn, IL 60137


Stanley Brown
4751 N Lincoln
Chicago, IL 60625


Stanley, Norm
6951 W Fletcher
Chicago, IL 60634


Stapley, Willard
841 N. Wolf
Melrose Park, IL 60164


Starks, Paula
7435 S Prairie
Chicago, IL 60619


Steinhardt Builders
Attn: Sharona Steinhardt
6252 N. Lincoln Ave., Fl. 2
Chicago, IL 60659


Stensland, Lottie
2828 N. Richmond
Chicago, IL 60618


Stephen Hanus
8446 W 50th St.
McCook, IL 60525


Stephenson, William
4105 Wenonah
Stickney, IL 60402


Sterba, Loretta
710 S. Cornell
Villa Park, IL 60181


Steurle Funeral Home
350 S Ardmore
Villa Park, IL 60181

Steve Duda
4538 S Lawndale.
Chicago, IL 60634

Steve Rothman
274 Wilkins.
Des Plaines, IL 60016

Steve Sivak
4743 N Lowell.
Chicago, IL 60630

Steve Tucci
4933 N Natoma.
Chicago, IL 60656

Stewart, James
3241 W 84th Street
Chicago, IL 60652

Stewart, Nellie
9801 S. Sagamon
Chicago, IL 60643

Stiso, John
9227 S. 49th Ct.
Oak Lawn, IL 60453

Storino, Marge
1916 S. Wesley
Berwyn, IL 60402

Stringfellow, Ree
4016 S. Leamington
Chicago, IL 60638

Strzechowski, Dawn
204 Sunshine Dr.
Bolingbrook, IL 60490

Stumpfoll, Angela
2721 N. Nordica
Chicago, IL 60634

Sue Lam
4933 N Kenmore.
Chicago, IL 60640


Sumitra Tubrung
5300 W Carol.
Skokie, IL 60077


Suranovic, Richard
15533 Pawnee Street
Plainfield, IL 60544


Susan Wakulich
1501 Winthrop Ct.
Glendale Heights, IL 60139


Synergy Construction Group
1237 Buena Condos
2037 W. Carroll
Chicago, IL


Tade, Cathy
9643 S. Troy
Evergreen Park, IL 60805


Tae Kwon
12101 S Western.
Blue Island, IL 60406


Talento, Grace
3125 W Addison
Chicago, IL 60618


Tancredi, Mildred
1431 59th Ave.
Cicero, IL 60804


Tasty Breads International, Inc.
9445 Fullerton
Franklin Park, IL 60131


Taylor, Faye
836 Marshall
Bellwood, IL 60104

Tenorio, Jose
6542 W. Fairfield
Berwyn, IL 60402


Teresi, Sam
11785 Grove
Oak Park, IL 60304


Terrence Williams
336 Morris
Bellwood, IL 60104


Terry Haywood
236 Bohland.
Bellwood, IL 60104


Terry Knaub
5246 N Mulligan.
Chicago, IL 60630


Terry Witt
313 Morningside.
Lombard, IL 60148


Tesar, Frank
3740 Clinton
Berwyn, IL 60402


The Heartland Construction Group Inc.
421 N. Aberdeen
Chicago, IL 60642


The Landings Condo Assoc.
9332 Landings Lane
Building D #407
Des Plaines, IL


Theresa Giannelli
9605 W Waveland.
Franklin Park, IL 60131


Theresa Rizzo
1927 S 49th Av.
Cicero, IL 60804

Thiel, Joe
4648 N. LeClaire
Chicago, IL 60630

Thoelcke, Adelia
205 S Hudson
Westmont, IL 60559

Thomas & Maria Bernard
459 E Park.
Elmhurst, IL 60126

Thomas Bethany
227 Bohland.
Bellwood, IL 60104

Thomas Warner
7828 S Emerald.
Chicago, IL 60629

Thomas Young
7441 N Oconto.
Chicago, IL 60636

Thompson, Thomas
11309 S Washtenaw
Chicago, IL 60655

Thornton, John
518 N. Washington St
Westmont, IL 60559

Threet, Theresa
1239 W 110th Pl
Chicago, IL 60643

Tieke, Brad
14 S Bodin Street
Hinsdale, IL 60521

Tiller, Sharon
2322 W 91st Street
Chicago, IL 60643

Tim Carr
212 W Plainfield.
Countryside, IL 60525

Tim Czarnecki
2222 W Belden.
Chicago, IL 60647

Timothy Kalvelage
1105 S Cora.
Des Plaines, IL 60016

Tinson, Willie
526 N. Garfield St.
Lombard, IL 60148

Tom Kurtz
230 East Av.
Park Ridge, IL 60068

Tom Marhevko
136 Elgin.
Forest Park, IL 60130

Tom Patterson
265 Kimball.
Elmhurst, IL 60126

Tom Skvarla
1213 Sleepy Hollow.
Darien, IL 60559

Tom Warren
327 Hampton Pl.
Hinsdale, IL 60521

Tommy Ruiz
24456 W Fraser.
Plainfield, IL 60586

Tony Oddo
211 Beeline Dr
Unit 10
Bensenville, IL 60106

Tony Oddo
211 Beeline Dr
Unit 11
Bensenville, IL 60106


Trefny, John
3608 S. 56th Ct.
Cicero, IL 60804


Treneo Castillo
5415 N Spaulding.
Chicago, IL 60625


Turner, Mary
14421 Vail Ave
Harvey, IL 60426


Updegraff, Ross
8430 Kedvale Ave
Skokie, IL 60076


Urgitis, Edward
551 N. Howard
Elmhurst, IL 60126


Vales, Stephen
167 S. Craig Pl.
Lombard, IL 60148


Van Houtte, Emily
330 N. Garfield
Hinsdale, IL 60521


van Oort, Bart
2202 Hartzell
Evanston, IL 60201


Vanstedum, Bonnie
4012 Center
Lyons, IL 60534


Vela, Jimmie
3529 W 75th St
Chicago, IL 60652

Veselak, Frank
2435 S 10th Ave
North Riverside, IL 60546

Village of Oak Lawn
5550 W 98th St.
Oak Lawn, IL 60453

Villamiel, Gloria
826 Dunlop Ave
Forest Park, IL 60130

Vita, Frank
18024 S Torrence Ave
Lansing, IL 60438

Vito Positano
2650 N 73rd Ct.
Elmwood Park, IL 60707

Vitrmina Montanez
1742 N Spaulding.
Chicago, IL 60647

Viverito, Vita
4259 N. Albany
Chicago, IL 60618

Vogt, Steve
9100 S. Albany Ave
Evergreen Park, IL 60805

Votava, John
1401 Scoville
Berwyn, IL 60402

Wachniak, Alice
6047 N. Troy
Chicago, IL 60659

Walker, Cynthia
48 Chicago
Apt #1
Oak Park, IL 60302

Wall, Patricia
5219 Hoffman
Skokie, IL 60077


Waller, Graham
8816 S. East End
Chicago, IL 60617


Waller, Lorraine
7310 S. Oglesby
Chicago, IL 60649


Walter Ballek
27W222 Shires Ct.
Winfield, IL 60190


Walter Gillette
207 E Naperville.
Westmont, IL 60559


Walter Gillette
309 N Wilmette.
Westmont, IL 60559


Warren Webster
1128 S Whipple.
Chicago, IL 60612


Washington Condos - Sarah Mactunder
530 E Highland.
Villa Park, IL 60181


Washington, Chester
9026 S. Clyde
Chicago, IL 60617


Washington, Monique
8114 South Shore Drive
Chicago, IL 60617


Wasylean, Ann
432 E. Butterfield
Elmhurst, IL 60126

Wayne Smith
523 S Fairfield.
Elmhurst, IL 60126


Wayne Tanney
2223 S 4th Av.
North Riverside, IL 60546


Wayne Tyler
2747 W Maypole.
Chicago, IL 60612


Weber, Charlotte
1004 N. Derbyshire Ave
Arlington Heights, IL 60004


Wei Hu
1539 W Roscoe.
Chicago, IL 60657


Weiland, Dave
117 S. Highland
Lombard, IL 60148


Weisher, Janet
4605 St. Charles
Bellwood, IL


Wells, Phillip
1059 N. Lockwood
Chicago, IL 60651


Wenzel, Wayne
4414 N Central Park
Chicago, IL 60625


Whigham, Spring
9148 S Oglesby
Chicago, IL 60617


Wierzbicki, Henry
5016 W. Cornelia
Chicago, IL 60641

Wiggins, Ralph
254 School St.
Wood Dale, IL 60191

Wilholm Kraas
245 Elgin.
Forest Park, IL 60130

Wilk, Tony
2604 N. 74th Ave
Elmwood, IL 60707

Willa Small
9241 S Forrest.
Chicago, IL 60619

William & Bernadine Ciciora
10832 S Ave C.
Chicago, IL 60617

William Dorner
2909 Tonty.
Chicago, IL 60646

William Drzeiwicki
4304 Oak.
Lyons, IL 60534

William Juvancic
1800 Hull.
Westchester, IL 60153

William McGovern
1004 N Ridge Av.
Arlington Heights, IL 60004

William Milling
460 Shaybark Ct.
Roselle, IL 60172

William Sorensen
8947 Harms.
Morton Grove, IL 60053

William Wolf
7822 Dalewood Pkwy.
Woodridge, IL 60517

Williams, James (2)
8410 S. Seeley
Chicago, IL 60620

Willis, Mary
634 Devonshire
Wheaton, IL 60189

Wilmarie Beasley
711 E 92nd Pl.
Chicago, IL 60619

Wilson Ishaya
9443 Meadow Ln.
Des Plaines, IL 60016

Wilson, Paul
2319 Dempster Street
Evanston, IL 60201

Wimbush, Pastor-First Cong. Church Maywo
400 N. 5th
Maywood, IL 60153

Wisniewski, Richard
2915 S. Bonfield
Chicago, IL 60608

Wolatz, Michael
361 N. Charlotte
Lombard, IL 60148

Wood Dale Historical Society
Attn: Dennis Ryan
850 Wood Dale Rd.
Wood Dale, IL 60191

Word of Truth Church
1341 Edgewood
Chicago Heights, IL 60411

Wren, Joan
225 N. Michigan Ave.
Villa Park, IL 60181


Wunderlich, Harold
2734 W 99th Street
Evergreen Park, IL 60805


Wynn, Will
942 N. Lavergne
Chicago, IL 60651


Yaras, Rich
1653 Manchester
Westchester, IL 60154


Yepez, Veronica
10648 S. Ave B
Chicago, IL 60617


Young, Lorraine
416 N. Elm
Mount Prospect, IL 60056


Zaborowski, Debbie
1032 Commonwealth
Bolingbrook, IL 60440


Zacarias, Antonio
4059 S. Artesian
Chicago, IL 60632


Zanxizng Ouyang
1842 S Maple.
Berwyn, IL 60402


Zawadzki, Roman
2130 N. Marmora
Chicago, IL 60639


Zim, Larry
394 Alles
Des Plaines, IL 60016

# United States Bankruptcy Court
### Northern District of Illinois

In re   **M. Walter Roofing Acquisition Corp.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **M. Walter Roofing Acquisition Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January  6, 2017**

Date

**/s/ Richard H. Fimoff**

**Richard H. Fimoff 804886**

Signature of Attorney or Litigant

Counsel for   **M. Walter Roofing Acquisition Corp.**

**Robbins, Salomon & Patt, Ltd**
**180 N. LaSalle St**
**STE: 3300**
**Chicago, IL 60601-2808**
**312-782-9000 Fax:312-782-6690**
**rfimoff@rsplaw.com**