UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:   )   BK No.:   17-00407
M. WALTER ROOFING ACQUISITION   )
COMPANY   )
   )   Chapter: 7
   )   Honorable Janet S. Baer
   )
   )   DuPage
Debtor(s)   )

## ORDER AUTHORIZING TRUSTEE TO ABANDON CAUSE OF ACTION

This matter coming on the Motion filed by trustee Brenda Porter Helms (the "Trustee") for Authority to Abandon Cause of Action, due notice having been given, and the Court being fully advised in the matter,

IT IS HEREBY ORDERED that the Trustee is authorized to abandon the cause of action entitled Fair Oaks Office Condominium No. 1 Association, Inc. v. Champion Roofing, et al. 15 AR 1434.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: August 11, 2017

**Prepared by:**

Brenda Porter Helms
3400 W. Lawrence Ave.
Chicago IL 60625
(773) 463-6427